

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

ENTERED
11/12/2019

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 19-36313** |
| **SOUTHERN FOODS GROUP, LLC,** *et al.*, | § | **CHAPTER  11** |
| | § | **(Jointly Administered)** |
| Debtors. | § | **DAVID R. JONES** |

**ORDER GRANTING COMPLEX**
**CHAPTER 11 BANKRUPTCY CASE TREATMENT**
**(Docket No. 3)**

These jointly administered cases were filed on November 12, 2019.  A Notice of Designation as Complex Chapter 11 Case was filed.  Based on its review of the initial pleadings, the Court concludes that the complex chapter 11 case designation is appropriate. Accordingly, the Court orders:

1.	The Procedures for Complex Chapter 11 Cases in the Southern District of Texas apply to these cases.  The procedures are posted on the Court's website. Compliance with the procedures is required.

2.	The Debtors must give notice of this Order to all parties in interest within seven days. If a party-in-interest objects to the provisions of this Order, that party may file an appropriate motion within 14 days after service of the Order.

3.	The Bankruptcy Local Rules apply to this case, subject to the following modifications:

   a.	Bankruptcy Local Rule 1001-1(b) does not apply.

   b.	Local District Court Civil Rule 83.1 applies.

   c.	Appendix A to the Local Rules of the District Court applies.

   d.	If a conflict exists between the Bankruptcy Local Rules and the Procedures for Complex Chapter 11 Cases in the Southern District of Texas, the Procedures for Complex Chapter 11 Cases in the Southern District of Texas govern.

**SIGNED: November 12, 2019.**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**