# UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | HOUSTON | Main Case Number | 19-36313 |
|---|---|---|---|
| Debtor | In Re: | SOUTHERN FOODS GROUP, LLC, et al. | |

This lawyer, who is admitted to the State Bar of **NEW YORK**:

| | |
|---|---|
| Name | Grace C. Hotz |
| Firm | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Street | 1285 Avenue of the Americas |
| City & Zip Code | New York, NY 10019 |
| Telephone | (212) 373-3000 |
| Licensed: State & Number | New York - 5681622 |

Seeks to appear as the attorney for this party:

| Ad Hoc Group of Bondholders | |
|---|---|
| Dated: Nov. 12, 2019 | Signed: /s/ Grace C. Hotz |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| Dated: | Signed: _____ |
|---|---|
| | Deputy Clerk |

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____     _____
United States Bankruptcy Judge