UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 19-36313 |
|---|---|---|---|
| Debtor | In Re: | Southern Foods Group, LLC, et al. | |

This lawyer, who is admitted to the State Bar of _____Louisiana_____:

| | |
|---|---|
| Name | Mark J. Chaney, III |
| Firm | McGlinchey Stafford PLLC |
| Street | 601 Poydras Street, Suite 1200 |
| City & Zip Code | New Orleans, LA 70130 |
| Telephone | 504-596-2784 |
| Licensed: State & Number | Louisiana Bar No. 35704 |

Seeks to appear as the attorney for this party:

Automotive Rentals, Inc., a New Jersey corporation, and ARI Fleet LT, a Delaware business trust

Dated: 11/13/2019     Signed: /s/ Mark J. Chaney, III

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:     Signed: _____
                        Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____     _____
                        United States Bankruptcy Judge