

UNITED STATES BANKRUPTCY COURT       SOUTHERN DISTRICT OF

ENTERED
11/13/2019

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 19-36313 |
|---|---|---|---|
| Debtor | In Re: | Southern Foods Group, LLC, et al. | |

This lawyer, who is admitted to the State Bar of _____Louisiana_____:

| | |
|---|---|
| Name | Mark J. Chaney, III |
| Firm | McGlinchey Stafford PLLC |
| Street | 601 Poydras Street, Suite 1200 |
| City & Zip Code | New Orleans, LA 70130 |
| Telephone | 504-596-2784 |
| Licensed: State & Number | Louisiana Bar No. 35704 |

Seeks to appear as the attorney for this party:

Automotive Rentals, Inc., a New Jersey corporation, and ARI Fleet LT, a Delaware business trust

Dated: 11/13/2019        Signed: /s/ Mark J. Chaney, III

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:        Signed: _____
                         Deputy Clerk

Order   (Docket No. 87)

This lawyer is admitted *pro hac vice*.
The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures.

**Signed:  November 13, 2019**

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE