IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---------------------------------------------------------------------x
: 
In re : Chapter 11
:
SOUTHERN FOODS GROUP, LLC., *et al.*, : Case No. 19-36313 (DRJ)
:
: **(Jointly Administered)**
Debtors.[1] :
---------------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE** that Drinker Biddle & Reath LLP hereby appears (this "Notice of Appearance") in the above-captioned chapter 11 cases as counsel for creditor Penske Truck Leasing Co., L.P. ("Penske").  Pursuant to sections 102(1), 342, and 1109(b) of Title 11 of the United States Code, 11 U.S.C. §§ 101 – 1532, and Rules 2002, 7005, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), counsel requests that their names be added to the mailing list maintained by the Clerk in the above-captioned chapter 11 cases and that any and all notices and pleadings given or required to be given in the above-captioned chapter 11 cases, and any and all papers served or required to be served in the above-captioned chapter 11 cases be given and served upon counsel at the addresses and numbers set forth below:

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows:  Southern Foods Group, LLC (1364); Dean Foods Company (9681); Alta-Dena Certified Dairy, LLC (1347); Berkeley Farms, LLC (8965); Cascade Equity Realty, LLC (3940); Country Fresh, LLC (6303); Dairy Information Systems Holdings, LLC (9144); Dairy Information Systems, LLC (0099); Dean Dairy Holdings, LLC (9188); Dean East II, LLC (9192); Dean East, LLC (8751); Dean Foods North Central, LLC (7858); Dean Foods of Wisconsin, LLC (2504); Dean Holding Company (8390); Dean Intellectual Property Services II, Inc. (3512); Dean International Holding Company (9785); Dean Management, LLC (7782); Dean Puerto Rico Holdings, LLC (6832); Dean Services, LLC (2168); Dean Transportation, Inc. (8896); Dean West II, LLC (9190); Dean West, LLC (8753); DFC Aviation Services, LLC (1600); DFC Energy Partners, LLC (3889); DFC Ventures, LLC (4213); DGI Ventures, Inc. (6766); DIPS Limited Partner II (7167); Franklin Holdings, Inc. (8114); Fresh Dairy Delivery, LLC (2314); Friendly's Ice Cream Holding Corp. (7609); Friendly's Manufacturing and Retail, LLC (9828); Garelick Farms, LLC (3221); Mayfield Dairy Farms, LLC (3008); Midwest Ice Cream Company, LLC (0130); Model Dairy, LLC (7981); Reiter Dairy, LLC (3675); Sampson Ventures, LLC (7714); Shenandoah's Pride, LLC (2858); Steve's Ice Cream, LLC (6807); Suiza Dairy Group, LLC (2039); Tuscan/Lehigh Dairies, Inc. (6774); Uncle Matt's Organic, Inc. (0079); and Verifine Dairy Products of Sheboygan, LLC (7200).  The debtors' mailing address is 2711 North Haskell Avenue, Suite 3400, Dallas, TX 75204.

| | |
|---|---|
| JOSEPH N. ARGENTINA, JR, ESQ. | KRISTEN L. PERRY, ESQ. |
| DRINKER BIDDLE & REATH LLP | DRINKER BIDDLE & REATH LLP |
| One Logan Square | 1717 Main Street |
| Suite 2000 | Suite 5400 |
| Philadelphia, PA 19103-6996 | Dallas, TX 75201-7367 |
| E-mail: Joseph.Argentina@dbr.com | E-mail: Kristen.Perry@dbr.com |
| Telephone: (215) 988-2700 (Main) | Telephone: (469) 357-2500 (Main) |
| Facsimile: (215) 988-2757 | Facsimile: (469) 327-0860 |
| *(Pro Hac Pending)* | |

**PLEASE TAKE FURTHER NOTICE,** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any and all orders, notices, applications, motions, petitions, pleadings, requests, objections, complaints, demands, other filings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, e-mail, or otherwise, which relate in any way to the above-captioned cases or which affect or seek to affect in any way, the rights or interests of Penske with respect to the above-captioned Debtors, or any related entity, or property or proceeds in which the Debtors may claim an interest.

**PLEASE TAKE FURTHER NOTICE,** that this Notice of Appearance shall not be deemed or construed to be a waiver of Penske's right (i) to have final orders in non-core matters entered only after *de novo* review by a United States District Judge, (ii) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, (iii) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to any other rights, claims, actions, setoffs, or recoupments to which Penske is or may be entitled, in equity or in law, all of which rights, claims, actions, defences, setoffs, and recoupments are expressly reserved.

Dated: November 13, 2019

DRINKER BIDDLE & REATH LLP

By:    */s/ Kristen L. Perry*
Kristen L. Perry
(State Bar No. 24090015)
(Southern District Bar No. 3071708)
1717 Main Street, Suite 5400
Dallas, Texas 75201-7367
Tel: 469-357-2500 (Main)
Fax: 469-327-0860
E-mail: kristen.perry@dbr.com

*Attorneys for Penske Truck Leasing Co., L.P.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 13, 2019, a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Documents* was served via the Court's electronic filing system, which will deliver notice to all parties of record.

*/s/ Kristen L. Perry*
Kristen L. Perry

121178974.1