IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SOUTHERN FOODS GROUP, LLC, *et al.*, | ) ) | Case No. 19-36313 (DRJ) |
| Debtors.[1] | ) ) ) ) | (Jointly Administered) |

**DEBTORS' NOTICE OF FILING OF REVISED
PROPOSED INTERIM DIP ORDER**

**PLEASE TAKE NOTICE** that on November 12, 2019, the debtors and debtors-in-possession, and their debtor affiliates (collectively, the "**Debtors**") in the above-captioned chapter 11 cases filed their *Motion of Debtors for Entry of Interim and Final Orders, (I) Authorizing the Debtors to (A) Obtain Senior Secured Superpriority Post-Petition Financing, and (B) Use Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Providing Adequate Protection to Prepetition Secured Parties, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* (the "Motion"), at Dkt. No. 72.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: Southern Foods Group, LLC (1364); Dean Foods Company (9681); Alta-Dena Certified Dairy, LLC (1347); Berkeley Farms, LLC (8965); Cascade Equity Realty, LLC (3940); Country Fresh, LLC (6303); Dairy Information Systems Holdings, LLC (9144); Dairy Information Systems, LLC (0009); Dean Dairy Holdings, LLC (9188); Dean East II, LLC (9192); Dean East, LLC (8751); Dean Foods North Central, LLC (7858); Dean Foods of Wisconsin, LLC (2504); Dean Holding Company (8390); Dean Intellectual Property Services II, Inc. (3512); Dean International Holding Company (9785); Dean Management, LLC (7782); Dean Puerto Rico Holdings, LLC (6832); Dean Services, LLC (2168); Dean Transportation, Inc. (8896); Dean West II, LLC (9190); Dean West, LLC (8753); DFC Aviation Services, LLC (1600); DFC Energy Partners, LLC (3889); DFC Ventures, LLC (4213); DGI Ventures, Inc. (6766); DIPS Limited Partner II (7167); Franklin Holdings, Inc. (8114); Fresh Dairy Delivery, LLC (2314); Friendly's Ice Cream Holdings Corp. (7609); Friendly's Manufacturing and Retail, LLC (9828); Garelick Farms, LLC (3221); Mayfield Dairy Farms, LLC (3008); Midwest Ice Cream Company, LLC (0130); Model Dairy, LLC (7981); Reiter Dairy, LLC (3675); Sampson Ventures, LLC (7714); Shenandoah's Pride, LLC (2858); Steve's Ice Cream, LLC (6807); Suiza Dairy Group, LLC (2039); Tuscan/Lehigh Dairies, Inc. (6774); Uncle Matt's Organic, Inc. (0079); and Verifine Dairy Products of Sheboygan, LLC (7200). The debtors' mailing address is 2711 North Haskell Avenue, Suite 3400, Dallas, TX 75204.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file, attached hereto as **Exhibit A**, the Debtors' revised proposed *Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, 506, 507, and Rules 2002, 4001, 6003, 6004, and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing the Debtors to (A) Obtain Senior Secured Superpriority Post-Petition Financing, and (B) Use Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Providing Adequate Protection to Prepetition Secured Parties, (IV) Scheduling a Final Hearing, and (IV) Granting Relief* (the "Interim Order").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is a redline of the Interim Order, reflecting changes to the version originally uploaded with the Motion.

Dated: November 13, 2019
Houston, Texas

    Respectfully submitted,

    **NORTON ROSE FULBRIGHT US LLP**

    */s/ William R. Greendyke*
    William R. Greendyke (SBT 08390450)
    Jason L. Boland (SBT 24040542)
    Robert B. Bruner (SBT 24062637)
    Julie Goodrich Harrison (SBT 24092434)
    1301 McKinney Street, Suite 5100
    Houston, Texas 77010-3095
    Tel.: (713) 651-5151
    Fax: (713) 651-5246
    william.greendyke@nortonrosefulbright.com
    jason.boland@nortonrosefulbright.com
    bob.bruner@nortonrosefulbright.com
    julie.harrison@nortonrosefulbright.com

    -and-

    **DAVIS POLK & WARDWELL LLP**

    Brian M. Resnick (*pro hac vice* granted)
    Steven Z. Szanzer (*pro hac vice* granted)
    Aryeh E. Falk (*pro hac vice* granted)
    Nate Sokol (*pro hac vice* granted)
    450 Lexington Avenue

98907123.1

New York, New York 10017
Tel.: (212) 450-4000
Fax: (212) 701-5800
brian.resnick@davispolk.com
steven.szanzer@davispolk.com
aryeh.falk@davispolk.com
nathaniel.sokol@davispolk.com

*Proposed Counsel to the Debtors and Debtors in Possession*

- 3 -

98907123.1