UNITED STATES BANKRUPTCY COURT      SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 19-36313 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | SOUTHERN FOODS GROUP, LLC et al. | |

This lawyer, who is admitted to the State Bar of California, Idaho, Illinois, and Oregon:

| | |
|---|---|
| Name | Brandy A. Sargent |
| Firm | K&L Gates LLP |
| Street | 1 SW Columbia St., Suite 1900 |
| City & Zip Code | Portland, OR 97204 |
| Telephone | 503-226-5735 |
| Licensed: State & Number | CA 292586; ID 10899; IL 670551; OR 045713 |

Seeks to appear as the attorney for this party:

| Land O'Lakes, Inc. | |
|---|---|
| Dated: 11/12/2019 | Signed: [signature] |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| Dated: | Signed: _____ |
|---|---|
| | Deputy Clerk |

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                    United States Bankruptcy Judge