**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**HENRY G. HOBBS, JR.**
**ACTING UNITED STATES TRUSTEE**
**REGION 7, SOUTHERN and WESTERN DISTRICTS OF TEXAS**
**HECTOR DURAN**
**TRIAL ATTORNEY**
**515 Rusk, Suite 3516**
**Houston, Texas   77002**
**Telephone:  (713) 718-4650 x 241**
**Fax:  (713) 718-4670**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** § | **CASE NO.** | |
| § | | |
| **SOUTHERN FOODS GROUP, LLC,** § | **19-36313 (DRJ)** | |
| *et al.,* § | **(Chapter 11)** | |
| § | **Jointly Administered** | |
| **DEBTORS**[1] § | | |

**NOTICE OF APPOINTMENT OF**
**COMMITTEE OF UNSECURED CREDITORS**

TO THE HONORABLE DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE:

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: Southern Foods Group, LLC (1364); Dean Foods Company (9681); Alta-Dena Certified Dairy, LLC (1347); Berkeley Farms, LLC (8965); Cascade Equity Realty, LLC (3940); Country Fresh, LLC (6303); Dairy Information Systems Holdings, LLC (9144); Dairy Information Systems, LLC (0009); Dean Dairy Holdings, LLC (9188); Dean East II, LLC (9192); Dean East, LLC (8751); Dean Foods North Central, LLC (7858); Dean Foods of Wisconsin, LLC (2504); Dean Holding Company (8390); Dean Intellectual Property Services II, Inc. (3512); Dean International Holding Company (9785); Dean Management, LLC (7782); Dean Puerto Rico Holdings, LLC (6832); Dean Services, LLC (2168); Dean Transportation, Inc. (8896); Dean West II, LLC (9190); Dean West, LLC (8753); DFC Aviation Services, LLC (1600); DFC Energy Partners, LLC (3889); DFC Ventures, LLC (4213); DGI Ventures, Inc. (6766); DIPS Limited Partner II (7167); Franklin Holdings, Inc. (8114); Fresh Dairy Delivery, LLC (2314); Friendly's Ice Cream Holdings Corp. (7609); Friendly's Manufacturing and Retail, LLC (9828); Garelick Farms, LLC (3221); Mayfield Dairy Farms, LLC (3008); Midwest Ice Cream Company, LLC (0130); Model Dairy, LLC (7981); Reiter Dairy, LLC (3675); Sampson Ventures, LLC (7714); Shenandoah's Pride, LLC (2858); Steve's Ice Cream, LLC (6807); Suiza Dairy Group, LLC (2039); Tuscan/Lehigh Dairies, Inc. (6774); Uncle Matt's Organic, Inc. (0079); and Verifine Dairy Products of Sheboygan, LLC (7200). The debtors' mailing address is 2711 North Haskell Avenue, Suite 3400, Dallas, TX 75204.

COMES NOW Henry G. Hobbs, Jr., the Acting United States Trustee for Region 7, who pursuant to 11 U.S.C. § 1102(a)(1) hereby appoints the following eligible creditors to the Committee of Unsecured Creditors in this case:

| **Members** | **Counsel for Member** |
|---|---|
| 1. Central States, Southeast and Southwest Areas Areas Pension Funds<br>Brad R. Berliner Deputy General Counsel<br>8647 W. Higgins Rd., 8th Floor<br>Chicago, IL  60631<br>Tel. 847-939-2478<br>Fax 847-518-9797<br>E-Mail:  bberliner@centralstates.org | Central States, Southeast and Southwest Areas Pension Fund<br>Andrew J. Herink, Assoc. Gen. Counsel<br>8647 W. Higgins Rd., 8th Floor<br>Chicago, IL  60631<br>Tel. 847-939-2458<br>Fax 847-518-9797<br>E-Mail:  aherink@centralstates.org |
| 2. The Bank of New York Mellon Trust Company, N.A.<br>Attn: Alison Kowalski<br>240 Greenwich Street, 7th Floor<br>New York, NY  10286<br>Tel. 212-815-4066<br>E-Mail:   alison.kowalski@bnymellon.com | Emmet, Marvin & Martin, LLP<br>Thomas A. Pitta, Esq.<br>120 Broadway, 32nd Floor<br>New York, NY  10271<br>Tel. 212-238-3148<br>E-Mail:  tpitta@emmetmarvin.com |
| 3. Pension Benefit Guaranty Corporation<br>Attn:  Thomas Taylor<br>Corporate Finance and Restructuring Dept.<br>1200 K Street N.W.<br>Washington, D.C. 20005-4026<br>Tel. 202-229-3303<br>Fax 202-326-4114<br>E-Mail: taylor.thomas@pbgc.gov | Pension Benefit Guaranty Corporation<br>C. Wayne Owen, Jr., Esq.<br>Ralph L. Landy, Esq.<br>Office of the General Counsel<br>1200 K Street N.W.<br>Washington, D.C. 20005-4026<br>Tel. 202-229-3090<br>Fax 202-326-4112<br>E-Mail:  landy.ralph@pbgc.gov |
| 4. Land O'Lakes, Inc.<br>Attn: Bill Pieper<br>4001 Lexington Avenue N.<br>Arden Hills, MN  55126-2998<br>Tel. 800-328-9680<br>E-Mail: wtpieper@landolakes.com | K & L Gates LLP<br>Beth Gilman, Esq.<br>1000 Main Street, Suite 2550<br>Houston, TX  77002<br>Tel. 713-815-7327<br>Fax 713-815-7301<br>E-Mail:  beth.gilman@klgates.com |

2

| | |
|---|---|
| 5. California Dairies Inc.<br>   Attn: Ray Gutierrez<br>   2000 N. Plaza Drive<br>   Visalia, CA  93291<br>   Tel. 925-361-4434<br>   Fax 925-551-8544<br>   E-Mail: rgutierrez@californiadairies.com | |
| 6. Consolidated Container Company LP<br>   Attn: Patrick Lynch<br>   2500 Windy Ridge Parkway, Suite 1400<br>   Atlanta, GA  30339<br>   Tel. 678-742-4735<br>   E-Mail: patrick.lynch@cccllc.com | Alston & Bird<br>David Wender, Esq.<br>One Atlantic Center<br>1201 Peachtree St., Suite 4900<br>Atlanta, GA  30309<br>Tel. 404-881-7354<br>Fax 404-881-7000<br>E-Mail: david.wender@alston.com |
| 7. Select Milk Producers, Inc.<br>   Attn: Rance C. Miles<br>   5151 Beltline Rd., Suite 455<br>   Dallas, TX  75254<br>   Tel. 214-568-9000 ext. 211<br>   E-Mail: rancem@selectmilk.com | Jackson Walker LLP<br>Matthew Cavenaugh, Esq.<br>1401 McKinney, Suite 1900<br>Houston, TX  77010<br>Tel. 713-752-4284<br>E-Mail: mcavenaugh@jw.com |

Dated: November 22, 2019	Respectfully Submitted,

HENRY G. HOBBS, JR.
ACTING UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN
DISTRICTS OF TEXAS

By:	/s/ Hector Duran
	Hector Duran
	Trial Attorney
	Texas Bar No. 00783996
	515 Rusk, Suite 3516
	Houston, TX 77002
	Telephone:  (713) 718-4650 x 241
	Fax:  (713) 718-4670

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on this 22nd day of November, 2019.

/s/ Hector Duran
Hector Duran, Trial Attorney