**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. |
| | § | |
| SOUTHERN FOODS GROUP, LLC, | § | 19-36313 (DRJ) |
| *et al.*, | § | (Chapter 11) |
| | § | Jointly Administered |
| DEBTORS | § | |

**NOTICE OF ORGANIZATIONAL MEETING OF THE**
**OFFICIAL UNSECURED CREDITORS' COMMITTEE**

An organizational meeting of the Official Unsecured Creditors' Committee in the above-referenced cases has been scheduled via telephone conference call on Monday, November 25, 2019, at 3:00 p.m. (Houston Time). The members of the Official Unsecured Creditors' Committee have been provided call-in instructions. Members may also appear in person at the Bob Casey United States Courthouse, Office of the United States Trustee, 515 Rusk, Suite 3401, Houston, Texas, 77002.

Dated: November 22, 2019

Respectfully Submitted,

HENRY G. HOBBS, JR.
ACTING UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN
DISTRICTS OF TEXAS

By:  /s/ Hector Duran
Hector Duran
Trial Attorney
Texas Bar No. 00783996
515 Rusk, Suite 3516
Houston, TX 77002
Telephone: (713) 718-4650 x 241
Fax: (713) 718-4670

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on this 22nd day of November, 2019.

/s/ Hector Duran
Hector Duran, Trial Attorney