IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 19-36313 (DRJ) |
| | § | |
| SOUTHERN FOODS GROUP, LLC, | § | Chapter 11 |
| d/b/a DEAN FOODS et al.[1] | § | (Jointly Administered) |
| | § | |
| Debtor. | § | |
| | § | |

**NOTICE OF RECLAMATION DEMAND**

PLEASE TAKE NOTICE that **Country Pure Foods, Inc.** timely served on November 21, 2019 its demand for reclamation of certain merchandise referenced therein and in documents transmitted therewith, pursuant to 11 U.S.C. §§ 546(c) and 503(b)(9) and applicable

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: Southern Foods Group, LLC (1364); Dean Foods Company (9681); Alta-Dena Certified Dairy, LLC (1347); Berkeley Farms, LLC (8965); Cascade Equity Realty, LLC (3940); Country Fresh, LLC (6303); Dairy Information Systems Holdings, LLC (9144); Dairy Information Systems, LLC (0009); Dean Dairy Holdings, LLC (9188); Dean East II, LLC (9192); Dean East, LLC (8751); Dean Foods North Central, LLC (7858); Dean Foods of Wisconsin, LLC (2504); Dean Holding Company (8390); Dean Intellectual Property Services II, Inc. (3512); Dean International Holding Company (9785); Dean Management, LLC (7782); Dean Puerto Rico Holdings, LLC (6832); Dean Services, LLC (2168); Dean Transportation, Inc. (8896); Dean West II, LLC (9190); Dean West, LLC (8753); DFC Aviation Services, LLC (1600); DFC Energy Partners, LLC (3889); DFC Ventures, LLC (4213); DGI Ventures, Inc. (6766); DIPS Limited Partner II (7167); Franklin Holdings, Inc. (8114); Fresh Dairy Delivery, LLC (2314); Friendly's Ice Cream Holdings Corp. (7609); Friendly's Manufacturing and Retail, LLC (9828); Garelick Farms, LLC (3221); Mayfield Dairy Farms, LLC (3008); Midwest Ice Cream Company, LLC (0130); Model Dairy, LLC (7981); Reiter Dairy, LLC (3675); Sampson Ventures, LLC (7714); Shenandoah's Pride, LLC (2858); Steve's Ice Cream, LLC (6807); Suiza Dairy Group, LLC (2039); Tuscan/Lehigh Dairies, Inc. (6774); Uncle Matt's Organic, Inc. (0079); and Verifine Dairy Products of Sheboygan, LLC (7200). The debtors' mailing address is 2711 North Haskell Avenue, Suite 3400, Dallas, TX 75204.
#1040452

non-bankruptcy law, on the above captioned debtors and debtors-in-possession. True and accurate copies of the foregoing demand for reclamation without exhibit and an associated chart of the reclamation claim are attached hereto.

Dated: New York, New York
December 2, 2019

ZEICHNER ELLMAN & KRAUSE LLP

By: /s/ Bryan D. Leinbach
Stuart A. Krause *(Admitted Pro Hac Vice)*
Bryan D. Leinbach *(Admitted Pro Hac Vice)*
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400
skrause@zeklaw.com
bleinbach@zeklaw.com

*Attorneys for County Pure Foods Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2019, a true and correct copy of the **NOTICE OF RECLAMATION DEMAND** was caused to be served electronically through the court's ECF noticing system.

By: /s/ Bryan D. Leinbach
Bryan D. Leinbach *(Admitted Pro Hac Vice)*

#1040452