## Dean Foods Reclamation Claim Detail / Amount

| Shipping Date | Invoice Number | PO Number | Amount of Shipments Deliverd | # of Days Between Shipment & 11/12/2019 |
|---|---|---|---|---|
| 10/14/2019 | 530989 | 31198645 | 12,458.48 | 29 |
| 10/16/2019 | 531256 | 31198647 | 12,579.64 | 27 |
| 10/16/2019 | 531257 | 31198648 | 12,961.48 | 27 |
| 10/16/2018 | 531261 | 31660888 | 13,720.32 | 27 |
| 10/16/2019 | 531311 | 31660967 | 8,974.08 | 27 |
| 10/17/2019 | 531358 | 31660889 | 13,919.84 | 26 |
| 10/18/2019 | 531458 | 31198649 | 12,458.90 | 25 |
| 10/18/2019 | 531459 | 31198650 | 12,000.67 | 25 |
| 10/18/2019 | 531500 | 31660968 | 24,367.50 | 25 |
| 10/21/2019 | 531657 | 31198746 | 12,556.64 | 22 |
| 10/21/2019 | 531658 | 31198747 | 11,540.00 | 22 |
| 10/21/2019 | 531659 | 31660976 | 13,991.87 | 22 |
| 10/21/2019 | 531661 | 34913718 | 8,488.76 | 22 |
| 10/21/2019 | 531736 | 27046144 | 5,184.00 | 22 |
| 10/22/2019 | 531810 | 31660972 | 14,707.92 | 21 |
| 10/22/2019 | 531859 | 31661021 | 15,046.56 | 21 |
| 10/23/2019 | 531888 | 31660977 | 13,982.48 | 20 |
| 10/28/2019 | 532303 | 31661048 | 13,839.92 | 15 |
| 10/28/2019 | 532309 | 31661057 | 15,981.84 | 15 |
| 10/28/2019 | 532310 | 31198802 | 12,118.64 | 15 |
| 10/29/2019 | 532478 | 40308978 | 4,617.60 | 14 |
| 10/30/2019 | 532546 | 31776859 | 2,694.64 | 13 |
| 10/30/2019 | 532567 | 31661049 | 13,848.20 | 13 |
| 10/30/2019 | 532569 | 31198803 | 11,945.36 | 13 |
| 10/30/2019 | 532610 | 31661084 | 15,366.24 | 13 |
| 10/31/2019 | 532664 | 31661050 | 14,022.16 | 12 |
| 10/31/2019 | 532731 | 31661137 | 14,359.68 | 12 |
| 11/1/2019 | 532801 | 31198804 | 12,052.15 | 11 |
| 11/1/2019 | 532802 | 31198805 | 11,993.27 | 11 |
| 11/1/2019 | 532805 | 31661065 | 24,300.00 | 11 |
| 11/4/2019 | 532897 | 33008209 | 15,453.60 | 8 |
| 11/4/2019 | 532941 | 31198865 | 12,106.88 | 8 |
| 11/4/2019 | 532942 | 34913760 | 8,488.76 | 8 |
| 11/4/2019 | 532948 | 31661133 | 13,982.48 | 8 |
| 11/5/2019 | 533091 | 31661136 | 14,249.52 | 7 |
| 11/6/2019 | 533183 | 31198866 | 12,687.34 | 6 |
| 11/6/2019 | 533184 | 31198867 | 11,349.60 | 6 |
| 11/6/2019 | 533186 | 31661134 | 13,817.52 | 6 |
| 11/6/2019 | 533236 | 31661176 | 15,366.24 | 6 |
| 11/6/2018 | 533260 | 31777040 | 1,455.80 | 6 |
| 11/8/2019 | 533393 | 31198868 | 12,095.60 | 4 |
| 11/8/2019 | 533449 | 31661201 | 24,232.50 | 4 |
| 11/8/2019 | 533394 | 31198869 | 12,113.84 | 4 |
| 11/8/2019 | 533400 | 31661135 | 13,999.76 | 4 |
| 11/11/2019 | 533616 | 31776997 | 2,694.64 | 1 |
| 11/11/2019 | 533628 | 31198935 | 11,932.40 | 1 |
| 11/11/2019 | 533630 | 31661202 | 13,674.96 | 1 |
| 11/11/2019 | 533629 | 31198936 | 12,095.60 | 1 |

Total Amount of A/R Outstanding at the time of Chapter 11     $    607,875.88