IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| SOUTHERN FOODS GROUP, LLC, *et al.* ) | |
| ) | Case No. 19-36313 |
| Debtors.[1] ) | |
| ) | Jointly Administered |
| ) | |

NOTICE OF RECLAMATION DEMAND
BY PHOENIX PACKAGING OPERATIONS, LLC

**PLEASE TAKE NOTICE** that on December 2, 2019, pursuant to, *inter alia*, 11 U.S.C. § 546(c), Phoenix Packaging Operations, LLC ("Phoenix Group") served its written demand for reclamation of goods upon the Debtors in the above-captioned case (the "Debtors"), a copy of which is attached hereto as **Exhibit A**.  Phoenix Group made its demand for reclamation without prejudice to other rights and remedies available to it at law or in equity, including, but not limited to, the right of Phoenix Group to an allowed administrative expense under 11 U.S.C. § 503(b)(9) for the goods received by the Debtors from Phoenix Group within 20 days before the commencement of these chapter 11 cases.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: Southern Food Groups, LLC (1364); Dean Foods Company (9681); Alta-Dena Certified Dairy, LLC (1347); Berkeley Farms, LLC (8965); Cascade Equity Realty, LLC (3940); Country Fresh, LLC (6303); Dairy Information Systems Holdings, LLC (9144); Dairy Information Systems, LLC (0009); Dean Dairy Holdings, LLC (9188); Dean East II, LLC (9192); Dean East, LLC (8751); Dean Foods North Central, LLC (7858); Dean Foods of Wisconsin, LLC (2504); Dean Holding Company (8390); Dean Intellectual Property Services II, Inc. (3512); Dean International Holding Company (9785); Dean Management, LLC (7782); Dean Puerto Rico Holdings, LLC (6832); Dean Services, LLC (2168); Dean Transportation, Inc. (8896); Dean West II, LLC (9190); Dean West, LLC (8753); DFC Aviation Services, LLC (1600); DFC Energy Partners, LLC (3889); DFC Ventures, LLC (4213); DGI Ventures, Inc. (6766); DIPS Limited Partner II (7167); Franklin Holdings, Inc. (8114); Fresh Dairy Delivery, LLC (2314); Friendly's Ice Cream Holdings Corp. (7609); Friendly's Manufacturing and Retail, LLC (9828); Garelick Farms, LLC (3221); Mayfield Dairy Farms, LLC (3008); Midwest Ice Cream Company, LLC (0130); Model Dairy, LLC (7981); Reiter Dairy, LLC (3675); Sampson Ventures, LLC (7714); Shenandoah's Pride, LLC (2858); Steve's Ice Cream, LLC (6807); Suiza Dairy Group, LLC (2039); Tuscan/Lehigh Dairies, Inc. (6774); Uncle Matt's Organic, Inc. (0079); and Verifine Dairy Products of Sheboygan, LLC (7200). The debtor's mailing address is 2711 North Haskell Avenue, Suite 3400, Dallas, Texas 75204.

ADMIN 36217253v2

Dated: December 2, 2019.

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

By: */s/ David R. Eastlake*
    David R. Eastlake
    Texas Bar No. 24074165
    1000 Louisiana Street
    Suite 1700
    Houston, TX 77002
    Telephone:  713-374-3500
    Fax:  713-374-3505
    Email:  *EastlakeD@gtlaw.com*

*Counsel for Phoenix Packaging Operations, LLC*

## CERTIFICATE OF SERVICE

I certify that on December 2, 2019, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

    */s/ David R. Eastlake*
    David R. Eastlake