| Customer | Name | Doc | Numb | Pos | Date | Sales Or. | Item | Description | Boxes | Unit | Total Units | Price by l | Amount | Ship to | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C00000155 | DEAN DAIRY HOL | FAC | 30819 | 1 | 10/1/2019 | EI0029312 | AITPS-40900078 | 16 CF FR ONION DIP LI | 50,560.00 | 1 | 50,560 | 39.44 | 1994.09 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 30819 | 2 | 10/1/2019 | EI0029312 | AITPS-40900046 | 16 H-TEETER 4% SMALL | 50,560.00 | 1 | 50,560 | 39.44 | 1994.09 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 30819 | 3 | 10/1/2019 | EI0029312 | AITPS-40900045 | 16 H-TEETER 1% LOFAT | 25,280.00 | 1 | 25,280 | 54.94 | 1388.88 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 30819 | 4 | 10/1/2019 | EI0029312 | AITPS-40900092 | 8 OUR FMLY FR ONION D | 25,280.00 | 1 | 25,280 | 54.94 | 1388.88 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 30819 | 6 | 10/1/2019 | EI0029312 | AITPS-40900082 | 16 OUR FMLY LF SOUR C | 25,280.00 | 1 | 25,280 | 54.94 | 1388.88 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 30820 | 1 | 10/1/2019 | EI0029441 | OIBPW-02400045 | MAYFIELD 4% SMCRDCOTC | 72,000.00 | 1 | 72,000 | 68.84 | 4956.48 | C00000296 | ROCKFORD |
| C00000155 | DEAN DAIRY HOL | FAC | 30820 | 2 | 10/1/2019 | EI0029441 | OIBPW-00800018 | PURITY 4% SMCRD COT C | 24,000.00 | 1 | 24,000 | 61.16 | 1467.84 | C00000296 | ROCKFORD |
| C00000155 | DEAN DAIRY HOL | FAC | 30839 | 1 | 10/2/2019 | EI0029313 | OIBPW-01600021 | 16 CF FR ONION DIP CU | 16,000.00 | 1 | 16,000 | 52.91 | 846.56 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 30839 | 1 | 10/2/2019 | EI0029313 | OIBPW-01600021 | 16 CF FR ONION DIP CU | 32,000.00 | 1 | 32,000 | 52.91 | 1693.12 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 30839 | 2 | 10/2/2019 | EI0029313 | OIBPW-01600014 | 16 H-TEETER 4% SMALL | 32,000.00 | 1 | 32,000 | 68.41 | 2189.12 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 30839 | 3 | 10/2/2019 | EI0029313 | OIBPW-01600013 | 16 H-TEETER 1% LOFAT | 32,000.00 | 1 | 32,000 | 68.41 | 2189.12 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 30839 | 4 | 10/2/2019 | EI0029313 | OIBPW-00800006 | 8 OUR FMLY FR ONION D | 24,000.00 | 1 | 24,000 | 61.61 | 1478.64 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 30839 | 6 | 10/2/2019 | EI0029313 | OIBPW-01600024 | 16 OUR FMLY LF SOUR C | 32,000.00 | 1 | 32,000 | 68.41 | 2189.12 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 30842 | 1 | 10/2/2019 | EI0029649 | AFFCT-00243 | FOIL 94.4 U-TAB CX UN | 259.2 | ### | 259,200 | 10.54 | 2731.97 | C00000338 | BURNS HARBOR |
| C00000155 | DEAN DAIRY HOL | FAC | 30843 | 2 | 10/3/2019 | EI0029650 | OTSTN-00600002 | PET DOME 95MM MIX-INS | 140,000.00 | 1 | 140,000 | 0.0304 | 4258.8 | C00000338 | BURNS HARBOR |
| C00000155 | DEAN DAIRY HOL | FAC | 30844 | 3 | 10/3/2019 | EI0029734 | OIBPW-01600016 | COBRN/FALON LTSOURCRE | 24,000.00 | 1 | 24,000 | 68.41 | 1641.84 | C00000365 | CENTREVILLE |
| C00000155 | DEAN DAIRY HOL | FAC | 30875 | 1 | 10/4/2019 | EI0029363 | AITPS-40900078 | 16 CF FR ONION DIP LI | 50,560.00 | 1 | 50,560 | 39.44 | 1994.09 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 30875 | 2 | 10/4/2019 | EI0029363 | AITPS-40900077 | 24 CF FR ONION DIP LI | 25,280.00 | 1 | 25,280 | 54.94 | 1388.88 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 30875 | 3 | 10/4/2019 | EI0029363 | AITPS-40900101 | 24 MI OLDFASH 4% SMAL | 50,560.00 | 1 | 50,560 | 39.44 | 1994.09 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 30875 | 4 | 10/4/2019 | EI0029363 | AITPS-40900084 | 8 OUR FMLY SOUR CRM L | 50,560.00 | 1 | 50,560 | 39.44 | 1994.09 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 30914 | 1 | 10/8/2019 | EI0029364 | OIBPW-01600021 | 16 CF FR ONION DIP CU | 40,000.00 | 1 | 40,000 | 52.91 | 2116.4 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 30914 | 1 | 10/8/2019 | EI0029364 | OIBPW-01600021 | 16 CF FR ONION DIP CU | 8,000.00 | 1 | 8,000 | 52.91 | 423.28 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 30914 | 2 | 10/8/2019 | EI0029364 | OIBPW-02400025 | 24 CF FR ONION DIP CU | 24,000.00 | 1 | 24,000 | 91.84 | 2204.16 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 30914 | 3 | 10/8/2019 | EI0029364 | OIBPW-02400037 | 24 MI OLDFASH 4% SMAL | 12,000.00 | 1 | 12,000 | 76.34 | 916.08 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 30914 | 3 | 10/8/2019 | EI0029364 | OIBPW-02400037 | 24 MI OLDFASH 4% SMAL | 36,000.00 | 1 | 36,000 | 76.34 | 2748.24 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 30915 | 1 | 10/8/2019 | EI0029533 | AITPS-40900130 | LID 24OZ BROUGHTON4% | 75,840.00 | 1 | 75,840 | 31.94 | 2422.33 | C00000296 | ROCKFORD |
| C00000155 | DEAN DAIRY HOL | FAC | 30915 | 2 | 10/8/2019 | EI0029533 | AITPS-40900131 | LID24OZ BROUGHTON 4% | 25,280.00 | 1 | 25,280 | 54.94 | 1388.88 | C00000296 | ROCKFORD |
| C00000155 | DEAN DAIRY HOL | FAC | 30915 | 3 | 10/8/2019 | EI0029533 | AITPS-40900185 | LID 24OZ 1% PURITY SM | 25,280.00 | 1 | 25,280 | 54.94 | 1388.88 | C00000296 | ROCKFORD |
| C00000155 | DEAN DAIRY HOL | FAC | 30917 | 1 | 10/8/2019 | EI0029637 | OIBPW-02400008 | OAKFARMS 4% SMLCRD CO | 12,000.00 | 1 | 12,000 | 91.84 | 1102.08 | C00000357 | ALBUQUERQUE |
| C00000155 | DEAN DAIRY HOL | FAC | 30917 | 2 | 10/8/2019 | EI0029637 | OIBPW-01200007 | OAK FARMS FIESTA DIP | 32,000.00 | 1 | 32,000 | 66.69 | 2134.08 | C00000357 | ALBUQUERQUE |
| C00000155 | DEAN DAIRY HOL | FAC | 30917 | 3 | 10/8/2019 | EI0029637 | OIBPW-01200011 | GENERIC GREEN CHILEDI | 112,000.00 | 1 | 112,000 | 43.69 | 4893.28 | C00000357 | ALBUQUERQUE |
| C00000155 | DEAN DAIRY HOL | FAC | 30917 | 3 | 10/8/2019 | EI0029637 | OIBPW-01200011 | GENERIC GREEN CHILEDI | 16,000.00 | 1 | 16,000 | 43.69 | 699.04 | C00000357 | ALBUQUERQUE |
| C00000155 | DEAN DAIRY HOL | FAC | 30917 | 4 | 10/8/2019 | EI0029637 | OIBPW-01200012 | GENERIC FRE ONION DIP | 64,000.00 | 1 | 64,000 | 43.69 | 2796.16 | C00000357 | ALBUQUERQUE |
| C00000155 | DEAN DAIRY HOL | FAC | 30917 | 5 | 10/8/2019 | EI0029637 | OIBPW-01200013 | GENERIC JALAPENO DIP | 64,000.00 | 1 | 64,000 | 43.69 | 2796.16 | C00000357 | ALBUQUERQUE |
| C00000155 | DEAN DAIRY HOL | FAC | 30917 | 6 | 10/8/2019 | EI0029637 | OIBPW-01200017 | MEADOWGOLD JALAPENODI | 32,000.00 | 1 | 32,000 | 66.69 | 2134.08 | C00000357 | ALBUQUERQUE |
| C00000155 | DEAN DAIRY HOL | FAC | 30917 | 8 | 10/8/2019 | EI0029637 | OIBPW-01200020 | MEADOW GOLD FR ONIOND | 48,000.00 | 1 | 48,000 | 51.19 | 2457.12 | C00000357 | ALBUQUERQUE |
| C00000155 | DEAN DAIRY HOL | FAC | 30917 | 9 | 10/8/2019 | EI0029637 | OIBPW-01200022 | GANDYS 4% SMCRD COTC | 32,000.00 | 1 | 32,000 | 66.69 | 2134.08 | C00000357 | ALBUQUERQUE |
| C00000155 | DEAN DAIRY HOL | FAC | 30917 | 10 | 10/8/2019 | EI0029637 | OIBPW-00800014 | GANDYS SOUR CREAM TUB | 24,000.00 | 1 | 24,000 | 61.16 | 1467.84 | C00000357 | ALBUQUERQUE |
| C00000155 | DEAN DAIRY HOL | FAC | 30918 | 1 | 10/8/2019 | EI0029639 | AITPS-40900030 | LID 16OZ OAKFARMS 4%S | 25,280.00 | 1 | 25,280 | 54.94 | 1388.88 | C00000357 | ALBUQUERQUE |
| C00000155 | DEAN DAIRY HOL | FAC | 30918 | 2 | 10/8/2019 | EI0029639 | AITPS-40900048 | LID12OZ OAKFARMS FRNH | 50,560.00 | 1 | 50,560 | 39.44 | 1994.09 | C00000357 | ALBUQUERQUE |
| C00000155 | DEAN DAIRY HOL | FAC | 30918 | 3 | 10/8/2019 | EI0029639 | AITPS-40900062 | LID 12OZCREAMLAND GRN | 50,560.00 | 1 | 50,560 | 39.44 | 1994.09 | C00000357 | ALBUQUERQUE |
| C00000155 | DEAN DAIRY HOL | FAC | 30918 | 4 | 10/8/2019 | EI0029639 | AITPS-40900064 | LID12OZ CREAMLAND JAL | 25,280.00 | 1 | 25,280 | 54.94 | 1388.88 | C00000357 | ALBUQUERQUE |
| C00000155 | DEAN DAIRY HOL | FAC | 30918 | 5 | 10/8/2019 | EI0029639 | AITPS-40900066 | LID 12OZ CREAMLAND FI | 25,280.00 | 1 | 25,280 | 54.94 | 1388.88 | C00000357 | ALBUQUERQUE |
| C00000155 | DEAN DAIRY HOL | FAC | 30918 | 6 | 10/8/2019 | EI0029639 | AITPS-40900146 | LID  12-24OZGANDYS4%S | 25,280.00 | 1 | 25,280 | 59.94 | 1515.28 | C00000357 | ALBUQUERQUE |
| C00000155 | DEAN DAIRY HOL | FAC | 30918 | 7 | 10/8/2019 | EI0029639 | AITPS-40900152 | LID 12OZ GANDYS GRN C | 25,280.00 | 1 | 25,280 | 59.94 | 1515.28 | C00000357 | ALBUQUERQUE |
| C00000155 | DEAN DAIRY HOL | FAC | 30918 | 8 | 10/8/2019 | EI0029639 | AITPS-40900153 | LID 12OZ GANDYS FR ON | 25,280.00 | 1 | 25,280 | 59.94 | 1515.28 | C00000357 | ALBUQUERQUE |
| C00000155 | DEAN DAIRY HOL | FAC | 30918 | 9 | 10/8/2019 | EI0029639 | AITPS-40900154 | LID 12OZ GANDYS JALAP | 25,280.00 | 1 | 25,280 | 54.94 | 1388.88 | C00000357 | ALBUQUERQUE |
| C00000155 | DEAN DAIRY HOL | FAC | 30918 | 10 | 10/8/2019 | EI0029639 | AITPS-40900157 | LID 12OZ PRICES GRN C | 25,280.00 | 1 | 25,280 | 54.94 | 1388.88 | C00000357 | ALBUQUERQUE |
| C00000155 | DEAN DAIRY HOL | FAC | 30918 | 11 | 10/8/2019 | EI0029639 | AITPS-40900158 | LID 12OZ PRICES FR ON | 25,280.00 | 1 | 25,280 | 54.94 | 1388.88 | C00000357 | ALBUQUERQUE |
| C00000155 | DEAN DAIRY HOL | FAC | 30918 | 12 | 10/8/2019 | EI0029639 | AITPS-40900159 | LID 12OZ PRICES JALAP | 50,560.00 | 1 | 50,560 | 39.44 | 1994.09 | C00000357 | ALBUQUERQUE |
| C00000155 | DEAN DAIRY HOL | FAC | 30918 | 13 | 10/8/2019 | EI0029639 | AITPS-40900161 | LID 12OZ PRICES FIEST | 25,280.00 | 1 | 25,280 | 54.94 | 1388.88 | C00000357 | ALBUQUERQUE |
| C00000155 | DEAN DAIRY HOL | FAC | 30944 | 8 | 10/9/2019 | EI0029722 | OIBPW-00800025 | 4% SMALL CURD COTTAGE | 48,000.00 | 1 | 48,000 | 45.66 | 2191.68 | C00000384 | GREELEY |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C00000155 | DEAN DAIRY HOL | NCR | 3897 | 1 | 10/9/2019 | EI0029993 | OIBPW-00800025 | 4% SMALL CURD COTTAGE | -48,000.00 | 1 | -48,000 | 45.66 | -2191.68 | C00000384 | GREELEY |
| C00000155 | DEAN DAIRY HOL | FAC | 30950 | 11 | 10/10/2019 | EI0029722 | OIBPW-00800025 | 4% SMALL CURD COTTAGE | 15,000.00 | 1 | 15,000 | 45.66 | 684.9 | C00000384 | GREELEY |
| C00000155 | DEAN DAIRY HOL | FAC | 30950 | 12 | 10/10/2019 | EI0029722 | BSSF-00010 | COURIER. | 1 | 1 | 1 | 4515 | 4515 | C00000384 | GREELEY |
| C00000155 | DEAN DAIRY HOL | FAC | 30996 | 1 | 10/14/2019 | EI0029715 | OIBPW-02400003 | HY VEE 1% SMLCRD COT | 144,000.00 | 1 | 144,000 | 68.84 | 9912.96 | C00000302 | LEMARS |
| C00000155 | DEAN DAIRY HOL | FAC | 30996 | 2 | 10/14/2019 | EI0029715 | OIBPW-02400005 | HY VEE FF SMLCRD COT | 42,000.00 | 1 | 42,000 | 76.34 | 3206.28 | C00000302 | LEMARS |
| C00000155 | DEAN DAIRY HOL | FAC | 30996 | 2 | 10/14/2019 | EI0029715 | OIBPW-02400005 | HY VEE FF SMLCRD COT | 6,000.00 | 1 | 6,000 | 76.34 | 458.04 | C00000302 | LEMARS |
| C00000155 | DEAN DAIRY HOL | FAC | 30996 | 3 | 10/14/2019 | EI0029715 | OIBPW-01200003 | HYVEE 4% LRG CURD COT | 96,000.00 | 1 | 96,000 | 43.69 | 4194.24 | C00000302 | LEMARS |
| C00000155 | DEAN DAIRY HOL | FAC | 30996 | 4 | 10/14/2019 | EI0029715 | OIBPW-01200000 | HYVEE FF SML CURD COT | 32,000.00 | 1 | 32,000 | 66.69 | 2134.08 | C00000302 | LEMARS |
| C00000155 | DEAN DAIRY HOL | FAC | 30996 | 5 | 10/14/2019 | EI0029715 | OIBPW-02400026 | 24 OUR FMLY SOUR CRM | 24,000.00 | 1 | 24,000 | 91.84 | 2204.16 | C00000302 | LEMARS |
| C00000155 | DEAN DAIRY HOL | FAC | 30996 | 9 | 10/14/2019 | EI0029715 | OIBPW-00800024 | TUB 8OZ OLD HOME FRE | 24,000.00 | 1 | 24,000 | 61.16 | 1467.84 | C00000302 | LEMARS |
| C00000155 | DEAN DAIRY HOL | FAC | 31045 | 1 | 10/17/2019 | EI0029481 | OMBPN-00600093 | DP SMOOTHS CC ORIGINA | 267,120.00 | 1 | 267,120 | 59.56 | 15909.67 | C00000296 | ROCKFORD |
| C00000155 | DEAN DAIRY HOL | FAC | 31045 | 2 | 10/17/2019 | EI0029481 | OMBPN-00600094 | DP SMOOTHS CC RASPBER | 267,120.00 | 1 | 267,120 | 59.56 | 15909.67 | C00000296 | ROCKFORD |
| C00000155 | DEAN DAIRY HOL | FAC | 31045 | 3 | 10/17/2019 | EI0029481 | OMBPN-00600095 | DP SMOOTHS CC SMORES | 38,160.00 | 1 | 38,160 | 59.56 | 2272.81 | C00000296 | ROCKFORD |
| C00000155 | DEAN DAIRY HOL | FAC | 31052 | 1 | 10/18/2019 | EI0029426 | OIBPW-01600021 | 16 CF FR ONION DIP CU | 8,000.00 | 1 | 8,000 | 52.91 | 423.28 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 31052 | 1 | 10/18/2019 | EI0029426 | OIBPW-01600021 | 16 CF FR ONION DIP CU | 40,000.00 | 1 | 40,000 | 52.91 | 2116.4 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 31052 | 2 | 10/18/2019 | EI0029426 | OIBPW-01600035 | 15 MI OLDFASH 4% SMAL | 16,000.00 | 1 | 16,000 | 52.91 | 846.56 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 31052 | 2 | 10/18/2019 | EI0029426 | OIBPW-01600035 | 15 MI OLDFASH 4% SMAL | 32,000.00 | 1 | 32,000 | 52.91 | 1693.12 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 31052 | 3 | 10/18/2019 | EI0029426 | OIBPW-02400037 | 24 MI OLDFASH 4% SMAL | 24,000.00 | 1 | 24,000 | 76.34 | 1832.16 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 31052 | 3 | 10/18/2019 | EI0029426 | OIBPW-02400037 | 24 MI OLDFASH 4% SMAL | 24,000.00 | 1 | 24,000 | 76.34 | 1832.16 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 31052 | 4 | 10/18/2019 | EI0029426 | OIBPW-01600034 | 15 MI OLDFASH 4% LARG | 24,000.00 | 1 | 24,000 | 52.91 | 1269.84 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 31052 | 4 | 10/18/2019 | EI0029426 | OIBPW-01600034 | 15 MI OLDFASH 4% LARG | 8,000.00 | 1 | 8,000 | 52.91 | 423.28 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 31052 | 4 | 10/18/2019 | EI0029426 | OIBPW-01600034 | 15 MI OLDFASH 4% LARG | 8,000.00 | 1 | 8,000 | 52.91 | 423.28 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 31052 | 4 | 10/18/2019 | EI0029426 | OIBPW-01600034 | 15 MI OLDFASH 4% LARG | 8,000.00 | 1 | 8,000 | 52.91 | 423.28 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 31052 | 5 | 10/18/2019 | EI0029426 | OIBPW-02400036 | 24 MI OLDFASH 4% LARG | 36,000.00 | 1 | 36,000 | 91.84 | 3306.24 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 31052 | 6 | 10/18/2019 | EI0029426 | OIBPW-02400038 | 24 MI OLDFASH 1% LOFA | 48,000.00 | 1 | 48,000 | 76.34 | 3664.32 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 31054 | 1 | 10/18/2019 | EI0029431 | AITPS-40900078 | 16 CF FR ONION DIP LI | 50,560.00 | 1 | 50,560 | 39.44 | 1994.09 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 31054 | 2 | 10/18/2019 | EI0029431 | AITPS-40900102 | 15 MI OLDFASH 4% SMAL | 50,560.00 | 1 | 50,560 | 39.44 | 1994.09 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 31054 | 3 | 10/18/2019 | EI0029431 | AITPS-40900101 | 24 MI OLDFASH 4% SMAL | 50,560.00 | 1 | 50,560 | 39.44 | 1994.09 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 31054 | 4 | 10/18/2019 | EI0029431 | AITPS-40900099 | 15 MI OLDFASH 4% LARG | 50,560.00 | 1 | 50,560 | 39.44 | 1994.09 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 31054 | 5 | 10/18/2019 | EI0029431 | AITPS-40900100 | 24 MI OLDFASH 4% LARG | 25,280.00 | 1 | 25,280 | 54.94 | 1388.88 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 31054 | 6 | 10/18/2019 | EI0029431 | AITPS-40900104 | 24 MI OLDFASH 1% LOFA | 50,560.00 | 1 | 50,560 | 39.44 | 1994.09 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 31055 | 1 | 10/18/2019 | EI0029637 | OIBPW-02400008 | OAKFARMS 4% SMLCRD CO | 12,000.00 | 1 | 12,000 | 91.84 | 1102.08 | C00000357 | ALBUQUERQUE |
| C00000155 | DEAN DAIRY HOL | FAC | 31056 | 1 | 10/18/2019 | EI0029734 | OIBPW-02200002 | COBRN/FALON4%SMCRDCOT | 30,000.00 | 1 | 30,000 | 64.84 | 1945.2 | C00000365 | CENTREVILLE |
| C00000155 | DEAN DAIRY HOL | FAC | 31056 | 2 | 10/18/2019 | EI0029734 | OIBPW-01600015 | COBRN/FALON SOUR CREA | 48,000.00 | 1 | 48,000 | 45.41 | 2179.68 | C00000365 | CENTREVILLE |
| C00000155 | DEAN DAIRY HOL | FAC | 31056 | 2 | 10/18/2019 | EI0029734 | OIBPW-01600015 | COBRN/FALON SOUR CREA | 24,000.00 | 1 | 24,000 | 45.41 | 1089.84 | C00000365 | CENTREVILLE |
| C00000155 | DEAN DAIRY HOL | FAC | 31058 | 1 | 10/18/2019 | EI0029740 | OIBPW-02200002 | COBRN/FALON4%SMCRDCOT | 18,000.00 | 1 | 18,000 | 62.12 | 1118.16 | C00000365 | CENTREVILLE |
| C00000155 | DEAN DAIRY HOL | FAC | 31058 | 2 | 10/18/2019 | EI0029740 | OIBPW-01600015 | COBRN/FALON SOUR CREA | 248,000.00 | 1 | 248,000 | 45.41 | 11261.68 | C00000365 | CENTREVILLE |
| C00000155 | DEAN DAIRY HOL | FAC | 31058 | 2 | 10/18/2019 | EI0029740 | OIBPW-01600015 | COBRN/FALON SOUR CREA | 8,000.00 | 1 | 8,000 | 45.41 | 363.28 | C00000365 | CENTREVILLE |
| C00000155 | DEAN DAIRY HOL | FAC | 31058 | 3 | 10/18/2019 | EI0029740 | OIBPW-01600016 | COBRN/FALON LTSOURCRE | 48,000.00 | 1 | 48,000 | 45.41 | 2179.68 | C00000365 | CENTREVILLE |
| C00000155 | DEAN DAIRY HOL | FAC | 31058 | 3 | 10/18/2019 | EI0029740 | OIBPW-01600016 | COBRN/FALON LTSOURCRE | 16,000.00 | 1 | 16,000 | 45.41 | 726.56 | C00000365 | CENTREVILLE |
| C00000155 | DEAN DAIRY HOL | FAC | 31058 | 4 | 10/18/2019 | EI0029740 | OIBPW-01600017 | COBRN/FALON FRNH ONND | 24,000.00 | 1 | 24,000 | 68.41 | 1641.84 | C00000365 | CENTREVILLE |
| C00000155 | DEAN DAIRY HOL | FAC | 31058 | 4 | 10/18/2019 | EI0029740 | OIBPW-01600017 | COBRN/FALON FRNH ONND | 8,000.00 | 1 | 8,000 | 68.41 | 547.28 | C00000365 | CENTREVILLE |
| C00000155 | DEAN DAIRY HOL | FAC | 31058 | 5 | 10/18/2019 | EI0029740 | OIBPW-02200003 | COBRN/FALON 1%LF COTC | 42,000.00 | 1 | 42,000 | 76.34 | 3206.28 | C00000365 | CENTREVILLE |
| C00000155 | DEAN DAIRY HOL | FAC | 31058 | 5 | 10/18/2019 | EI0029740 | OIBPW-02200003 | COBRN/FALON 1%LF COTC | 6,000.00 | 1 | 6,000 | 76.34 | 458.04 | C00000365 | CENTREVILLE |
| C00000155 | DEAN DAIRY HOL | FAC | 31059 | 4 | 10/18/2019 | EI0029997 | AITPS-40900134 | LID16OZ MAYFIELD 1% S | 50,560.00 | 1 | 50,560 | 39.44 | 1994.09 | C00000296 | ROCKFORD |
| C00000155 | DEAN DAIRY HOL | FAC | 31073 | 1 | 10/18/2019 | EI0030093 | OTSTN-00600002 | PET DOME 95MM MIX-INS | 25,200.00 | 1 | 25,200 | 0.0304 | 766.58 | C00000338 | BURNS HARBOR |
| C00000155 | DEAN DAIRY HOL | FAC | 31073 | 1 | 10/18/2019 | EI0030093 | OTSTN-00600002 | PET DOME 95MM MIX-INS | 50,400.00 | 1 | 50,400 | 0.0304 | 1533.17 | C00000338 | BURNS HARBOR |
| C00000155 | DEAN DAIRY HOL | FAC | 31073 | 1 | 10/18/2019 | EI0030093 | OTSTN-00600002 | PET DOME 95MM MIX-INS | 36,400.00 | 1 | 36,400 | 0.0304 | 1107.29 | C00000338 | BURNS HARBOR |
| C00000155 | DEAN DAIRY HOL | FAC | 31075 | 1 | 10/18/2019 | EI0029995 | AFFCT-00243 | FOIL 94.4 U-TAB CX UN | 111.6 | ### | 111,600 | 10.54 | 1176.26 | C00000338 | BURNS HARBOR |
| C00000155 | DEAN DAIRY HOL | FAC | 31075 | 1 | 10/18/2019 | EI0029995 | AFFCT-00243 | FOIL 94.4 U-TAB CX UN | 158.4 | ### | 158,400 | 10.54 | 1669.54 | C00000338 | BURNS HARBOR |
| C00000155 | DEAN DAIRY HOL | FAC | 31078 | 3 | 10/18/2019 | EI0029481 | OMBPN-00600095 | DP SMOOTHS CC SMORES | 228,960.00 | 1 | 228,960 | 59.56 | 13636.86 | C00000296 | ROCKFORD |
| C00000155 | DEAN DAIRY HOL | FAC | 31078 | 4 | 10/18/2019 | EI0029481 | OMBPN-00600097 | CUP DAIRY P SS CC PEA | 248,040.00 | 1 | 248,040 | 59.56 | 14773.26 | C00000296 | ROCKFORD |
| C00000155 | DEAN DAIRY HOL | FAC | 31078 | 5 | 10/18/2019 | EI0029481 | OMBPN-00600098 | CUP DAIRY P SS CC STR | 95,400.00 | 1 | 95,400 | 59.56 | 5682.02 | C00000296 | ROCKFORD |

| Vendor | Name | Type | Doc | Ln | Date | Ref1 | Ref2 | Desc | Qty | U | Amt | Rate | Ext | Acct | Location |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C00000155 | DEAN DAIRY HOL | NCR | 3910 | 1 | 10/18/2019 | AN0002087 | AFFCT-00243 | FOIL 94.4 U-TAB CX UN | -111.6 | ### | -111,600 | 10.54 | -1176.26 | C00000338 | BURNS HARBOR |
| C00000155 | DEAN DAIRY HOL | NCR | 3910 | 2 | 10/18/2019 | AN0002087 | AFFCT-00243 | FOIL 94.4 U-TAB CX UN | -158.4 | ### | -158,400 | 10.54 | -1669.54 | C00000338 | BURNS HARBOR |
| C00000155 | DEAN DAIRY HOL | FAC | 31095 | 2 | 10/21/2019 | EI0029995 | AFFCT-00243 | FOIL 94.4 U-TAB CX UN | 97.2 | ### | 97,200 | 10.54 | 1024.49 | C00000338 | BURNS HARBOR |
| C00000155 | DEAN DAIRY HOL | FAC | 31095 | 2 | 10/21/2019 | EI0029995 | AFFCT-00243 | FOIL 94.4 U-TAB CX UN | 172.8 | ### | 172,800 | 10.54 | 1821.31 | C00000338 | BURNS HARBOR |
| C00000155 | DEAN DAIRY HOL | FAC | 31097 | 5 | 10/21/2019 | EI0029481 | OMBPN-00600098 | CUP DAIRY P SS CC STR | 19,080.00 | 1 | 19,080 | 59.56 | 1136.4 | C00000296 | ROCKFORD |
| C00000155 | DEAN DAIRY HOL | FAC | 31097 | 6 | 10/21/2019 | EI0029481 | OMBPN-00600098 | CUP DAIRY P SS CC STR | 95,400.00 | 1 | 95,400 | 59.56 | 5682.02 | C00000296 | ROCKFORD |
| C00000155 | DEAN DAIRY HOL | FAC | 31098 | 1 | 10/21/2019 | EI0029741 | AITPS-40900057 | LID 16OZCOBRN/OFALLN | 151,680.02 | 1 | 151,680 | 31.94 | 4844.66 | C00000365 | CENTREVILLE |
| C00000155 | DEAN DAIRY HOL | FAC | 31098 | 1 | 10/21/2019 | EI0029741 | AITPS-40900057 | LID 16OZCOBRN/OFALLN | 126,400.01 | 1 | 126,400 | 31.94 | 4037.22 | C00000365 | CENTREVILLE |
| C00000155 | DEAN DAIRY HOL | FAC | 31098 | 2 | 10/21/2019 | EI0029741 | AITPS-40900058 | LID16OZCOBRNOFALLN LT | 50,560.00 | 1 | 50,560 | 39.44 | 1994.09 | C00000365 | CENTREVILLE |
| C00000155 | DEAN DAIRY HOL | FAC | 31098 | 3 | 10/21/2019 | EI0029741 | AITPS-40900059 | LID16OZ COBRN/OFALLN | 25,280.00 | 1 | 25,280 | 54.94 | 1388.88 | C00000365 | CENTREVILLE |
| C00000155 | DEAN DAIRY HOL | FAC | 31098 | 4 | 10/21/2019 | EI0029741 | AITPS-40900061 | LID24OZCOBRNFLLON1%LW | 25,280.00 | 1 | 25,280 | 39.44 | 997.04 | C00000365 | CENTREVILLE |
| C00000155 | DEAN DAIRY HOL | FAC | 31098 | 4 | 10/21/2019 | EI0029741 | AITPS-40900061 | LID24OZCOBRNFLLON1%LW | 25,280.00 | 1 | 25,280 | 39.44 | 997.04 | C00000365 | CENTREVILLE |
| C00000155 | DEAN DAIRY HOL | FAC | 31098 | 5 | 10/21/2019 | EI0029741 | AITPS-40900060 | LID24OZCOBRN/FLLN4% S | 75,840.00 | 1 | 75,840 | 31.94 | 2422.33 | C00000365 | CENTREVILLE |
| C00000155 | DEAN DAIRY HOL | FAC | 31099 | 1 | 10/21/2019 | EI0029840 | AFFCT-00243 | FOIL 94.4 U-TAB CX UN | 633.6 | ### | 633,600 | 10.54 | 6678.14 | C00000338 | BURNS HARBOR |
| C00000155 | DEAN DAIRY HOL | FAC | 31163 | 1 | 10/24/2019 | EI0029525 | OIBPW-01600021 | 16 CF FR ONION DIP CU | 16,000.00 | 1 | 16,000 | 45.41 | 726.56 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 31163 | 1 | 10/24/2019 | EI0029525 | OIBPW-01600021 | 16 CF FR ONION DIP CU | 24,000.00 | 1 | 24,000 | 45.41 | 1089.84 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 31163 | 1 | 10/24/2019 | EI0029525 | OIBPW-01600021 | 16 CF FR ONION DIP CU | 16,000.00 | 1 | 16,000 | 45.41 | 726.56 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 31163 | 1 | 10/24/2019 | EI0029525 | OIBPW-01600021 | 16 CF FR ONION DIP CU | 8,000.00 | 1 | 8,000 | 45.41 | 363.28 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 31163 | 2 | 10/24/2019 | EI0029525 | OIBPW-01600023 | 16 OUR FMLY SOUR CRM | 16,000.00 | 1 | 16,000 | 45.41 | 726.56 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 31163 | 2 | 10/24/2019 | EI0029525 | OIBPW-01600023 | 16 OUR FMLY SOUR CRM | 48,000.00 | 1 | 48,000 | 45.41 | 2179.68 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 31163 | 3 | 10/24/2019 | EI0029525 | OIBPW-01600024 | 16 OUR FMLY LF SOUR C | 16,000.00 | 1 | 16,000 | 52.91 | 846.56 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 31163 | 3 | 10/24/2019 | EI0029525 | OIBPW-01600024 | 16 OUR FMLY LF SOUR C | 24,000.00 | 1 | 24,000 | 52.91 | 1269.84 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 31163 | 4 | 10/24/2019 | EI0029525 | OIBPW-02400028 | 24 OUR FMLY 4% LARGE | 48,000.00 | 1 | 48,000 | 76.34 | 3664.32 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 31163 | 5 | 10/24/2019 | EI0029525 | OIBPW-02400030 | 24 OUR FMLY 4% SMALL | 6,000.00 | 1 | 6,000 | 76.34 | 458.04 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 31163 | 5 | 10/24/2019 | EI0029525 | OIBPW-02400030 | 24 OUR FMLY 4% SMALL | 30,000.00 | 1 | 30,000 | 76.34 | 2290.2 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 31163 | 5 | 10/24/2019 | EI0029525 | OIBPW-02400030 | 24 OUR FMLY 4% SMALL | 6,000.00 | 1 | 6,000 | 76.34 | 458.04 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 31163 | 5 | 10/24/2019 | EI0029525 | OIBPW-02400030 | 24 OUR FMLY 4% SMALL | 6,000.00 | 1 | 6,000 | 76.34 | 458.04 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 31163 | 6 | 10/24/2019 | EI0029525 | OIBPW-01600028 | 16 OUR FMLY 1% LOFAT | 32,000.00 | 1 | 32,000 | 68.41 | 2189.12 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 31163 | 7 | 10/24/2019 | EI0029525 | OIBPW-02400031 | 24 OUR FMLY 1% LOFAT | 24,000.00 | 1 | 24,000 | 91.84 | 2204.16 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 31164 | 1 | 10/24/2019 | EI0029527 | AITPS-40900078 | 16 CF FR ONION DIP LI | 50,560.00 | 1 | 50,560 | 39.44 | 1994.09 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 31164 | 2 | 10/24/2019 | EI0029527 | AITPS-40900081 | 16 OUR FMLY SOUR CRM | 50,560.00 | 1 | 50,560 | 39.44 | 1994.09 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 31164 | 3 | 10/24/2019 | EI0029527 | AITPS-40900082 | 16 OUR FMLY LF SOUR C | 50,560.00 | 1 | 50,560 | 39.44 | 1994.09 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 31164 | 4 | 10/24/2019 | EI0029527 | AITPS-40900086 | 24 OUR FMLY 4% LARGE | 50,560.00 | 1 | 50,560 | 39.44 | 1994.09 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 31164 | 5 | 10/24/2019 | EI0029527 | AITPS-40900090 | 24 OUR FMLY 4% SMALL | 25,280.00 | 1 | 25,280 | 39.44 | 997.04 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 31164 | 5 | 10/24/2019 | EI0029527 | AITPS-40900090 | 24 OUR FMLY 4% SMALL | 25,280.00 | 1 | 25,280 | 39.44 | 997.04 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 31164 | 6 | 10/24/2019 | EI0029527 | AITPS-40900089 | 16 OUR FMLY 1% LOFAT | 25,280.00 | 1 | 25,280 | 39.44 | 997.04 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 31164 | 6 | 10/24/2019 | EI0029527 | AITPS-40900089 | 16 OUR FMLY 1% LOFAT | 25,280.00 | 1 | 25,280 | 39.44 | 997.04 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 31164 | 7 | 10/24/2019 | EI0029527 | AITPS-40900091 | 24 OUR FMLY 1% LOFAT | 25,280.00 | 1 | 25,280 | 54.94 | 1388.88 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 31165 | 1 | 10/24/2019 | EI0029640 | AFFCT-09550054 | 95V DS DAIRY P SS CC | 259.2 | ### | 259,200 | 17.67 | 4580.06 | C00000296 | ROCKFORD |
| C00000155 | DEAN DAIRY HOL | FAC | 31165 | 2 | 10/24/2019 | EI0029640 | AFFCT-09550052 | 95V DS DAIRY P SS CC | 259.2 | ### | 259,200 | 17.67 | 4580.06 | C00000296 | ROCKFORD |
| C00000155 | DEAN DAIRY HOL | FAC | 31165 | 3 | 10/24/2019 | EI0029640 | AFFCT-09550053 | 95V DS DAIRY P SS CC | 259.2 | ### | 259,200 | 17.67 | 4580.06 | C00000296 | ROCKFORD |
| C00000155 | DEAN DAIRY HOL | FAC | 31166 | 1 | 10/24/2019 | EI0029676 | OIBPW-01600044 | BROUGHTON 4% SMCRDCOT | 32,000.00 | 1 | 32,000 | 68.41 | 2189.12 | C00000296 | ROCKFORD |
| C00000155 | DEAN DAIRY HOL | FAC | 31166 | 2 | 10/24/2019 | EI0029676 | OIBPW-01600065 | PURITY 4% SMCRD COT C | 48,000.00 | 1 | 48,000 | 52.91 | 2539.68 | C00000296 | ROCKFORD |
| C00000155 | DEAN DAIRY HOL | FAC | 31167 | 1 | 10/24/2019 | EI0029677 | AITPS-40900129 | LID16OZ BROUGHTON 4% | 25,280.00 | 1 | 25,280 | 54.94 | 1388.88 | C00000296 | ROCKFORD |
| C00000155 | DEAN DAIRY HOL | FAC | 31168 | 1 | 10/24/2019 | EI0029722 | OIBPW-01200024 | ROYALCRESTDAIRYSOURCR | 24,000.00 | 1 | 24,000 | 66.69 | 1600.56 | C00000384 | GREELEY |
| C00000155 | DEAN DAIRY HOL | FAC | 31168 | 2 | 10/24/2019 | EI0029722 | OIBPW-00800021 | GR MEADOW GOLD SOURCR | 48,000.00 | 1 | 48,000 | 51.19 | 2457.12 | C00000384 | GREELEY |
| C00000155 | DEAN DAIRY HOL | FAC | 31168 | 3 | 10/24/2019 | EI0029722 | OIBPW-01600070 | GR MEADOW GOLD SOURCR | 48,000.00 | 1 | 48,000 | 52.91 | 2539.68 | C00000384 | GREELEY |
| C00000155 | DEAN DAIRY HOL | FAC | 31168 | 4 | 10/24/2019 | EI0029722 | OIBPW-02400068 | GR MEADOW GOLD SOURCR | 36,000.00 | 1 | 36,000 | 91.84 | 3306.24 | C00000384 | GREELEY |
| C00000155 | DEAN DAIRY HOL | FAC | 31168 | 5 | 10/24/2019 | EI0029722 | OIBPW-02400071 | MD GD/VI 2% SM CU CO | 36,000.00 | 1 | 36,000 | 91.84 | 3306.24 | C00000384 | GREELEY |
| C00000155 | DEAN DAIRY HOL | FAC | 31168 | 6 | 10/24/2019 | EI0029722 | OIBPW-02400072 | MG 4% LARG CU COTT CH | 36,000.00 | 1 | 36,000 | 91.84 | 3306.24 | C00000384 | GREELEY |
| C00000155 | DEAN DAIRY HOL | FAC | 31168 | 7 | 10/24/2019 | EI0029722 | OIBPW-02400073 | MG 4% SMAL CU COTT CH | 36,000.00 | 1 | 36,000 | 91.84 | 3306.24 | C00000384 | GREELEY |
| C00000155 | DEAN DAIRY HOL | FAC | 31168 | 9 | 10/24/2019 | EI0029722 | OIBPW-01600077 | 4% SMALL CURD COTTAGE | 48,000.00 | 1 | 48,000 | 52.91 | 2539.68 | C00000384 | GREELEY |
| C00000155 | DEAN DAIRY HOL | FAC | 31168 | 10 | 10/24/2019 | EI0029722 | OIBPW-01600078 | 2% LOW FAT COTTAGE CH | 48,000.00 | 1 | 48,000 | 52.91 | 2539.68 | C00000384 | GREELEY |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C00000155 | DEAN DAIRY HOL | FAC | 31168 | 11 | 10/24/2019 | EI0029722 | OIBPW-00800025 | 4% SMALL CURD COTTAGE | 33,000.00 | 1 | 33,000 | 45.66 | 1506.78 | C00000384 | GREELEY |
| C00000155 | DEAN DAIRY HOL | FAC | 31198 | 1 | 10/25/2019 | EI0029889 | OTSTN-00600002 | PET DOME 95MM MIX-INS | 224,000.00 | 1 | 224,000 | 0.0297 | 6648.32 | C00000338 | BURNS HARBOR |
| C00000155 | DEAN DAIRY HOL | FAC | 31227 | 5 | 10/28/2019 | EI0029481 | OMBPN-00600098 | CUP DAIRY P SS CC STR | 57,240.00 | 1 | 57,240 | 59.56 | 3409.21 | C00000296 | ROCKFORD |
| C00000155 | DEAN DAIRY HOL | NCR | 3923 | 2 | 10/28/2019 | AN0002098 | OIBPW-02400005 | HY VEE FF SMLCRD COT | -6,000.00 | 1 | -6,000 | 76.34 | -458.04 | C00000302 | LEMARS |
| C00000155 | DEAN DAIRY HOL | NCR | 3925 | 4 | 10/28/2019 | EI0030209 | OIBPW-01600021 | 16 CF FR ONION DIP CU | -8,000.00 | 1 | -8,000 | 45.41 | -363.28 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 31261 | 6 | 10/30/2019 | EI0029715 | OIBPW-01600030 | LM OURFAMILY4%LGCRDCO | 32,000.00 | 1 | 32,000 | 68.41 | 2189.12 | C00000302 | LEMARS |
| C00000155 | DEAN DAIRY HOL | FAC | 31261 | 7 | 10/30/2019 | EI0029715 | OIBPW-01600031 | LM OURFAMILY1%SMCRDCO | 32,000.00 | 1 | 32,000 | 68.41 | 2189.12 | C00000302 | LEMARS |
| C00000155 | DEAN DAIRY HOL | FAC | 31261 | 8 | 10/30/2019 | EI0029715 | OIBPW-02400035 | LM OURFAMILY1%SMCRDCO | 48,000.00 | 1 | 48,000 | 76.34 | 3664.32 | C00000302 | LEMARS |
| C00000155 | DEAN DAIRY HOL | FAC | 31261 | 10 | 10/30/2019 | EI0029715 | OIBPW-02400034 | LM OURFAMILY4%SMCRDCO | 24,000.00 | 1 | 24,000 | 91.84 | 2204.16 | C00000302 | LEMARS |
| C00000155 | DEAN DAIRY HOL | FAC | 31262 | 1 | 10/30/2019 | EI0029724 | AITPS-40900200 | MD GD/VI 2% SM CU CO | 25,280.00 | 1 | 25,280 | 54.94 | 1388.88 | C00000384 | GREELEY |
| C00000155 | DEAN DAIRY HOL | FAC | 31262 | 2 | 10/30/2019 | EI0029724 | AITPS-40900202 | LID 24OZ 4% LARG CUR | 25,280.00 | 1 | 25,280 | 54.94 | 1388.88 | C00000384 | GREELEY |
| C00000155 | DEAN DAIRY HOL | FAC | 31262 | 3 | 10/30/2019 | EI0029724 | AITPS-40900203 | LID 24OZ 4% SMAL CUR | 25,280.00 | 1 | 25,280 | 54.94 | 1388.88 | C00000384 | GREELEY |
| C00000155 | DEAN DAIRY HOL | FAC | 31263 | 1 | 10/30/2019 | EI0029753 | OIBPW-02400075 | TUB 24OZ OLD HOME SOU | 72,000.00 | 1 | 72,000 | 68.84 | 4956.48 | C00000378 | LE MARS |
| C00000155 | DEAN DAIRY HOL | FAC | 31263 | 2 | 10/30/2019 | EI0029753 | OIBPW-01600074 | TUB 16OZ OLD HOME SOU | 96,000.00 | 1 | 96,000 | 45.41 | 4359.36 | C00000378 | LE MARS |
| C00000155 | DEAN DAIRY HOL | FAC | 31264 | 1 | 10/30/2019 | EI0030227 | BSSF-00011 | SERVICE. | 1 | 1 | 1 | 30012.1 | 30012.14 | C00000296 | ROCKFORD |
| C00000155 | DEAN DAIRY HOL | FAC | 31265 | 1 | 10/30/2019 | EI0030228 | BSSF-00011 | SERVICE. | 1 | 1 | 1 | 31167.5 | 31167.5 | C00000296 | ROCKFORD |
| C00000155 | DEAN DAIRY HOL | FAC | 31292 | 1 | 10/31/2019 | EI0029718 | AITPS-40900007 | LID 24OZ HYVEE FF SML | 50,560.00 | 1 | 50,560 | 39.44 | 1994.09 | C00000302 | LEMARS |
| C00000155 | DEAN DAIRY HOL | FAC | 31292 | 2 | 10/31/2019 | EI0029718 | AITPS-40900011 | LID 12OZ HYVEE 4% LRG | 75,840.00 | 1 | 75,840 | 31.94 | 2422.33 | C00000302 | LEMARS |
| C00000155 | DEAN DAIRY HOL | FAC | 31292 | 3 | 10/31/2019 | EI0029718 | AITPS-40900008 | LID 12OZ HYVEE FF SML | 25,280.00 | 1 | 25,280 | 54.94 | 1388.88 | C00000302 | LEMARS |
| C00000155 | DEAN DAIRY HOL | FAC | 31292 | 4 | 10/31/2019 | EI0029718 | AITPS-40900088 | 16 OUR FMLY 4% LARGE | 25,280.00 | 1 | 25,280 | 54.94 | 1388.88 | C00000302 | LEMARS |
| C00000155 | DEAN DAIRY HOL | FAC | 31292 | 5 | 10/31/2019 | EI0029718 | AITPS-40900089 | 16 OUR FMLY 1% LOFAT | 25,280.00 | 1 | 25,280 | 54.94 | 1388.88 | C00000302 | LEMARS |
| C00000155 | DEAN DAIRY HOL | FAC | 31292 | 6 | 10/31/2019 | EI0029718 | AITPS-40900091 | 24 OUR FMLY 1% LOFAT | 25,280.00 | 1 | 25,280 | 39.44 | 997.04 | C00000302 | LEMARS |
| C00000155 | DEAN DAIRY HOL | FAC | 31292 | 6 | 10/31/2019 | EI0029718 | AITPS-40900091 | 24 OUR FMLY 1% LOFAT | 25,280.00 | 1 | 25,280 | 39.44 | 997.04 | C00000302 | LEMARS |
| C00000155 | DEAN DAIRY HOL | FAC | 31292 | 7 | 10/31/2019 | EI0029718 | AITPS-40900083 | 24 OUR FMLY SOUR CRM | 25,280.00 | 1 | 25,280 | 54.94 | 1388.88 | C00000302 | LEMARS |
| C00000155 | DEAN DAIRY HOL | FAC | 31292 | 8 | 10/31/2019 | EI0029718 | AITPS-40900005 | LID 24OZ HY VEE 1%SML | 126,400.00 | 1 | 126,400 | 31.94 | 4037.22 | C00000302 | LEMARS |
| C00000155 | DEAN DAIRY HOL | FAC | 31292 | 9 | 10/31/2019 | EI0029718 | AITPS-40900210 | LID 8OZ OLD HOME FRE | 25,280.00 | 1 | 25,280 | 54.94 | 1388.88 | C00000302 | LEMARS |
| C00000155 | DEAN DAIRY HOL | FAC | 31292 | 10 | 10/31/2019 | EI0029718 | AITPS-40900090 | 24 OUR FMLY 4% SMALL | 25,280.00 | 1 | 25,280 | 54.94 | 1388.88 | C00000302 | LEMARS |
| C00000155 | DEAN DAIRY HOL | FAC | 31322 | 1 | 11/4/2019 | EI0029867 | OIBPW-00800007 | 8 OUR FMLY SOUR CRM C | 24,000.00 | 1 | 24,000 | 61.16 | 1467.84 | C00000302 | LEMARS |
| C00000155 | DEAN DAIRY HOL | FAC | 31322 | 2 | 11/4/2019 | EI0029867 | OIBPW-01600023 | 16 OUR FMLY SOUR CRM | 8,000.00 | 1 | 8,000 | 45.41 | 363.28 | C00000302 | LEMARS |
| C00000155 | DEAN DAIRY HOL | FAC | 31322 | 2 | 11/4/2019 | EI0029867 | OIBPW-01600023 | 16 OUR FMLY SOUR CRM | 48,000.00 | 1 | 48,000 | 45.41 | 2179.68 | C00000302 | LEMARS |
| C00000155 | DEAN DAIRY HOL | FAC | 31322 | 2 | 11/4/2019 | EI0029867 | OIBPW-01600023 | 16 OUR FMLY SOUR CRM | 8,000.00 | 1 | 8,000 | 45.41 | 363.28 | C00000302 | LEMARS |
| C00000155 | DEAN DAIRY HOL | FAC | 31322 | 4 | 11/4/2019 | EI0029867 | OIBPW-01200001 | HYVEE 4% SML CURD COT | 80,000.00 | 1 | 80,000 | 43.69 | 3495.2 | C00000302 | LEMARS |
| C00000155 | DEAN DAIRY HOL | FAC | 31322 | 5 | 11/4/2019 | EI0029867 | OIBPW-02400002 | HY VEE 4% SMLCRD COT | 72,000.00 | 1 | 72,000 | 68.84 | 4956.48 | C00000302 | LEMARS |
| C00000155 | DEAN DAIRY HOL | FAC | 31322 | 6 | 11/4/2019 | EI0029867 | OIBPW-01200002 | HYVEE 1% SML CURD COT | 64,000.00 | 1 | 64,000 | 43.69 | 2796.16 | C00000302 | LEMARS |
| C00000155 | DEAN DAIRY HOL | FAC | 31322 | 7 | 11/4/2019 | EI0029867 | OIBPW-02400001 | T SMART 1% SML CRD CO | 72,000.00 | 1 | 72,000 | 68.84 | 4956.48 | C00000302 | LEMARS |
| C00000155 | DEAN DAIRY HOL | FAC | 31322 | 9 | 11/4/2019 | EI0029867 | OIBPW-01600029 | LM OURFAMILY4%SMCRDCO | 32,000.00 | 1 | 32,000 | 68.41 | 2189.12 | C00000302 | LEMARS |
| C00000155 | DEAN DAIRY HOL | FAC | 31322 | 10 | 11/4/2019 | EI0029867 | OIBPW-02400032 | LM OURFAMILY4%LGCRDCO | 24,000.00 | 1 | 24,000 | 91.84 | 2204.16 | C00000302 | LEMARS |
| C00000155 | DEAN DAIRY HOL | FAC | 31384 | 1 | 11/8/2019 | EI0029678 | OIBPW-00800005 | 8 CF FR ONION DIP CUP | 48,000.00 | 1 | 48,000 | 45.66 | 2191.68 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 31384 | 2 | 11/8/2019 | EI0029678 | OIBPW-02400037 | 24 MI OLDFASH 4% SMAL | 6,000.00 | 1 | 6,000 | 76.34 | 458.04 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 31384 | 2 | 11/8/2019 | EI0029678 | OIBPW-02400037 | 24 MI OLDFASH 4% SMAL | 24,000.00 | 1 | 24,000 | 76.34 | 1832.16 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 31384 | 3 | 11/8/2019 | EI0029678 | OIBPW-02400026 | 24 OUR FMLY SOUR CRM | 24,000.00 | 1 | 24,000 | 76.34 | 1832.16 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 31384 | 3 | 11/8/2019 | EI0029678 | OIBPW-02400026 | 24 OUR FMLY SOUR CRM | 24,000.00 | 1 | 24,000 | 76.34 | 1832.16 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 31386 | 13 | 11/8/2019 | EI0029936 | OIBPW-01200004 | SENOR PNO GRN CHLE DI | 24,000.00 | 1 | 24,000 | 66.69 | 1600.56 | C00000357 | ALBUQUERQUE |
| C00000155 | DEAN DAIRY HOL | FAC | 31386 | 14 | 11/8/2019 | EI0029936 | OIBPW-01600009 | OAKFARMS 4% LRGCRDCOT | 24,000.00 | 1 | 24,000 | 68.41 | 1641.84 | C00000357 | ALBUQUERQUE |
| C00000155 | DEAN DAIRY HOL | FAC | 31386 | 15 | 11/8/2019 | EI0029936 | OIBPW-01600010 | OAK FARMS4% SM CRDCOT | 48,000.00 | 1 | 48,000 | 52.91 | 2539.68 | C00000357 | ALBUQUERQUE |
| C00000155 | DEAN DAIRY HOL | FAC | 31386 | 16 | 11/8/2019 | EI0029936 | OIBPW-01200005 | OAKFARMS FRNCH ONIOND | 64,000.00 | 1 | 64,000 | 48.06 | 3075.84 | C00000357 | ALBUQUERQUE |
| C00000155 | DEAN DAIRY HOL | FAC | 31386 | 17 | 11/8/2019 | EI0029936 | OIBPW-01200006 | OAK FARMS JALAPENO DI | 48,000.00 | 1 | 48,000 | 51.19 | 2457.12 | C00000357 | ALBUQUERQUE |
| C00000155 | DEAN DAIRY HOL | FAC | 31386 | 18 | 11/8/2019 | EI0029936 | OIBPW-01200011 | GENERIC GREEN CHILEDI | 64,000.00 | 1 | 64,000 | 48.06 | 3075.84 | C00000357 | ALBUQUERQUE |
| C00000155 | DEAN DAIRY HOL | FAC | 31386 | 19 | 11/8/2019 | AN0029936 | OIBPW-01200012 | GENERIC FRE ONION DIP | 48,000.00 | 1 | 48,000 | 51.19 | 2457.12 | C00000357 | ALBUQUERQUE |
| C00000155 | DEAN DAIRY HOL | FAC | 31386 | 20 | 11/8/2019 | EI0029936 | OIBPW-01200013 | GENERIC JALAPENO DIP | 32,000.00 | 1 | 32,000 | 66.69 | 2134.08 | C00000357 | ALBUQUERQUE |
| C00000155 | DEAN DAIRY HOL | FAC | 31386 | 21 | 11/8/2019 | EI0029936 | OIBPW-01200015 | GENERIC FIESTA DIP TU | 32,000.00 | 1 | 32,000 | 66.69 | 2134.08 | C00000357 | ALBUQUERQUE |
| C00000155 | DEAN DAIRY HOL | FAC | 31386 | 22 | 11/8/2019 | EI0029936 | OIBPW-01200019 | MEADOW GOLD GRNCHILID | 24,000.00 | 1 | 24,000 | 66.69 | 1600.56 | C00000357 | ALBUQUERQUE |
| C00000155 | DEAN DAIRY HOL | FAC | 31386 | 23 | 11/8/2019 | EI0029936 | OIBPW-01200023 | CREAMLAND4% SMCRD COT | 16,000.00 | 1 | 16,000 | 66.69 | 1067.04 | C00000357 | ALBUQUERQUE |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C00000155 | DEAN DAIRY HOL | FAC | 31386 | 23 | 11/8/2019 | EI0029936 | OIBPW-01200023 | CREAMLAND4% SMCRD COT | 8,000.00 | 1 | 8,000 | 66.69 | 533.52 | C00000357 | ALBUQUERQUE |
| C00000155 | DEAN DAIRY HOL | FAC | 31386 | 24 | 11/8/2019 | EI0029936 | OIBPW-02400055 | CREAMLAND4% SMCRDCOTC | 24,000.00 | 1 | 24,000 | 91.84 | 2204.16 | C00000357 | ALBUQUERQUE |
| C00000155 | DEAN DAIRY HOL | FAC | 31390 | 1 | 11/8/2019 | EI0029679 | AITPS-40900080 | 8 CF FR ONION DIP LID | 50,560.00 | 1 | 50,560 | 39.44 | 1994.09 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 31390 | 2 | 11/8/2019 | EI0029679 | AITPS-40900101 | 24 MI OLDFASH 4% SMAL | 50,560.00 | 1 | 50,560 | 39.44 | 1994.09 | C00000356 | GRAN RAPIDS |
| C00000155 | DEAN DAIRY HOL | FAC | 31390 | 3 | 11/8/2019 | EI0029679 | AITPS-40900083 | 24 OUR FMLY SOUR CRM | 50,560.00 | 1 | 50,560 | 39.44 | 1994.09 | C00000356 | GRAN RAPIDS |