# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| SOUTHERN FOODS GROUP, LLC, *et al.*,[1] | ) | Case No. 19-36313 (DRJ) |
|  | ) |  |
| Debtors. | ) |  |
|  | ) | (Jointly Administered) |

### APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF SOUTHERN FOODS GROUP, LLC, *ET AL.* TO RETAIN AND EMPLOY AKIN GUMP STRAUSS HAUER & FELD LLP AS COUNSEL, EFFECTIVE *NUNC PRO TUNC* TO DECEMBER 3, 2019

> **THIS APPLICATION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE APPLICATION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE APPLICATION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE APPLICATION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE APPLICATION AT THE HEARING.**
>
> **REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: Southern Foods Group, LLC (1364); Dean Foods Company (9681); Alta-Dena Certified Dairy, LLC (1347); Berkeley Farms, LLC (8965); Cascade Equity Realty, LLC (3940); Country Fresh, LLC (6303); Dairy Information Systems Holdings, LLC (9144); Dairy Information Systems, LLC (0009); Dean Dairy Holdings, LLC (9188); Dean East II, LLC (9192); Dean East, LLC (8751); Dean Foods North Central, LLC (7858); Dean Foods of Wisconsin, LLC (2504); Dean Holding Company (8390); Dean Intellectual Property Services II, Inc. (3512); Dean International Holding Company (9785); Dean Management, LLC (7782); Dean Puerto Rico Holdings, LLC (6832); Dean Services, LLC (2168); Dean Transportation, Inc. (8896); Dean West II, LLC (9190); Dean West, LLC (8753); DFC Aviation Services, LLC (1600); DFC Energy Partners, LLC (3889); DFC Ventures, LLC (4213); DGI Ventures, Inc. (6766); DIPS Limited Partner II (7167); Franklin Holdings, Inc. (8114); Fresh Dairy Delivery, LLC (2314); Friendly's Ice Cream Holdings Corp. (7609); Friendly's Manufacturing and Retail, LLC (9828); Garelick Farms, LLC (3221); Mayfield Dairy Farms, LLC (3008); Midwest Ice Cream Company, LLC (0130); Model Dairy, LLC (7981); Reiter Dairy, LLC (3675); Sampson Ventures, LLC (7714); Shenandoah's Pride, LLC (2858); Steve's Ice Cream, LLC (6807); Suiza Dairy Group, LLC (2039); Tuscan/Lehigh Dairies, Inc. (6774); Uncle Matt's Organic, Inc. (0079); and Verifine Dairy Products of Sheboygan, LLC (7200). The debtors' mailing address is 2711 North Haskell Avenue, Suite 3400, Dallas, TX 75204.

The Official Committee of Unsecured Creditors (the "Committee") of Southern Foods Group, LLC, *et al.*, (the "Debtors") submits this application (the "Application"), pursuant to sections 328(a) and 1103(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the Southern District of Texas (the "Local Rules"), for entry of an order, substantially in the form attached hereto as Exhibit A, authorizing the Committee to retain and employ Akin Gump Strauss Hauer & Feld LLP ("Akin Gump") as its counsel in connection with the Debtors' chapter 11 cases (the "Chapter 11 Cases"), effective *nunc pro tunc* to December 3, 2019. In support of this Application, the Committee submits the declaration of Philip C. Dublin, a partner of Akin Gump (the "Dublin Declaration"), and the declaration of Andrew Herink, not in his individual capacity but solely on behalf of Central States, Southeast and Southwest Areas Pension Fund, in its capacity as co-chair of the Committee (the "Herink Declaration" and, together with the Dublin Declaration, the "Declarations"), attached hereto as Exhibit B and Exhibit C, respectively. In further support of this Application, the Committee respectfully represents as follows:

## **JURISDICTION AND VENUE**

1.      This United States Bankruptcy Court for the Southern District of Texas (the "Court") has jurisdiction over this Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.      Venue in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory and rule predicates for the relief requested herein are Bankruptcy Code sections 328(a) and 1103, Bankruptcy Rule 2014 and Local Rule 2014-1.

## BACKGROUND

4.     On November 12, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief pursuant to chapter 11 of the Bankruptcy Code.

5.     The Debtors continue to operate their business as debtors in possession pursuant to Bankruptcy Code sections 1107(a) and 1108.  No request has been made for the appointment of a trustee or an examiner.

6.     On November 22, 2019 (the "Formation Date"), the United States Trustee for the Southern District of Texas (the "U.S. Trustee") appointed the Committee pursuant to Bankruptcy Code section 1102 [Docket No. 288].[2]  On December 3, 2019, the Committee selected Akin Gump to serve as counsel to the Committee.  On December 6, 2019, the Committee selected Berkeley Research Group, LLC ("BRG") to serve as financial advisor to the Committee and Miller Buckfire & Co. LLC ("Miller Buckfire") to provide investment banking services to the Committee, subject to Court approval.

## RELIEF REQUESTED

7.     The Committee seeks to retain and employ Akin Gump as its counsel, pursuant to Bankruptcy Code sections 328(a) and 1103(a), Bankruptcy Rule 2014 and Local Rule 2014-1, *nunc pro tunc* to December 3, 2019.

## RETENTION OF AKIN GUMP

8.     The Committee respectfully submits that it is necessary and appropriate for it to retain and employ Akin Gump to, among other things:

---

[2]   The Committee is currently comprised of the following entities: (a) The Bank of New York Mellon Trust Company, N.A., as Indenture Trustee; (b) Central States, Southeast and Southwest Areas Pension Fund; (c) Pension Benefit Guaranty Corporation; (d) Land O'Lakes, Inc.; (e) California Dairies, Inc.; (f) Consolidated Container Company LP; and (g) Select Milk Producers, Inc.

(a) advise the Committee with respect to its rights, duties and powers in the Chapter 11 Cases;

(b) assist and advise the Committee in its consultations and negotiations with the Debtors and other parties in interest relative to the administration of the Chapter 11 Cases;

(c) assist the Committee in analyzing the claims of the Debtors' creditors and the Debtors' capital structure and in negotiating with holders of claims and equity interests;

(d) assist the Committee in its investigation of the acts, conduct, assets, liabilities and financial condition of the Debtors and their insiders and of the operation of the Debtors' businesses;

(e) assist the Committee in its analysis of, and negotiations with, the Debtors or any third party concerning matters related to, among other things, the assumption or rejection of certain leases of non-residential real property and executory contracts, asset dispositions, going concern sale transactions, financing transactions, other transactions and the terms of one or more plans of reorganization for the Debtors and accompanying disclosure statements and related plan documents;

(f) assist and advise the Committee as to its communications to the general creditor body regarding significant matters in the Chapter 11 Cases;

(g) represent the Committee at all hearings and other proceedings before this Court;

(h) review and analyze applications, orders, statements of operations and schedules filed with the Court and advise the Committee as to their propriety and, to the extent deemed appropriate by the Committee, support, join or object thereto;

(i) advise and assist the Committee with respect to any legislative, regulatory or governmental activities;

(j) assist the Committee in its review and analysis of the Debtors' various agreements;

(k) prepare, on behalf of the Committee, any pleadings, including, without limitation, motions, memoranda, complaints, adversary complaints, objections or comments in connection with any matter related to the Debtors or the Chapter 11 Cases;

(l) investigate and analyze any claims belonging to the Debtors' estates; and

(m) perform such other legal services as may be required or are otherwise deemed to be in the interests of the Committee in accordance with the Committee's powers and duties as set forth in the Bankruptcy Code, Bankruptcy Rules or other applicable law.

9.      The Committee believes Akin Gump possesses extensive knowledge and expertise in the areas of law relevant to the Chapter 11 Cases, and that Akin Gump is well-qualified to represent the Committee in the Chapter 11 Cases.  In selecting counsel, the Committee sought attorneys with considerable experience in representing unsecured creditors' committees in chapter 11 cases and other debt restructurings.  Akin Gump has such experience, as Akin Gump is currently representing and has represented official creditors' committees in many significant chapter 11 cases, including the following:  *In re ATA Holdings Corp.*; *In re BPZ Resources, Inc.*; *In re Chassix Inc.*; *In re Chemtura Corp.*; *In re Cumulus Media Inc.*; *In re Delta Air Lines, Inc.*; *In re Delta Petroleum Corp.*; *In re Dynegy Holdings, LLC*; *In re Edison Mission Energy*; *In re Excel Maritime Carriers LTD*; *In re EMAS Chiyoda Subsea Ltd.*; *In re Emerald Oil, Inc.*; *In re Friendly Ice Cream Corporation*; *In re Goodrich Petroleum Corp.*; *In re Hawker Beechcraft, Inc.*; *In re iHeartMedia, Inc.*; *In re Insys Therapeutics, Inc.*; *In re Metals USA, Inc.*; *In re Nine West Holdings, Inc.*; *In re Overseas Shipholding Group, Inc.*; *In re Purdue Pharma L.P.*; *In re Quiksilver, Inc.; In re R.E. Loans, LLC*; *In re Saint Vincents Catholic Medical Centers of New York*; *In re SandRidge Energy Inc.*; *In re Seahawk Drilling, Inc.*; *In re Sears Holding Corporation*; *In re Swift Energy Co.*; *In re TOUSA, Inc.*; *In re Vanguard Natural Resources, LLC* and *In re Vitro America, LLC*.

10.      Because of the extensive legal services that the Committee requires in connection with the Chapter 11 Cases, and the fact that the full nature and extent of such services are not known at this time, the Committee believes that the employment of Akin Gump to provide the services described above and such other services as may be necessary for the Committee to satisfy its obligations to the Debtors' unsecured creditor constituency is appropriate and in the best interests of the Debtors' estates and their creditors.

11.     The Committee requests that all fees and related costs and expenses incurred by the Committee on account of services rendered by Akin Gump in the Chapter 11 Cases be paid as administrative expenses of the Debtors' estates pursuant to Bankruptcy Code sections 328, 330, 331, 503(b) and 507(a)(2).  Subject to this Court's approval, Akin Gump will charge for its legal services on an hourly basis in accordance with its ordinary and customary hourly rates in effect on the date such services are rendered, subject to Bankruptcy Code sections 328, 330 and 331.  The 2019 and 2020 hourly rates charged by Akin Gump for professionals and paraprofessionals employed in its domestic offices are provided below:

| Billing Category | 2019 Range | 2020 Range |
| --- | --- | --- |
| Partners | $925 – $1,755 | $995 – $1,995 |
| Counsel | $610 – $1,420 | $735 – $1,510 |
| Associates | $510 – $975 | $535 – $1,070 |
| Paraprofessionals | $115 – $435 | $100 – $455 |

12.     Akin Gump has advised the Committee that it is Akin Gump's policy to charge its clients in all areas of practice for expenses incurred in connection with its representation of a client. The expenses charged to clients include, among other things, photocopying charges, travel expenses, expenses for "working meals" and computerized research.  Akin Gump will maintain detailed records of actual and necessary costs and expenses incurred in connection with the legal services provided to the Committee.

13.     The names, positions and hourly rates of the Akin Gump attorneys currently expected to have primary responsibility for providing services to the Committee are as follows:

| ATTORNEY | POSITION/DEPARTMENT | 2019 HOURLY RATE | 2020 HOURLY RATE |
|---|---|---|---|
| Ira S. Dizengoff | Partner / Financial Restructuring Department | $1,550 | $1,595 |
| Philip C. Dublin | Partner / Financial Restructuring Department | $1,475 | $1,595 |
| Meredith Lahaie | Partner/ Financial Restructuring Department | $1,250 | $1,350 |
| Marty Brimmage | Partner/ Litigation Department | $1,425 | $1,595 |
| Lacy Lawrence | Partner/ Litigation Department | $1,020 | $1,350 |
| Joanna Newdeck | Senior Counsel / Financial Restructuring Department | $1,100 | $1,195 |
| Julie Thompson | Associate / Financial Restructuring Department | $760 | $860 |
| Patrick Chen | Associate / Financial Restructuring Department | $660 | $775 |
| Madison Gardiner | Associate / Financial Restructuring Department | $560 | $615 |

In addition to the lawyers named above, the Committee understands that it will be necessary, during the course of these cases, for other Akin Gump professionals in other legal disciplines to provide services to the Committee.

14.     Akin Gump has advised the Committee that it will apply for compensation and reimbursement of expenses in accordance with the procedures set forth in Bankruptcy Code sections 330 and 331, the applicable Bankruptcy Rules, the applicable Local Rules, and any other applicable order of the Court.  Akin Gump has advised the Committee that it also intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013* (the "Revised UST Guidelines"), both in connection with this Application and in the interim and final fee applications to be filed by Akin Gump in the Chapter

11 Cases.[3]  To that end, Akin Gump has advised the Committee that it responds to the questions set forth in Section D of the Revised UST Guidelines as follows:

(a)    Akin Gump did not agree to any variations from, or alternatives to, its standard or customary billing arrangements for this engagement;

(b)    No rate for any of the professionals included in this engagement varies based on the geographic location of the Chapter 11 Cases;

(c)    Akin Gump did not represent any member of the Committee in connection with the Debtors' Chapter 11 Cases prior to its retention by the Committee;

(d)    Akin Gump expects to develop a prospective budget and staffing plan to comply reasonably with the U.S. Trustee's request for information and additional disclosures, as to which Akin Gump reserves all rights; and

(e)    The Committee has approved Akin Gump's proposed hourly billing rates.  The Akin Gump attorneys set forth above in paragraph 13 will be the primary attorneys staffed on the Debtors' Chapter 11 Cases, subject to modification based on the facts and circumstances of the Chapter 11 Cases and the needs of the Committee.

15.    Upon information and belief, Akin Gump does not represent and does not hold any interest adverse to the Debtors' estates or their creditors in the matters upon which Akin Gump is to be engaged, except to the extent set forth in the Dublin Declaration.  Akin Gump is, however, a large firm with a national and international practice and may represent or may have represented certain of the Debtors' creditors, equity holders, related parties or other parties in interest in matters unrelated to these cases.

### *NUNC PRO TUNC* RELIEF

16.    The Committee believes that the employment of Akin Gump effective *nunc pro tunc* to December 3, 2019, the date the Committee selected Akin Gump as its proposed counsel, is warranted under the circumstances of the Chapter 11 Cases.  Upon its selection, the Committee

---

[3]    Akin Gump's intention to make reasonable efforts to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the Revised UST Guidelines in connection with the Application and the interim and final fee applications to be filed by Akin Gump in the Debtors' Chapter 11 Cases is based exclusively on the facts and circumstances of the Debtors' Chapter 11 Cases.  Akin Gump fully reserves the right to object to the requirements contained in the Revised UST Guidelines should it determine that it is appropriate to do so.

requested Akin Gump to commence work immediately on time-sensitive matters and devote substantial resources to these Chapter 11 Cases prior to the submission and approval of this Application.  Thus, Akin Gump has provided, and will continue to provide, valuable services to the Committee.  Furthermore, Local Rule 2014-1(b)(1) provides that an application for approval of employment made within thirty days of the commencement of the provision of services is deemed contemporaneous.  Nonetheless, the Committee is requesting *nunc pro tunc* approval out of an abundance of caution.

## **NO PRIOR REQUEST**

17.     No prior request for the relief sought herein has been made to this Court or any other court.

[*Remainder of page intentionally left blank*]

## CONCLUSION

WHEREFORE, the Committee respectfully requests that the Court (a) enter an order, substantially in the form annexed hereto as Exhibit A, authorizing the Committee to retain and employ Akin Gump as its counsel *nunc pro tunc* to December 3, 2019, and (b) provide the Committee with such other and further relief as the Court may deem just, proper and equitable.

Dated: December 30, 2019

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF SOUTHERN FOODS GROUP, LLC, *ET AL.***

By: _____

Name: Andrew J. Herink
      Associate General Counsel
      Cent. States, Se. & Sw. Areas Pension Fund
      Committee Co-Chair

**CERTIFICATE OF SERVICE**

I certify that on January 2, 2020, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas and by U.S. Mail to the U.S. Trustee.

*/s/ Mary L. Brimmage*
Marty L. Brimmage

## EXHIBIT A

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| SOUTHERN FOODS GROUP, LLC, *et al.*,[1] | ) | Case No. 19-36313 (DRJ) |
|  | ) |  |
| Debtors. | ) |  |
|  | ) | (Jointly Administered) |

## ORDER AUTHORIZING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF SOUTHERN FOODS GROUP, LLC, *ET AL.* TO RETAIN AND EMPLOY AKIN GUMP STRAUSS HAUER & FELD LLP AS COUNSEL, EFFECTIVE *NUNC PRO TUNC* TO DECEMBER 3, 2019

Upon the application dated January 2, 2020 (the "Application")[2] of the Official Committee

of Unsecured Creditors (the "Committee") of Southern Foods Group, LLC, *et al.* (the "Debtors")

for entry of an order, pursuant to sections 328(a) and 1103(a) of title 11 of the United States Code

(the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules") and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure

---

[1]   The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: Southern Foods Group, LLC (1364); Dean Foods Company (9681); Alta-Dena Certified Dairy, LLC (1347); Berkeley Farms, LLC (8965); Cascade Equity Realty, LLC (3940); Country Fresh, LLC (6303); Dairy Information Systems Holdings, LLC (9144); Dairy Information Systems, LLC (0009); Dean Dairy Holdings, LLC (9188); Dean East II, LLC (9192); Dean East, LLC (8751); Dean Foods North Central, LLC (7858); Dean Foods of Wisconsin, LLC (2504); Dean Holding Company (8390); Dean Intellectual Property Services II, Inc. (3512); Dean International Holding Company (9785); Dean Management, LLC (7782); Dean Puerto Rico Holdings, LLC (6832); Dean Services, LLC (2168); Dean Transportation, Inc. (8896); Dean West II, LLC (9190); Dean West, LLC (8753); DFC Aviation Services, LLC (1600); DFC Energy Partners, LLC (3889); DFC Ventures, LLC (4213); DGI Ventures, Inc. (6766); DIPS Limited Partner II (7167); Franklin Holdings, Inc. (8114); Fresh Dairy Delivery, LLC (2314); Friendly's Ice Cream Holdings Corp. (7609); Friendly's Manufacturing and Retail, LLC (9828); Garelick Farms, LLC (3221); Mayfield Dairy Farms, LLC (3008); Midwest Ice Cream Company, LLC (0130); Model Dairy, LLC (7981); Reiter Dairy, LLC (3675); Sampson Ventures, LLC (7714); Shenandoah's Pride, LLC (2858); Steve's Ice Cream, LLC (6807); Suiza Dairy Group, LLC (2039); Tuscan/Lehigh Dairies, Inc. (6774); Uncle Matt's Organic, Inc. (0079); and Verifine Dairy Products of Sheboygan, LLC (7200). The debtors' mailing address is 2711 North Haskell Avenue, Suite 3400, Dallas, TX 75204.

[2]   Capitalized terms used herein but otherwise not defined shall have the meaning ascribed to such term in the Application

for the United States Bankruptcy Court for the Southern District of Texas (the "Local Rules"), authorizing the Committee to retain and employ Akin Gump Strauss Hauer & Feld LLP ("Akin Gump") as its counsel in connection with the Debtors' chapter 11 cases (the "Chapter 11 Cases"), and upon the declaration of Philip C. Dublin, a partner of Akin Gump, dated January 2, 2020 (the "Dublin Declaration") and the declaration of Andrew Herink, on behalf of Central States, Southeast and Southwest Areas Pension Fund, in its capacity as co-chair of the Committee, dated December 30, 2019 (the "Herink Declaration" and, together with the Dublin Declaration, the "Declarations"); and it appearing that the attorneys of Akin Gump who will perform services on behalf of the Committee in the Chapter 11 Cases are duly qualified to practice before this Court; and the Court finding, based on the representations made in the Application and the Declarations, that Akin Gump does not represent any interest adverse to the Committee or the Debtors' estates with respect to the matters upon which it is to be engaged, that it is a "disinterested person," as that term is defined in Bankruptcy Code section 101(14), as modified by Bankruptcy Code section 1107(b), that its employment is necessary and in the best interests of the Committee and the Debtors' estates; and finding that adequate notice of the Application having been given; and it appearing that no other notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED THAT**:

1.      The relief requested in the Application is granted as set forth herein.

2.      In accordance with Bankruptcy Code sections 328 and 1103(a) and Bankruptcy Rule 2014(a), the Committee is hereby authorized and empowered to retain and employ Akin Gump as its counsel to represent it in these Chapter 11 Cases and related matters and proceedings on the terms set forth in the Application and the Declarations, effective *nunc pro tunc* to December 3, 2019.

3.      Akin Gump shall be compensated in accordance with the procedures set forth in Bankruptcy Code sections 330 and 331, the applicable Bankruptcy Rules, the applicable Local Rules, and any other applicable order of the Court.  Akin Gump shall also make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013* in connection with interim and final fee applications to be filed by Akin Gump in these Chapter 11 Cases.

4.      The Committee is authorized to take all actions necessary to effectuate the relief granted pursuant to this order in accordance with the Application.

5.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____,

                                         _____
                                         THE HONORABLE DAVID R. JONES
                                         UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT B

**Dublin Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| SOUTHERN FOODS GROUP, LLC, *et al.*,[1] | ) | Case No. 19-36313 (DRJ) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

### DECLARATION OF PHILIP C. DUBLIN IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF SOUTHERN FOODS GROUP, LLC, *ET AL.* TO RETAIN AND EMPLOY AKIN GUMP STRAUSS HAUER & FELD LLP AS COUNSEL, EFFECTIVE *NUNC PRO TUNC* TO DECEMBER 3, 2019

Under 28 U.S.C. § 1746, I, Philip C. Dublin, declare as follows under the penalty of perjury:

1.      I am an attorney admitted to practice in the State of New York and before the United States District Court for each of the Southern and Eastern Districts of New York, and have been admitted *pro hac vice* to the United States Bankruptcy Court for the Southern District of Texas, Houston Division, for the purposes of these Chapter 11 Cases.

---

[1]     The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: Southern Foods Group, LLC (1364); Dean Foods Company (9681); Alta-Dena Certified Dairy, LLC (1347); Berkeley Farms, LLC (8965); Cascade Equity Realty, LLC (3940); Country Fresh, LLC (6303); Dairy Information Systems Holdings, LLC (9144); Dairy Information Systems, LLC (0009); Dean Dairy Holdings, LLC (9192); Dean East II, LLC (9192); Dean East, LLC (8751); Dean Foods North Central, LLC (7858); Dean Foods of Wisconsin, LLC (2504); Dean Holding Company (8390); Dean Intellectual Property Services II, Inc. (3512); Dean International Holding Company (9785); Dean Management, LLC (7782); Dean Puerto Rico Holdings, LLC (6832); Dean Services, LLC (2168); Dean Transportation, Inc. (8896); Dean West II, LLC (9190); Dean West, LLC (8753); DFC Aviation Services, LLC (1600); DFC Energy Partners, LLC (3889); DFC Ventures, LLC (4213); DGI Ventures, Inc. (6766); DIPS Limited Partner II (7167); Franklin Holdings, Inc. (8114); Fresh Dairy Delivery, LLC (2314); Friendly's Ice Cream Holdings Corp. (7609); Friendly's Manufacturing and Retail, LLC (9828); Garelick Farms, LLC (3221); Mayfield Dairy Farms, LLC (3008); Midwest Ice Cream Company, LLC (0130); Model Dairy, LLC (7981); Reiter Dairy, LLC (3675); Sampson Ventures, LLC (7714); Shenandoah's Pride, LLC (2858); Steve's Ice Cream, LLC (6807); Suiza Dairy Group, LLC (2039); Tuscan/Lehigh Dairies, Inc. (6774); Uncle Matt's Organic, Inc. (0079); and Verifine Dairy Products of Sheboygan, LLC (7200). The debtors' mailing address is 2711 North Haskell Avenue, Suite 3400, Dallas, TX 75204.

2.      I am a partner of the firm of Akin Gump Strauss Hauer & Feld LLP ("Akin Gump").
Akin Gump maintains offices at, among other places, One Bryant Park, New York, New York
10036 and 1111 Louisiana Street, Houston, Texas 77002.  There are no disciplinary proceedings
pending against me.

3.      I am familiar with the matters set forth herein and make this declaration
(the "Declaration") in support of the application (the "Application")[2] of the Official Committee of
Unsecured Creditors (the "Committee") of Southern Foods Group, LLC, *et al*. (the "Debtors")
seeking approval to retain and employ Akin Gump as counsel to the Committee.

4.      On November 22, 2019 (the "Formation Date"), pursuant to section 1102 of title
11 of the United States Code (the "Bankruptcy Code"), the United States Trustee for the Southern
District of Texas (the "U.S. Trustee") appointed the Committee [Docket No. 288].  The Committee
is currently comprised of:  (a) The Bank of New York Mellon Trust Company, N.A., as Indenture
Trustee; (b) Central States, Southeast and Southwest Areas Pension Fund; (c) Pension Benefit
Guaranty Corporation; (d) Land O'Lakes, Inc.; (e) California Dairies Inc.; (f) Consolidated
Container Company LP; and (g) Select Milk Producers, Inc.  On December 3, 2019, the Committee
selected Akin Gump to serve as counsel to the Committee.  On December 6, 2019, the Committee
selected Berkeley Research Group, LLC to serve as financial advisor to the Committee and Miller
Buckfire & Co. LLC to provide investment banking services to the Committee.

5.      I am not, nor is Akin Gump, an insider of the Debtors.  Except as set forth below,
neither Akin Gump nor I hold directly any claim, debt or equity security of the Debtors.  To the
best of my knowledge, following inquiry of the employees of Akin Gump, no Akin Gump
employees hold any claim, debt or equity security of the Debtors.

---

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

6.     To the best of my knowledge and information, no partner or employee of Akin Gump has been, within two years from the Petition Date, a director, officer or employee of the Debtors as specified in Bankruptcy Code section 101(14)(B).

7.     Akin Gump does not have an interest materially adverse to the interests of the Debtors' estates or of any class of creditors or equity security holders of the Debtors, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, as specified in Bankruptcy Code section 101(14)(C), or for any other reason.

8.     Akin Gump does not currently represent the Debtors or, except as set forth herein, to the best of my knowledge and information, any of their related parties, affiliates, partners, or subsidiaries.  Moreover, Akin Gump will not undertake the representation of any party other than the Committee in connection with the Chapter 11 Cases.

9.     To the best of my knowledge and information, Akin Gump neither holds nor represents any interest adverse to the Committee, the Debtors, their creditors or other parties in interest or their respective attorneys in the Chapter 11 Cases.  Based upon information available to me, I believe that Akin Gump is a "disinterested person" within the meaning of Bankruptcy Code section 101(14).

10.     In preparing this Declaration, through my colleagues, I submitted to Akin Gump's computerized client and conflict database (the "Conflict Database") the names set forth on a list of parties in interest identified by the Debtors and additional parties identified by Akin Gump, which included:  (i) the Debtors; (ii) the Debtors' affiliates; (iii) the Debtors' current and former officers and directors; (iv) 5% equity holders; (v) the Debtors' insurance brokers, providers, and sureties; (vi) the Debtors' largest unsecured creditors and other significant creditors; (vii) the Debtors' lenders, banks, lien parties and administrative agents; (viii) the Debtors' bondholders;

(ix) litigants against the Debtors; (x) the Debtors' professionals; (xi) the Debtors' significant customers (xii) unions associated with the Debtors; (xiii) the Debtors' trade vendors; (xiv) Committee members, members' outside counsel and professionals; (xv) personnel from the Office of the United States Trustee and the Bankruptcy Court; (xvi) the parties that have filed notices of appearance in the Chapter 11 Cases as of December 19, 2019; and (xvii) the parties listed on filed 2019 statements as of December 19, 2019.  A copy of the list of the parties searched by Akin Gump is annexed hereto as <u>Schedule 1</u> (collectively, the "<u>Searched Parties</u>").

11.     The Conflict Database maintained by Akin Gump is designed to include every matter on which the firm is now and has been engaged, by which entity the firm is now or has been engaged and, in each instance, the identity of certain related parties and adverse parties and certain of the attorneys in the firm that are knowledgeable about the matter.  It is the policy of Akin Gump that no new matter may be accepted or opened within the firm without completing and submitting to those charged with maintaining the Conflict Database the information necessary to check each such matter for conflicts, including the identity of the prospective client, the matter, and related and adverse parties.  Accordingly, Akin Gump maintains and systematically updates this system in the regular course of business of the firm, and it is the regular practice of the firm to make and maintain these records.

<u>**Representation of Parties in Interest**</u>

12.     Set forth in <u>Schedule 2</u> annexed hereto is a listing of the Searched Parties from <u>Schedule 1</u> that Akin Gump either (i) currently represents (or represents a related party of the Searched Party) (the "<u>Current Clients</u>") in matters unrelated to the Chapter 11 Cases, or (ii) has in the past represented (or represented a related party of the Searched Party) in matters unrelated to the Chapter 11 Cases.  In connection with the services to be rendered to the Committee, Akin

Gump will not commence a cause of action against any Current Client with respect to the Chapter 11 Cases unless Akin Gump has received a waiver from the Current Client allowing Akin Gump to commence such an action.  In connection with the Chapter 11 Cases, to the extent any causes of action are commenced by or against any Current Client, and a waiver is not obtained permitting Akin Gump to participate in such action, the Committee will retain conflicts counsel to represent the Committee in connection therewith.

13.     Set forth in Schedule 3 annexed hereto is a listing of those parties from Schedule 1 (Searched Parties) that are currently or have in the past been adverse to clients of Akin Gump in matters unrelated to these Chapter 11 Cases.

**Connections with Parties Representing 1% or More of
Akin Gump's Revenues for 2017, 2018 or 2019**

14.     At the inception of each engagement for which a declaration is required pursuant to Bankruptcy Rule 2014, Akin Gump reviews the information relating to the parties involved in a bankruptcy case to determine whether any such party, together with its known related entities, were clients of Akin Gump and, as a result, made payments to Akin Gump for services rendered in the calendar year prior to the date of review that in the aggregate for each such party exceeds 1% of Akin Gump's total revenues for such calendar year.  In connection with this Declaration, Akin Gump has reviewed similar information for the years 2017, 2018 and 2019.

15.     With the exception of the parties described below, Akin Gump's revenues for services rendered on behalf of each of the parties in interest identified in Schedule 1 aggregate, with respect to each such party in interest, less than 1% of Akin Gump's annual revenue in each of calendar year 2017, 2018 and 2019.

16.     Akin Gump currently represents FirstEnergy Solutions Corp. *et al.* and its affiliates (collectively "FES") in matters unrelated to these Chapter 11 Cases.  Akin Gump formerly

represented FirstEnergy Corp, the ultimate parent company of FES, and certain of its affiliates (collectively, "FE Corp.") in matters unrelated to these Chapter 11 Cases.  Certain affiliates of FE Corp. are parties in interest in these Chapter 11 Cases.[3]  Akin Gump's revenues for services rendered on behalf of FES totaled 3.56% for 2019 as of December 19, 2019, 2.74% for calendar year 2018 and 1.7% for calendar year 2017.

17.     Akin Gump currently represents the official committee of unsecured creditors (the "Sears Committee") of Sears Holdings Corporation *et al.* in matters unrelated to these Chapter 11 Cases.  Certain members of the Sears Committee or their affiliates are members of the Committee or are parties in interest in these Chapter 11 Cases.[4]  Akin Gump's revenues for the services rendered on behalf of the Sears Committee represented approximately 3.91% for 2019 as of December 19, 2019.

18.     Akin Gump previously represented the official committee of unsecured creditors (the "Nine West Committee") of Nine West Holdings, Inc. *et al.* in matters unrelated to these Chapter 11 Cases.  Certain members of the Nine West Committee or their affiliates are members of the Committee in these Chapter 11 Cases.[5]  Akin Gump's revenues for services rendered on behalf of the Nine West Committee represented approximately 1.17% and 2.17% for the calendar year 2018 and for calendar year 2019, as of December 19, 2019.

19.     Akin Gump previously represented the official committee of unsecured creditors (the "iHeart Committee") of iHeart Media, Inc. *et al.* in matters unrelated to these Chapter 11

---

[3]   These parties in interest or affiliates thereof are listed on Schedule 1 and include Metropolitan Edison Company, Monongahela Power Company, Ohio Edison Company, Pennsylvania Power Company, Potomac Edison Company and Toledo Edison Company.

[4]   These parties in interest or affiliates thereof are listed on Schedule 1 and include Pension Benefit Guarantee Corporation, Bank of New York Mellon and Computershare Trust Company, N.A.

[5]   These parties in interest of affiliates thereof are listed on Schedule 1 and include Pension Benefit Guarantee Corporation.

Cases.  Certain members of the iHeart Committee are parties in interest in these Chapter 11 Cases.[6]
Akin Gump's revenues for services rendered on behalf of the iHeart Committee represented
approximately 1.15% for the calendar year 2018.

20.     Akin Gump previously represented an ad hoc committee (the "Avaya Group") of
creditors of Avaya Inc. and certain of its subsidiaries and affiliates in matters unrelated to these
Chapter 11 Cases.  Certain members of the Avaya Group or their affiliates are parties in interest
in the Debtors' Chapter 11 Cases.[7]  Akin Gump's revenues for services rendered on behalf of the
Avaya Group represented approximately 1.4% for the calendar year 2017.

21.     Akin Gump previously represented an ad hoc group (the "SunEd Group") of certain
creditors of SunEdison, Inc. and certain of its subsidiaries and affiliates in matters unrelated to
these Chapter 11 Cases.  Certain members of the SunEd Group or their affiliates are parties in
interest in the Debtors' Chapter 11 Cases.[8]  Akin Gump's revenues for services rendered on behalf
of the SunEd Group represented approximately 1.3% of Akin Gump's revenue for the calendar
year 2017.

### Connections with Members of the Official Committee of Unsecured Creditors

22.     Akin Gump serves as counsel to informal and official committees of creditors in
many restructurings and/or chapter 11 cases.  Of the current Committee members, The Bank of
New York Mellon Trust Company, N.A. and/or affiliates thereof and Pension Benefit Guaranty

---

[6]   These parties in interest or affiliates thereof are listed on Schedule 1 and include, without limitation, Delaware
      Trust Company.
[7]   These parties in interest or affiliates thereof are listed on Schedule 1 and include, without limitation, the following
      entities: Blackrock Financial Management Inc.; BlackRock Advisors, LLC; Blackrock Institutional Trust
      Company, N.A.; Wells Fargo Bank, N.A.; Goldman Sachs & Co. LLC.; JP Morgan Chase Bank & JP Morgan
      Investment Management Inc,; Knighthead Capital Management, LLC; Manulife Asset Management (US) LLC;
      Nomura Corporate Research and Asset Management; Voya CLO IV, Ltd.; Voya CLO 2012-4, Ltd.; Voya Credit
      Opportunities Master Fund, etc.; Continental Insurance Company; and Bank of America, N.A.
[8]   These parties in interest or affiliates thereof are listed on Schedule 1 and include, without limitation, the following
      entity: BlackRock Alternative Advisors.

Corporation and/or affiliates thereof have in the past served and/or currently serve as members of one or more official creditors' committees represented by Akin Gump.

23.     Akin Gump currently represents and previously has represented The Bank of New York Trust Company, N.A. and/or affiliates thereof in matters unrelated to the Chapter 11 Cases.

24.     Akin Gump previously has represented Pension Benefit Guaranty Corporation and/or affiliates thereof and Select Milk Producers, Inc. and/or affiliates thereof in matters unrelated to the Chapter 11 Cases.

<u>**Connections with the Debtors**</u>

25.     As disclosed in <u>Schedule 2</u>, Akin Gump has in the past represented certain of the Debtors in matters unrelated to the Debtors' Chapter 11 Cases.[9]  Akin Gump billed approximately $10,335 to the Debtor entities in 2002.

26.     As disclosed in <u>Schedule 2</u>, Akin Gump has in the past and currently represents Delaware Trust Company, the trustee of DIPS Limited Partner II, on matters unrelated to the Debtors' Chapter 11 Cases.  Additionally, Akin Gump has in the past represented CT Corporation, an independent manager of Dairy Group Receivables GP, LLC and Dairy Group Receivables GP II, LLC, in matters unrelated to the Debtors' Chapter 11 Cases.

27.     Akin Gump has not represented and will not represent these parties in connection with the Chapter 11 Cases.

28.     Akin Gump has, in the past, represented parties potentially adverse to the Debtors and the Debtors' affiliates in matters unrelated to the Debtors' Chapter 11 Cases.

---

[9]     These include, without limitation: Dean Foods Company; Dean Foods North Central, LLC; Dean Foods of Wisconsin, LLC; Friendly's Ice Cream Holdings Corp.; and Friendly's Manufacturing and Retail, LLC.

**Connections to Certain Holders of Equity Interests and Debt in the Debtors**

29.     As disclosed in <u>Schedule 2</u>, Akin Gump currently represents and has in the past represented BlackRock Fund Advisors and/or affiliates thereof, Morgan Stanley & Co. LLC and/or affiliates thereof, and The Vanguard Group, Inc. and/or affiliates thereof on matters unrelated to the Chapter 11 Cases.

30.     In addition, Akin Gump has in the past represented Dimensional Fund Advisors L.P. and/or affiliates thereof on matters unrelated to the Chapter 11 Cases.

31.     Akin Gump has not represented and will not represent these parties in connection with the Chapter 11 Cases.

**Connections to Certain Banks, Lenders, Lien Parties and Administrative Agents**

32.     As disclosed in <u>Schedule 2</u>, Akin Gump currently represents and has in the past represented ACF FinCo I L.P. and/or affiliates thereof, BMO Harris Bank N.A. and/or affiliates thereof, CIT Northbridge Funding I LLC and/or affiliates thereof, and PNC Bank, National Associates and/or affiliates thereof on matters unrelated to the Chapter 11 Cases.

33.     In addition, Akin Gump has in the past represented CoBank, ACB and/or affiliates thereof, Coöperatieve Rabobank U.A. and Coöperatieve Rabobank U.A., New York Branch and/or affiliates thereof, ING Capital LLC and/or affiliates thereof, and Nieuw Amsterdam Receivables and/or affiliates thereof on matters unrelated to the Chapter 11 Cases.

34.     Akin Gump has not represented and will not represent these parties in connection with the Chapter 11 Cases.

**Connections to Certain Bondholders**

35.     As disclosed in <u>Schedule 2</u>, Akin Gump currently and/or has in the past represented certain of the Debtors' bondholders in matters unrelated to the Chapter 11 Cases.  Akin Gump has not represented and will not represent these parties in connection with the Chapter 11 Cases.

**Searched Parties That Currently Serve or Have Served on**
**Informal and/or Official Creditors' Committees Represented By Akin Gump**

36.     Set forth in <u>Schedule 4</u> annexed hereto is a list of those Searched Parties that currently serve or have served on one or more informal and/or official creditors' committees represented by Akin Gump. Akin Gump has not represented and will not represent these parties in connection with the Chapter 11 Cases (except to the extent any such Searched Parties are members of the Committee and, in such circumstance, Akin Gump will be representing the Committee and not any individual Committee member in its individual capacity).

**Other Connections and General Disclosures**

37.     Akin Gump performed general diligence to determine any connections beyond what is disclosed in the attached schedules.  Akin Gump may have represented in the past and/or may currently represent or in the future represent entities (other than parties in the attached schedules) not currently known to Akin Gump in matters unrelated to the Chapter 11 Cases who may be parties in interest in these cases.  To the extent that Akin Gump discovers any such information or needs to update the information disclosed herein, Akin Gump will disclose such information by filing a supplemental declaration pursuant to Bankruptcy Rule 2014.

38.     In addition to the foregoing, after reasonable inquiry, I do not believe there is any connection between Akin Gump and the U.S. Trustee or any person known by me to be employed as an attorney with the office of such U.S. Trustee.

39.     It is possible that a professionally managed retirement plan on behalf of Akin Gump employees or members of a 401(k) type plan may hold equity interests in or other securities of the Debtors, but it is unknown to me at this time.

40.     None of Akin Gump's representations of creditors or other parties in interest who are involved in these Chapter 11 Cases comprise a material component of Akin Gump's practice, nor does Akin Gump currently represent such parties on any issue relating to these Chapter 11 Cases.  For the reasons stated herein, Akin Gump represents no interests adverse to the Debtors' individual creditors or the Committee and, therefore, is capable of fulfilling its duties to the Committee.

## **Compensation**

41.     Akin Gump is willing to be retained by the Committee as its counsel and will make appropriate applications to this Court pursuant to Bankruptcy Code sections 330 and 331 for compensation and reimbursement of out-of-pocket expenses, all in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the Interim Compensation Order, and any other applicable order of the Court.  Akin Gump will bill at its standard hourly rates, which, in its domestic offices, are for 2019 and 2020:

| Billing Category | 2019 Range | 2020 Range |
|---|---|---|
| Partners | $925 – $1,755 | $995 – $1,995 |
| Counsel | $610 – $1,420 | $735 – $1,510 |
| Associates | $510 – $975 | $535 – $1,070 |
| Paraprofessionals | $115 – $435 | $100 – $455 |

The names, positions and current hourly rates of the Akin Gump attorneys currently expected to have primary responsibility for providing services to the Committee are as follows:

| ATTORNEY | POSITION/DEPARTMENT | 2019 HOURLY RATE | 2020 HOURLY RATE |
|---|---|---|---|
| Ira S. Dizengoff | Partner / Financial Restructuring Department | $1,550 | $1,595 |
| Philip C. Dublin | Partner / Financial Restructuring Department | $1,475 | $1,595 |
| Meredith Lahaie | Partner/ Financial Restructuring Department | $1,250 | $1,350 |
| Marty Brimmage | Partner/ Litigation Department | $1,425 | $1,595 |
| Lacy Lawrence | Partner/ Litigation Department | $1,020 | $1,350 |
| Joanna Newdeck | Senior Counsel / Financial Restructuring Department | $1,100 | $1,195 |
| Julie Thompson | Associate / Financial Restructuring Department | $760 | $860 |
| Patrick Chen | Associate / Financial Restructuring Department | $660 | $775 |
| Madison Gardiner | Associate / Financial Restructuring Department | $560 | $615 |

Other attorneys and paralegals will, from time to time, assist in the representation of the Committee in connection with these cases at Akin Gump's standard hourly rates in effect for those personnel. The hourly rates set forth above are Akin Gump's standard hourly rates for work of this nature for 2019 and 2020. These rates are set at a level designated to compensate fairly Akin Gump for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses. Akin Gump operates in a complicated, national marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialization, the firm's expertise, performance, reputation, the nature of the work involved and other factors.  Because the sub-markets for legal services are fragmented and are affected by a variety of individualized and interdependent factors, Akin Gump's rates for certain individual attorneys may vary as a function of the type of matter, the nature of certain long-term client relationships, and various other factors, including those enumerated above.

42.     It is Akin Gump's policy to charge its clients in all areas of practice for out of pocket expenses incurred in connection with the client's case.  The expenses charged to clients include, among other things, photocopying charges, travel expenses, expenses for "working meals" and computerized research.  Akin Gump will seek reimbursement for such expenses pursuant to, among other things, any applicable guidelines established by the Office of the U.S. Trustee.

43.     No agreement exists, nor will any be made, to share any compensation received by Akin Gump for its services with any other person or firm other than members of Akin Gump.

44.     For the reasons stated herein, Akin Gump represents no interest adverse to the Debtors' individual creditors or the Committee and, therefore, is capable of fulfilling its duties to the Committee and the unsecured creditors that the Committee represents.

45.     The foregoing constitutes the statement of Akin Gump pursuant to Bankruptcy Code sections 329, 504 and 1103(a), Bankruptcy Rules 2014(a) and 2016(b) and Local Rules 2014-1 and 2016-1.

### Statement Regarding U.S. Trustee Guidelines

46.     The Committee and Akin Gump intend to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the Revised UST Guidelines, both in connection with this Application and the interim and final fee applications to be filed by Akin Gump in the course of its engagement.  In doing so, however, the Committee and Akin Gump reserve all rights as to the relevance and substantive legal effect of the Revised UST Guidelines in respect of any application for employment or compensation in these cases that falls within the ambit of the Revised UST Guidelines.

47.     The following is provided in response to the request for additional information set forth in Section D.1 of the Revised UST Guidelines.

13

(a)     Akin Gump did not agree to any variations from, or alternatives to, its standard or customary billing arrangements for this engagement.

(b)     No rate for any of the professionals included in this engagement varies based on the geographic location of the bankruptcy case.

(c)     Akin Gump did not represent any member of the Committee in the Debtors' Chapter 11 Cases prior to its retention by the Committee.

(d)     Akin Gump expects to develop a prospective budget and staffing plan to reasonably comply with the U.S. Trustee's request for information and additional disclosures, as to which Akin Gump reserves all rights.

(e)     The Committee has approved Akin Gump's proposed hourly billing rates.  The Akin Gump financial restructuring attorneys staffed on the Debtors' Chapter 11 Cases, subject to modification depending upon further development, are set forth above in paragraph 32.

[*Remainder of page intentionally left blank*]

14

I declare under penalty of perjury that the foregoing is true and correct on this the 2nd day of January, 2020.

*/s/ Philip C. Dublin*
Name: Philip C. Dublin

**EXHIBIT C**

**Herink Declaration**

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| SOUTHERN FOODS GROUP, LLC, *et al.*,[1] | ) | Case No. 19-36313 (DRJ) |
|  | ) |  |
| Debtors. | ) |  |
|  | ) | (Jointly Administered) |

DECLARATION OF ANDREW HERINK IN SUPPORT OF THE
APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF SOUTHERN FOODS GROUP, LLC, *ET AL.* TO
RETAIN AND EMPLOY AKIN GUMP STRAUSS HAUER & FELD LLP
AS COUNSEL, EFFECTIVE *NUNC PRO TUNC* TO DECEMBER 3, 2019

Under 28 U.S.C. § 1746, I, Andrew Herink, declare as follows under penalty of perjury:

1.      I am an Associate General Counsel of Central States, Southeast and Southwest

Areas Pension Fund ("Central States"). I am making this declaration on behalf of Central States,

in its capacity as co-chair of the Official Committee of Unsecured Creditors (the "Committee") of

Southern Foods Group, LLC, *et al.*, (the "Debtors"). I am competent to make this declaration in

---

[1]   The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: Southern Foods Group, LLC (1364); Dean Foods Company (9681); Alta-Dena Certified Dairy, LLC (1347); Berkeley Farms, LLC (8965); Cascade Equity Realty, LLC (3940); Country Fresh, LLC (6303); Dairy Information Systems Holdings, LLC (9144); Dairy Information Systems, LLC (0009); Dean Dairy Holdings, LLC (9188); Dean East II, LLC (9192); Dean East, LLC (8751); Dean Foods North Central, LLC (7858); Dean Foods of Wisconsin, LLC (2504); Dean Holding Company (8390); Dean Intellectual Property Services II, Inc. (3512); Dean International Holding Company (9785); Dean Management, LLC (7782); Dean Puerto Rico Holdings, LLC (6832); Dean Services, LLC (2168); Dean Transportation, Inc. (8896); Dean West II, LLC (9190); Dean West, LLC (8753); DFC Aviation Services, LLC (1600); DFC Energy Partners, LLC (3889); DFC Ventures, LLC (4213); DGI Ventures, Inc. (6766); DIPS Limited Partner II (7167); Franklin Holdings, Inc. (8114); Fresh Dairy Delivery, LLC (2314); Friendly's Ice Cream Holdings Corp. (7609); Friendly's Manufacturing and Retail, LLC (9828); Garelick Farms, LLC (3221); Mayfield Dairy Farms, LLC (3008); Midwest Ice Cream Company, LLC (0130); Model Dairy, LLC (7981); Reiter Dairy, LLC (3675); Sampson Ventures, LLC (7714); Shenandoah's Pride, LLC (2858); Steve's Ice Cream, LLC (6807); Suiza Dairy Group, LLC (2039); Tuscan/Lehigh Dairies, Inc. (6774); Uncle Matt's Organic, Inc. (0079); and Verifine Dairy Products of Sheboygan, LLC (7200). The debtors' mailing address is 2711 North Haskell Avenue, Suite 3400, Dallas, TX 75204.

support of the *Application of the Official Committee of Unsecured Creditors of Southern Foods Group, LLC,* et al. *to Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Counsel, Effective* Nunc Pro Tunc *to December 3, 2019* (the "Application").[2]

2.      I submit this Declaration in support of the Application, pursuant to Section D.2. of the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013* (the "Revised UST Guidelines").  Except as otherwise noted, all facts in this Declaration are based on my personal knowledge of the matters set forth herein, information gathered from my review of relevant documents and information supplied to me by Akin Gump.

3.      I am informed by Akin Gump that the Revised UST Guidelines request that any application for employment of an attorney under Bankruptcy Code sections 327 or 1103 be accompanied by a verified statement from the client that addresses the following:

 (i)   The identity and position of the person making the verification.

 (ii)  The steps taken by the client to ensure that the applicant's billing rates and material terms for the engagement are comparable to the applicant's billing rates and terms for other non-bankruptcy engagements and to the billing rates and terms of other comparably skilled professionals.

(iii)  The number of firms the client interviewed.

 (iv)  If the billing rates are not comparable to the applicant's billing rates for other non-bankruptcy engagements and to the billing rates of other comparably skilled professionals, the circumstances warranting the retention of that firm.

 (v)   The procedures the client has established to supervise the applicant's fees and expenses and to manage costs.  If the procedures for the budgeting, review and approval of fees and expenses differ from those the client regularly employs in non-bankruptcy cases to supervise outside counsel, explain how and why. In addition, describe any efforts to negotiate rates, including rates for routine matters, or in the alternative to delegate such matters to less expensive counsel.

---

[2]   Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Application.

### The Committee's Selection of Counsel

4.      Following its formation, the Committee interviewed five law firms to represent the Committee as counsel in the Chapter 11 Cases.  After interviewing each of these firms, the Committee found Akin Gump to be uniquely qualified to represent the Committee.  Akin Gump has a long history of representing official committees in chapter 11 cases and related matters and proceedings.  Therefore, on the basis of, among other things, Akin Gump's broad-based, deep and directly applicable skill set and past experience, the Committee determined to retain Akin Gump.

### Rate Structure

5.      Akin Gump has informed the Committee that its rates and terms for bankruptcy representations are comparable to the rates and terms Akin Gump charges and agrees to for non-bankruptcy representations and comparable to the rates and terms of other comparably skilled professionals.  The Committee has approved Akin Gump's proposed hourly rates, as set forth in the Application.  Akin Gump has informed the Committee that its hourly rates are subject to periodic adjustments (typically in January of each year) to reflect economic and other conditions. The Committee has consented to such ordinary course rate increases.

### Cost Supervision

6.      The Committee recognizes its responsibility to monitor the billing practices of its counsel to ensure that the fees and expenses paid by the estate remain consistent with the Committee's expectations and the exigencies of these Chapter 11 Cases.  Akin Gump advises that it expects to develop, and the Committee intends to review, a prospective budget and staffing plan to comply reasonably with the U.S. Trustee's request for information and additional disclosures, as to which the Committee is advised.  In addition, the Committee will review the monthly fee applications that Akin Gump regularly submits.  Akin Gump's fees and expenses will be subject

to periodic review on a monthly, interim, and final basis during the course of the Chapter 11 Cases by the Committee, U.S. Trustee, Debtors, other parties in interest and the Court.

I declare under penalty of perjury that the foregoing is true and correct on this 30 day of December, 2019.

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF SOUTHERN FOODS GROUP, LLC,** *ET AL.*

By: _____

Name: Andrew J. Herink
   Associate General Counsel
   Cent. States, Se. & Sw. Areas Pension Fund
   Committee Co-Chair

**Schedule 1**

**Schedule of Searched Parties**

**The Committee of Unsecured Creditors**

The Bank of New York Mellon Trust
  Company, N.A.
California Dairies Inc.
Central States, Southeast and Southwest
  Areas Pension Funds

Consolidated Container Company LP
Land O'Lakes, Inc.
Pension Benefit Guaranty Corporation
Select Milk Producers, Inc.

**Professionals of the Committee of Unsecured Creditors**

Berkeley Research Group, LLC
Miller Buckfire & Co. LLC

**Professionals of the Members of the Committee of Unsecured Creditors**

Alston & Bird LLP
Emmet, Marvin & Martin LLP

Jackson Walker LLP
K & L Gates LLP

**Debtors**

Alta-Dena Certified Dairy, LLC
Berkeley Farms, LLC
Cascade Equity Realty, LLC
Country Fresh, LLC
Dairy Information Systems Holdings, LLC
Dairy Information Systems, LLC
Dean Dairy Holdings, LLC
Dean East II, LLC
Dean East, LLC
Dean Foods Company
Dean Foods North Central, LLC
Dean Foods of Wisconsin, LLC
Dean Holding Company
Dean Intellectual Property Services II, Inc.
Dean International Holding Company
Dean Management, LLC
Dean Puerto Rico Holdings, LLC
Dean Services, LLC
Dean Transportation, Inc.
Dean West II, LLC
Dean West, LLC

DFC Aviation Services, LLC
DFC Energy Partners, LLC
DFC Ventures, LLC
DGI Ventures, Inc.
DIPS Limited Partner II
Franklin Holdings, Inc.
Fresh Dairy Delivery, LLC
Friendly's Ice Cream Holdings Corp.
Friendly's Manufacturing and Retail, LLC
Garelick Farms, LLC
Mayfield Dairy Farms, LLC
Midwest Ice Cream Company, LLC
Model Dairy, LLC
Reiter Dairy, LLC
Sampson Ventures, LLC
Shenandoah's Pride, LLC
Southern Foods Group, LLC
Steve's Ice Cream, LLC
Suiza Dairy Group, LLC
Tuscan/Lehigh Dairies, Inc.
Uncle Matt's Organic, Inc.

Verifine Dairy Products of Sheboygan, LLC

**Debtors' Affiliates**

Atlanta Dairy (GA)
Barber's Dairy (in LA)
Barber's Dairy (in AL, FL, GA, KY)
Barber's Milk, LLC (in FL, GA)
Borden (MO)
Borden Dairy Products (in OK)
Broughton Foods, LLC (in KY, OH, TN, WV)
Brown's Dairy (in LA)
Bud's Ice Cream of San Francisco (in CA)
Carnival Ice Cream, N.V.
Country Delite
Country Delite Farms, LLC (in AL, GA, TN)
Country Fresh (Jilbert)
Country Fresh Wesley (MI)
Country Fresh, LLC - Grand Rapids
Creamland Dairies, LLC (in NM, TX)
Dairy Fresh, LLC (in NC)
Dairy Group Receivables GP II, LLC
Dairy Group Receivables GP, LLC
Dairy Group Receivables II, L.P.
Dairy Group Receivables, L.P.
Dairy Products of Michigan (MI)
Dairymen's (HI)
Dean Dairy Products Company (in NY)
Dean Dairy Products Company, LLC (in OH, PA, WV)
Dean Dairy Transportation Company (NJ, MI)
Dean Foods - LeMars (in IA, NE)
Dean Foods Central Ice Cream (in IN)
Dean Foods Company of Indiana, LLC (in IN)
Dean Foods Foundation
Dean Foods Holding Company (PA, WA)
Dean Foods Management, LLC (OH)
Dean Foods National Warehouse (in CO)
Dean Foods of Decatur (in IN)
Dean Foods Services, LLC (MN, NE, ND, TX, IL, MI)
Dean Holding Company Wisconsin (LA)

Dean Illinois Dairies, LLC (in IL)
Dean Intellectual Property Services, Inc.
Dean Management Corporation
Dean Milk Company - Louisville (in KY)
Dean Milk Company (in KY)
Dean Services, LLC (Delaware) (LA)
DF-AP #1, LLC
DF-AP, LLC
East Coast Ice Cream (MI)
Embest Dairy (MI)
Excelsior Dairy (in HI)
Fairdale Farms - New York (in NY)
Foremost Dairy (in TX, LA)
Franklin Plastics, Inc.
Frostbite Brands (in OH)
Frostbite Brands (MI)
Garelick Farms - Lynn (in NH, NJ, NY, PA, RI, VT, MA)
Garelick Farms - Lynn LLC (in ME)
Garelick Farms - Massachusetts (in MA)
Garelick Farms - New Jersey (in NJ)
Garelick Farms - New York (in NY)
Garelick Farms (in MA)
Garelick Farms Franklin
Garelick Farms of Lynn
Garelick Farms of Maine (in MA, NH, VT)
Garelick Farms of Maine, LLC (in ME)
Garelick Farms of Massachusetts (in RI)
Garelick Farms of New Jersey (in NY, PA)
Garelick Farms of New York (in MA, NH, NJ, NY, PA, VT)
Garelick Farms of Rhode Island (in Ma, PA, RI)
Garelick Farms of Vermont (in MA, NH, NJ, NY, PA, VT)
Garelick Farms of Vermont, LLC (in ME)
Good Karma Foods, Inc.
Hawaii's Dairy (HI)
Heartland Farms (in CA)
Hygeia Dairy (in TX)
Ideal Dairy
Ideal Dairy Farms (03/23/06) (NJ, NY)

Importadora y Distribuidora Dean Foods, S.A. de C.V.
IS-IMMUNO STIMULATION (HI)
Jilbert Dairy, Inc. (MI)
Land O'Lakes
Land-O-Sun (in FL, GA, IL, IN, KY, NC, NY, OH, TN, VA)
Land-O-Sun Dairies (in DE, FL, GA, IL, IN, KY, NC, NY, OH, TN, VA)
Land-O-Sun Dairies, LLC
Lani Moo (HI)
Lehigh Valley Dairy
Liberty Dairy Company (in MI, OH)
Louis Trauth Dairy, LLC (in IN, KY, OH)
McArthur Dairy, LLC (in FL)
McDonald Dairy (MI)
Meadow Brook Dairy (in PA)
Meadow Brook Dairy Company (in NY, OH)
Meadow Gold (Billings)
Meadow Gold (Boise)
Meadow Gold (Englewood)
Meadow Gold (Grand Junction)
Meadow Gold (Greeley)
Meadow Gold (Hawaii)
Meadow Gold (HI)
Meadow Gold (in MT, ID, OK, CO, OR, NV)
Meadow Gold (Kalispell)
Meadow Gold (Las Vegas)
Meadow Gold (Salt Lake City)
Meadow Gold (Tulsa)
Meadow Gold Dairies (in ID, OK, CO, NE, HI, UT, MO, MT, AZ, OR, NV)
Melody Farms, LLC (MI)
Mile High Ice Cream (in CO, NE, WY)
Miscoe Springs – Massachusetts (in MA)
Mooney Creamery (MI)
Mootown (MI)
Mootown Distributors (MI)
Naalehu Dairy (in HI)
Nafziger (MI)
Nafziger Ice Cream (MI)
Nature's Best (in RI)

Northern Falls Water Company (MI)
Oak Farms (Houston)
Oak Farms (San Antonio)
Oak Farms Dairy – Waco (in TX)
Oak Farms Dairy (Dallas)
Oak Farms Dairy (in OK, TX)
Organic Valley Fresh, LLC
Pet Dairy (in GA, NC, TN, VA)
PET Dairy Richmond (VA)
Pet O'Fallon, LLC (in IL)
Price's Creameries (in TX)
Purity Dairies (in TN)
Purity Dairies, LLC (in KY)
Reiter Dairy, LLC (Akron)
Reiter Dairy, LLC (Springfield)
Robinson Dairy, LLC (in CO, IL, WY)
Scangas Bros. Holdings - Massachusetts (in MA)
Schenkel's All-Star Dairy, LLC (in IL, IN, KY, MI)
Schepp's Dairy (Dallas)
Schepps Dairy (in OK, TX)
Southeastern Juice Packers, Inc. (MI)
Southwest Ice Cream
Southwest Ice Cream Specialties (in TX)
Stroh's Ice Cream (MI)
Suiza Management, LLC (TX)
Swiss Dairy (in CA)
Swiss Premium Dairy, LLC (in DE, PA)
T.G. Lee Dairy (FL)
T.G. Lee Foods, LLC (FL)
Tenedora Dean Foods Internacional, S.A. de C.V.
The Stroh Ice Cream Company (MI)
Tuscan Dairy
West Lynn Creamery – Massachusetts (in MA)
West Lynn Creamery – New Hampshire (in NH)
West Lynn Creamery – New Jersey (in NJ)
West Lynn Creamery – New York (in NY)
West Lynn Creamery – Vermont (in VT)
West Lynn Creamery Realty – Massachusetts (in MA)

**5% or More Equity Holders**

BlackRock Fund Advisors                     Morgan Stanley & Co. LLC
Dimensional Fund Advisors L.P.              The Vanguard Group, Inc.

**Bankruptcy Judges**

Albert Alonzo                               Jeff Bohm
David J. Bradley                            Jeffrey P. Norman
David R. Jones                              LinhThu Do
Eduardo V. Rodriguez                        Mario Rios
Evangeline C. Attaway                       Marvin Isgur
Jeannie Chavez

**Bankruptcy Professionals**

Alvarez & Marsal North America, LLC         Evercore Group L.L.C.
Davis Polk & Wardell LLP                    Norton Rose Fulbright US LLP
Epiq Corporate Restructuring, LLC

**Banks/Lender/UCC Lien Parties/Administrative Agents**

ACF FinCo I L.P.                            Coöperatieve Rabobank U.A., New York
BMO Harris Bank N.A.                          Branch
CIT Northbridge Funding I LLC              ING Capital LLC
CoBank, ACB                                 Nieuw Amsterdam Receivables
Coöperatieve Rabobank U.A.                  PNC Bank, National Association
  (Administrative Agent)

**Bondholders**

Advent Capital Management, LLC              Carlson Capital, L.P.
Aequim Alternative Investments, L.P.        Clearstream Bank - Austria
AllianceBernstein, L.P. (U.S.)             Clearstream Bank - Belgium
Antara Capital L.P.                         Clearstream Bank - Canada
Antora Peak Capital, L.P.                   Clearstream Bank - France
Ascribe Capital, LLC                        Clearstream Bank - Germany
Aurelius                                    Clearstream Bank - Italy
Bancaribe Curacao Bank, NV                  Clearstream Bank - Luxembourg
Bank of Nova Scotia Trust Company           Clearstream Bank - Monaco
BlackRock Advisors, LLC                     Clearstream Bank - Spain
BMO Asset Management, Inc.                   Clearstream Bank - Switzerland
Brownstone Investment Group, LLC            Clearstream Bank - United Kingdom
BVK- Beamtenversicherungskasse des          Clearstream Bank - United States
  Kantons Zurich                            Clearstream Bank - Uruguay
Calamos Advisors, LLC                       Cortland Credit Group, Inc.

Crèdit Andorrà Asset Management
Deseret Trust Company
Ensign Peak Advisors, Inc.
Euroclear Bank - Asia (Other)
Euroclear Bank - Austria
Euroclear Bank - Belgium
Euroclear Bank - Canada
Euroclear Bank - Cyprus
Euroclear Bank - France
Euroclear Bank - Germany
Euroclear Bank - Israel
Euroclear Bank - Jersey C.I.
Euroclear Bank - Liechtenstein
Euroclear Bank - Luxemburg
Euroclear Bank - Netherlands
Euroclear Bank - Other
Euroclear Bank - Panama
Euroclear Bank - Russia
Euroclear Bank - Sweden
Euroclear Bank - Switzerland
Euroclear Bank - United Kingdom
Euroclear Bank - United States
Farmstead
Forest Capital Corp.
Garland Business Corporation
Goldman Sachs Asset Management, L.P.
   (U.S.)
Guardian Asset Management, Inc.
Healthcare of Ontario Pension Plan
HSBC Private Bank (Suisse) SA
Invesco Capital Management, LLC
J.P. Morgan Investment Management, Inc.
J.P. Morgan Securities, LLC
J.V.B. Financial Group, LLC
Kingsferry Capital LLC
Knighthead Capital Management, LLC

Logan Circle Partners, L.P.
Madison Investment Advisors, LLC
Manulife Asset Management (U.S.), LLC
Mellon Investments Corporation
Metlife Investment Advisors, LLC
Mont Blanc Capital Management AG
Montana State Board of Investments
Morgan Stanley Investment Management
   Inc.
Mudrick Capital
NNIP Advisors B.V.
Nomura Securities International, Inc.
Pace Securities Corp
Pacific Income Advisers, Inc.
Paloma Securities LLC
Parquet Capital Management, LLC
PenderFund Capital Management, LTD
PFA Asset Management A/S
Phoenix Investment Advisors
Quinn Opportunity Partners, LLC
Robeco Institutional Asset Management
   B.V.
Safra Securities, LLC
Scotia Capital (USA), Inc.
SG Americas Securities, LLC
South Dakota Investment Council
Standard Partners Fund, LP
State Street Global Advisors (SSgA)
Stifel, Nicolaus & Company, Inc.
Stone Harbor Investment Partners, L.P.
Three Court, L.P.
UBS Securities, LLC
United Heritage Insurance (Internal Team)
Voya Investment Management, LLC
Whitebox Advisors, LLC

**Customers - Top 50%**

Ahold/Delhaize America Inc.
Albertsons LLC/HQ
Aldi Inc./HQ
Baskin Robbins/Dunkin Donuts
C & S Wholesale Grocers Inc.
CVS/Caremark Corp.
Dollar General

Morningstar
Starbucks
Supervalu Inc./HQ
Sysco
Target Corp.
US Foodservice
Wal-Mart Stores/HQ

**Directors**

| | |
|---|---|
| Beringause, Eric | Muse, John R. |
| Hill, Janet V. | Owens, B. Craig |
| Mailloux, J. Wayne | Turner, Jim L. |
| McCluskey, Helen | |

**Officers**

| | |
|---|---|
| Abbott, Christopher (Chris) | Kollock, Kevin |
| Adams, Mike | Kornfeind, Brian |
| Beagan, Kevin | Kraft, Vicki |
| Beringause, Eric | LaValley, Daniel J. |
| Bernard, David | Lee, Donald |
| Bladdick, Jeffrey | Lippold, Dean A. |
| Bukowski, Dan | Longmier, Mark |
| Campbell, Adria E. | Lowenberg, Sonia |
| Condon, Shawn T. | Marcy, Charles |
| CT Corporation - McMahon, Daniel P. | Martin, Dyame P. |
| Dana, Terry | McLean, Matt |
| Dawson, Jeffery S. | Mielke, Michael J |
| DeGuia, Edgar | Mills, James (Scott) |
| Delaware Trust Company - (Primary | Munoz, Patricia |
|    Contact: Alan R. Halpern) | Murphy, William (Bill) |
| Devkota, Pariksha | Murray, Thomas N. |
| Divjak, Anne | Niermann, Mark |
| Dockter, Bryan | Nolen, Cathie |
| Doherty, Joshua | Packer, Gregory |
| Ehrman, Thomas | Poremba, David J. |
| Ekpo, Bassey | Potvin, Toni |
| Finck, Chris H. | Rahlfs, Gary |
| Gerrish, Steve | Riley, Brian K. |
| Giovanetti, William (Bill) | Riley, William (Bill) |
| Goldstein, Lewis R. | Scamardo, William |
| Gribbons, Mary Kay | Schneider, Amy Jo |
| Guenther, Juliane (Jill) | Sniegocki, Richard (Ted) |
| Gwinn, Jacqueline T. | Spielman, Sean S. |
| Harrison, Carl M. | Starr, David |
| Hawk, Timothy | Stis, David N. |
| Hernandez, Antonio | Stockler, Kay F. |
| Hinson, Edwin | Sumner, Jane A. |
| Howison, Lynne | Sutton, James (Jay) |
| Hueber, Stuart R. | Tollison, Eddie K. |
| Hwang, Eric | Waterman, Kristy N. |
| Kane, Steven | White, John |
| Kieffer, Sharon | Whitman, Andy |

Williams, Mary
Williams, Molly
Wolljung, Gregory

Yegerlehner, Eric J
Zazzaro, Jason J.

**Insurance**

1274 Antares Lloyds Syndicate
2003 SJC Lloyd's of London
2623/0623 AFB Lloyds Syndicate – Beazley
ACE American Insurance Co.
ACE Fire Underwriters
AGCS Marine Insurance
Allianz
Allied World Assurance Company Ltd.
Argo Re Ltd.
Aspen Bermuda Ltd.
Aspen Specialty Insurance Co.
AXIS Insurance Company
Beazley Insurance Company
Berkley Insurance Company
Berkshire Hathaway Specialty Insurance Co.
Broadspire Insurance
Chubb Seguros Mexico, S.A.
CNA Insurance
Crawford & Company
Empire Indemnity
Endurance American Insurance Company
Everest Indemnity Insurance Company
Everest National Insurance Company
Factory Mutual Insurance Company
Federal Insurance Company ("CHUBB")
Gallagher Bassett Services
General Security Indemnity Co. of Arizona
Great American Insurance Company
Helmsman Management Services LLC

Illinois National Insurance Co.
Illinois Union Insurance Company
Indemnity Insurance Co of North America
Interstate Fire & Casualty Co.
Liberty Mutual Insurance Europe SE
Liberty Specialty Markets Bermuda Limited
Magna Carta Insurance Ltd.
Markel Bermuda Ltd.
Navigators Insurance Company
NFIP
Old Republic Insurance Company
Princeton Excess & Surplus Lines Ins. Co.
QBE Specialty
RSKCo Insurance Company
Sedgwick Claims Management Services
  Ltd.
Shelter Reinsurance Co
Starr (1919 CVS Lloyd's)
Starr Companies
The North River Insurance Company
Travelers Insurance Company Ltd.
Travelers Property Casualty Company of
  America
XL Catlin Bermuda
XL Insurance America, Inc.
XL Insurance Company SE
XL Specialty Insurance Company
Zurich American Insurance Company

**Litigation**

Acosta
Bankhead, Larry
Batts, Nylah
Cumberland Farms
Davis, Thomas
DDH
Friendly's Manufacturing and Retail, LLC
Jankowski, Richard

Keefe, Timothy James
Matias
Musikar
Novalk, Steven
Padilla, Balbina
Perez, Juan
Pike, Cynthia
Rhoton, Donald

Richeson, Michael
Ricon, Inc.
Sanchez, Charles
Sheehan, Douglas
Stone, Cathy

The Milkman, LLC
Villegas, Joel
Walters, Williams
Weathertech Distributing Company, Inc.
Williams, David

**Other Significant Creditors**

American Casualty Company
Ascentium Capital, LLC
Banc of America
Bank of the West
BB&T Equip Finance
BciCapital (formerly City National Capital
   Finance Inc.)
BMO Harris (formerly GE CF Trust)
BMO Harris Equipment Finance Company
BMO Harris Transportation Finance
Bridge Capital Leasing, Inc.
CHUBB (ACE American Insurance
   Company)
Citizens Asset Finance (fka RBS Asset
   Finance)
Continental Casualty Company
Daimler Trust
Duke Energy Carolinas, LLC
Duke Energy Florida, LLC
Duke Energy Indiana, LLC
Duke Energy Progress, LLC
East West Bank
Fifth Third Equipment Finance
Fleet Advantage, LLC
Key Equipment Finance
Liberty Mutual Insurance Company
MB Equipment Finance, LLC
Momentive Specialty Chemicals Inc.
New Jersey Department of Environmental
   Protection
Ohio Bureau of Workers' Compensation

Paccar Financial Corp
Pacific Rim Capital
Penske
People's Capital
Piedmont Natural Gas
PNC Equipment Leasing, LLC
Regions Equipment Finance Corporation
Ryder Leasing
Salem Leasing
Siemens Financial Services, Inc.
Signature Financial LLC
Sompo
Sovereign (Santander Bank)
Suntrust Equipment Finance & Leasing
   Corp.
Superior Tank
Tennessee Valley Authority
TIAA Commercial Finance (formerly
   EverBank Commercial Finance, Inc.)
Transervice Lease Corp.
Travelers Casualty and Surety Company of
   America
Travelers Indemnity Co.
United States Fidelity & Guaranty Company
United Trailer Leasing (Initiated & paid
   locally)
Wells Fargo (formerly GE CF Trust)
Wells Fargo (formerly GE TF Trust)
Wells Fargo Equipment Finance, Inc.
Westchester Fire Insurance Company
Zurich American Insurance Company

**Top 30 Unsecured Creditors**

Acosta, Inc.
ADM Archer Daniels Midland
Berry Global Inc.
California Dairies Inc.

Central States, Southeast and Southwest
   Areas Pension Plan
Consolidated Container Company
Dairy Farmers of America

8

Ecolab Inc.
Elopak Inc.
Evergreen Packaging Inc.
Huhtamaki Inc.
International Food Products
International Precision Components
  Corporation
Land O'Lakes, Inc.
Maple Dairy
Nestle USA
Pension Benefit Guaranty Corporation
Penske Truck Leasing Company LP
Ralph Scozzafava
Retail Wholesale & Department Store
  International Union and Industry Pension
  Fund

Richard Jankowski
Ryder System, Inc.
Saputo Dairy Foods USA LLC
Select Milk Producers, Inc.
Silgan Plastic Closure Corporation
Southeast Milk, Inc.
The Bank of New York Mellon Trust
  Company, N.A.
U.S. Department of Agriculture
WestRock
WS Packaging Group, Inc.

**U.S. Trustee Office**

Barbara Griffin
Christine March
Christy Simmons
Clarissa Waxton
Diane Livingstone
Glenn Otto
Gwen Smith

Hector Duran
Jacqueline Boykin
Linda Motton
Luci Johnson-Davis
Patricia Schmidt
Stephen Statham

**Unions**

Automotive Industries
Bakers Union Local 358
Board Trustees Teamsters Natl 401k
California Machinists 401k Plan
Central Pa Teamsters Health & Welfare
Central Pa Teamsters Pension Fund
Central Pension Fund
Central States Pension Fund
Cincinnati Life Insurance Company
Dairy Employee Union Local 754
Dairy Industry Union Pension Plan
Delta Health Systems
District 9
Employer Teamsters Local Union
Gem Group Incorporated
General Drivers & Helpers Union
General Drivers Warehousemen

General Teamsters Local No. 061
Hawaii Teamsters Health & Welfare Trust
Hawaii Teamsters Local No. 996
IAM National Pension Fund
ILWU Kauai Division
International Association of Mach
International Brotherhood of Teamsters
Intl Union of Operating Engineers
IUOE Local 99 H&W Fund
IUOE Local 99 Union Dues
IUOE Stationary Engineers Local 39
Joint Apprentice Committee
Joint Council of Teamsters 3
Labor Alliance Managed Trust Fund
Leo Gerard International Treasurer
Local 584 Pension Trust Fund
Lydic Printing Company

| | |
|---|---|
| Meadow Gold Credit Union | Teamsters Local Union 087 |
| Michigan Conference of Teamsters | Teamsters Local Union 120 |
| Michigan Drive | Teamsters Local Union 150 |
| Milk Drivers & Dairy Employee #246 | Teamsters Local Union 166 |
| Milk Drivers Local #348 | Teamsters Local Union 175 |
| Milk Drivers Pension Trust | Teamsters Local Union 186 |
| Milk Plant Employees | Teamsters Local Union 190 |
| National Drive | Teamsters Local Union 245 |
| New England Teamsters & Trucking | Teamsters Local Union 261 |
| Northern California Gen Teamsters | Teamsters Local Union 315 |
| NYS Teamsters Health & Hospital Fund | Teamsters Local Union 331 |
| NYS Teamsters Local Union 264 | Teamsters Local Union 340 |
| NYS Teamsters Pension & Retirement Fund | Teamsters Local Union 348 |
| Ope Welfare Fund | Teamsters Local Union 385 |
| OPEIU | Teamsters Local Union 386 |
| OPEIU Local 98 | Teamsters Local Union 397 |
| Operating Engineers Local 501 | Teamsters Local Union 406 |
| Preferred Financial Corporation | Teamsters Local Union 455 |
| Rockford Area Dairy Industry #754 | Teamsters Local Union 463 |
| RWDSU Health & Welfare Fund Ins. | Teamsters Local Union 471 |
| RWDSU Local 107 | Teamsters Local Union 483 |
| RWDSU Local 201 | Teamsters Local Union 486 |
| RWDSU Local 379 | Teamsters Local Union 492 |
| RWDSU Local 386 | Teamsters Local Union 495 |
| RWDSU Local 1808 | Teamsters Local Union 509 |
| RWDSU Pension Fund | Teamsters Local Union 517 |
| San Diego County Teamsters | Teamsters Local Union 519 |
| So Cal Ops & Maint Eng Apprentice | Teamsters Local Union 523 |
| Southern California Dairy Fund | Teamsters Local Union 528 |
| Southwest Multicraft Health | Teamsters Local Union 533 |
| Stationary Engineer Local 39 Trust | Teamsters Local Union 542 |
| Tanks Direct | Teamsters Local Union 553 |
| Teamster Health & Welfare Fund PA | Teamsters Local Union 592 |
| Teamsters Benefit Trust | Teamsters Local Union 630 |
| Teamsters Chauffeurs Warehousemen | Teamsters Local Union 638 |
| Teamsters General Local Union 662 | Teamsters Local Union 639 |
| Teamsters Joint Council #83 of VA | Teamsters Local Union 683 |
| Teamsters Local Union 002 | Teamsters Local Union 703 |
| Teamsters Local Union 007 | Teamsters Local Union 728 |
| Teamsters Local Union 014 | Teamsters Local Union 745 |
| Teamsters Local Union 017 | Teamsters Local Union 769 |
| Teamsters Local Union 020 | Teamsters Local Union 783 |
| Teamsters Local Union 026 | Teamsters Local Union 822 |
| Teamsters Local Union 029 | Teamsters Local Union 853 |
| Teamsters Local Union 063 | Teamsters Local Union 886 |
| Teamsters Local Union 050 | Teamsters Local Union 890 |

Teamsters Local Union 952
Teamsters Local Union 983
Teamsters Local Union 1035
Teamsters Local Union 210 Health Welfare
Teamsters Local Union 639 Employers Hlth
Teamsters Miscellaneous Security
Teamsters Security Fund
Twin Cities Automotive Lodge 737
UAW Local 174
UFCW Industry Pension Fund
UFCW Local 88T

UFCW Local 227
UFCW Local 1625
United Dairy & Bakery Workers
United Dairy Workers Local 102
Utah Idaho Teamsters Security Fund
Western Conference of Teamsters
Western Conference of Teamsters Penn
Western Pa Teamsters & Employers
Western States Ope Pension Fund

**Vendors – Top 89%**

101 Incorporated
7 Hs Dairy Farm
Ace American Insurance Company
Acosta Inc.
Adkins Milk Hauling
ADM Archer Daniels Midland
ADP LLC
Advance Milk Commodities
Affinity Agriculture LLC
Ahold Financial Services LLC
Ajb Ranch L.P.
Alco of Wisconsin Incorporated
Alliant Technologies LLC
Alvarez & Marsal Holdings LLC
American Fuji Seal Inc.
Americold Logistics LLC
Aon Risk Services
Apex Logistics Group
Apple Shamrock Dairy Farms LLC
Ares Risk Management
Associated Milk Producers Inc.
Austintown Dairy
Automation Personnel Services Inc.
Automotive Rentals Inc.
B&B Distributors Incorporated
Banc of America Leasing
Bank of The West
Barry Callebaut USA LLC
Bay Corrugated Cont
Bayland Transport Incorporated
BB&T Equipment Finance Corp.
Berkshire Dairy & Food Products

Berry Global Inc.
Big Island Dairy
Blackhawk Molding Co.
Blackjack Ridge Dairy
Blommer Chocolate Co.
Blue Care Network of Michigan
Blue Northern Distributing LLC
Bluegrass Dairies Incorporated
BMO Harris Equipment Finance
BNSF Logistics LLC
Boller Construction Company Inc.
Borden Dairy Co of Kentucky LLC
Bridge Funding Group Inc.
Bridgestone Americas Tire
Brook Corner LLC
Brook Crystal
Brooks Rigging Inc.
Burris Logistics
Byrds Dairy
Cal Maine Foods Inc.
Calfee Riverland Farms
California Dairies Inc.
Cannon Equipment Co.
Capco Energy Solutions LLC
Capital Farm Credit PCA
Cardata Consultants Inc.
Cargill Corn Milling
Cargill Texturizing Sol
Carolina Manufacturing Services, Inc.
Carrier Priority Card Process
Caterpillar Financial Servi
Cayuga Marketing LLC

11

Cayuga Milk Ingredients LLC
CD Facilities LLC
CDFA Milk Pooling Branch
Central Milk Producers Cooperative
Central Pa Teamsters Health & Welfare
Central States Pension Fund
Chep Pallecon Solutions
Chep USA
Chevron Phillips Chemical Co.
Chobani LLC
CHR Hansen Inc.
Citizens Asset Finance Inc.
Citrofrut USA LLC
Citrosuco GmbH
Citrus Systems Inc.
CKS Packaging Inc.
Clasen Quality Chocolate
Classic Mix Partners LLC
Clofine Dairy & Food Products Inc.
Clydeside Farm
Cobblestone Milk Cooperative
Cognizant Technology Solutions US
Cold Front Distribution LLC
Coldstream Logistics Inc.
Computershare Inc.
Concord Foods LLC
Consolidated Container Company LP
Continental Tire the America
Cooper Legacy Dairy LLC
Cooperative Milk Producers Assoc
Cooperative Regions of Organic Pro
Corcentric Collective Bus
Country Pure Foods
Coupa Software Inc.
Coyote Logistics LLC
CP Flexible Packaging
CP Tower Owner LLC
Craun Samantha M
Cream-O-Land Dairies LLC
Crest Foods Company Inc.
Crown Credit Company
CSC Sugar LLC
Dairy Conveyor Corp.
Dairy Farmers of America Inc.
Dairy Industry Union Pension Plan
Dairy Marketing Services LLC

Dairy Products Inc.
Dairy.Com
Danisco USA Inc.
Dannon Co. Inc.
Danone US LLC
Darigold Inc.
David Michael & Co. Inc.
Dean Foods Chemung Harvard IL Ovf
Dean Foods Gandys Lubbock TX Ovf
Dean Foods Lol Woodbury MN OVF
Dean Foods Model Dairy Reno NV OVF
Deloitte & Touche LLP
Deloitte Consulting LLP
Denali Advanced Integration
Denali Ingredients LLC
Dennis Group LLC
Djl Management LLC
Domino Foods Incorporated
Dot Foods Inc.
Double H Plastics Inc.
Driveline Retail Merchandising Inc.
Dutch Dairy LLC
Eagle Bank and Trust
East West Bank
Ecolab Inc.
Ecom Ingredients LLC
Edgar A Weber & Company
Elopak Inc.
Erie Cooperative
Ernest Packaging Sol
Ernst & Young LLP
Evergreen Packaging Inc.
Exxonmobil Chemical Co.
Family Dollar
Farm Credit Mid America
Farm Credit Services of America
Federal Milk Market Administrator
Fifth Third Equipment Financ
First Advantage Tax Consult
Five Star Transport Solutions Inc.
Fona International Inc.
Foremost Farms USA
Forsman & Bodenfors
Fox Ledge Inc.
Gem Freshco LLC
General Mills Finance Inc.

12

Genpact International Inc.
Genpak LLC
Georgia Pacific Corrugated
Giant Eagle Inc.
Givaudan Flavors Corp.
Glendi Incorporated
Godding Transport LLC
Good Humor Breyers
Grainger
Grant Thornton
Graphic Packaging Intl
Grassland Dairy Products Inc.
Great Lakes Milk Products Inc.
Great Western Bank
Green Spot Packaging
Greene Trucking Incorporated
Guittard Chocolate Co.
Harrison Dairy Incorporated GA
Haskell Company
Hawaiian Teamsters Health & Welfare
HCL America Inc.
HCL Technologies Ltd
Hidden Villa Ranch
Hill Country Dairies LLC
Hillandale Farms East
Hillandale Farms of Pennsylvania
Hollandia Dairy Inc.
Holsteins Unlimited LLC 000277
Holtgrave Distributing Inc.
Hoogwegt US Inc.
Horizon Media Incorporated
Howard Baer Incorporated
HP Hood LLC
Hudsonville Creamery & Ice Cream
Huhtamaki Inc.
Huntington Technology Financ
Hutt Trucking Co. Inc.
IBM Corp.
Idaho Milk Products Inc.
IML Containers Iowa Inc.
Imperial Distributing Inc.
Indian River Hauling Florida
Indian River Transport Co.
Indiana Sugars Incorporated
Ineos Olefins & Polymers USA
Information Resources Incorporated

Ingredion Inc.
Insight Dairy
Integrated Packaging Machinery LLC
Integrity Express Logistics LLC
Inter American Products Inc.
International Flavors & Fragrances
International Food Prod
International Paper
IPC Corp.
Irasburg Unit
Jacobs Dairy LLC
JM Swank LLC
Jogue Incorporated
John R Ames, CTA
Joint Council of Teamsters 3
K K Carriers
Kandel Transport Inc.
KDV Label Company Inc.
Kellogg Sales Co.
Kennesaw Transportation Inc.
Kerry Ingredients & Flavours
KLLM Transport Services LLC
Labor Alliance Managed Trust Fund
Lafayette State Bank
Land O'Lakes, Inc.
Lee John S 000389
Legend Public Relations
Legion Logistics LLC
Leprino Foods Dairy Products Co.
Life Insurance Co. of North America
Lindell Farms LLC
Liqui Box Corp.
Lisma Logistics Inc.
Lithotype Co. Inc.
Lone Star Milk Producers Inc.
Los Angeles County Tax Collector
Lucerne Foods Inc.
Lueken Dairy Farm Incorporated
LW Wilson & Sons LLC
Lyons Magnus Inc.
Lyons Magnus LLC
Manpower
Maple Dairy
Mars Wrigley Confections US
Marsh USA Inc.
Maryland & Virginia Milk Producers

Matson Navigation Company Inc.
Meadow Wood Farms
Mercedes Benz Financial Serv
Mercer USA Inc.
Merry Milk Maid
Michigan Milk Producers Association
Microsoft Corporation
Millard Refrigerated Services LLC
Miltran Inc.
MMPA
Motion Industries Inc.
Mountain View Hauling LLC
MRV Dairy Solutions
Multi Rose Jerseys Inc.
Nalco Company
National Dairy Promotion and Research
National Financial Services LLC
National Fluid Milk Processor Promotion
  Board
National Sugar Marketing LLC
Navarro Pecan Co. Inc.
Navistar Inc.
Nestle USA Inc.
Ninth Avenue Foods
Norse Dairy Systems
O Ice LLC
O&W Dairy Farm Incorporated
O-At-Ka Milk Products Coop Inc.
Odyssey FoodTrans LLC
Oldenkamp Trucking Inc.
Onestream Software LLC
Organic Valley Fresh
Owen Transportation Services LLC
Pacific Rim Capital Inc.
Packaging Corp of America
Paradis Inc.
Pecan Deluxe Candy Co.
Penske Truck Leasing Co. L.P.
Peoplenet Communications
Pepsico
Performance Logistics LLC
Phoenix Packaging Operations
Pine Ton Farm LLC
Pioneer Cold
Pondera Colony
Premier Juices

Premier Milk Inc.
Prepass
PricewaterhouseCoopers LLP
Prime Inc.
Pro Star Logistics Inc.
Quantum Health Inc.
Queensboro Farm Products Inc.
Quickway Logistics Inc.
Rabo Agrifinance Incorporated
Randstad
Randy Van Velduizen Farm
Ray Calfee
Readington Farms Inc.
Ready Roast Nut Co. LLC
Red Diamond Inc.
Red Stag Logistics LLC
Regions Equipment Finance
Rehrig Pacific Company
Rhino Foods Inc.
Rich Dairy Products Inc.
Richs Ice Cream
Robertet Flavors Inc.
Rocket Products Inc.
Rogers Manufacturing Co.
Rowley Trucking Incorporated
Ruan Logistics Corporation
RWDSU
RWS Design & Controls Inc.
Ryder Integrated Logistics
Ryder Truck Rental Inc.
Safeway Inc.
Santander Bank Na
Saputo Cheese USA Inc.
Saputo Dairy Foods USA LLC
Sartori Company
SAS Dairy
Scattered Acres Incorporated
Schreiber Foods Incorporated
Schuster Company
Securitas Security Services US Inc.
Select Milk Producers, Inc.
Sensient Flavors LLC
Sensoryeffects Inc.
Shamrock Arizona Dairy Div
Shenandoah Dairy Incorporated
Shoptology Incorporated

Signature Financial LLC
Silgan Ipec Corp.
Silgan Plastic Closure
Sirva Relocation LLC
Slalom LLC
Smithfield Direct LLC
Sokol And Co.
South Georgia Pecan Co.
Southeast Milk Incorporated
Southern Cross Dairy LLC
Spring Hill Pure Natura
SS Brown Transportation Inc.
St Albans Coop Creamery Inc.
Stanpac Inc.
Stanton Farms LLC
Star Kay White Inc.
Steamburg Milk Producers Coop
Stremicks Heritage Foods LLC
Sunrise Dairy Inc.
SunTrust Equipment Finance
Superior Dairy Inc.
Suwannee Dairy Incorporated
Sweetener Supply Corp.
Sweetwater Valley Farm Inc.
Synergy Flavors Inc.
Tampico Beverages Inc.
Tastepoint Inc.
Tate & Lyle Ingredients Americas
Tax Assessor Collector
Tc Jacoby & Company Inc. B110210
Teamsters Benefit Trust
Teamsters Health & Welfare Fund
Teamsters Joint Council #83 Of Va
Teamsters Local Union 261
Telerx Marketing Inc.
Tetra Pak Inc.
The Dairy Group Inc.
Thermo King Svc Inc.
Thunder Hollow Farm
Timmons Farms Ltd.

Timon Perron Trucking Incorporated
Tobico Transportation LLP
TPX Transport LLC
Trilogy Dairy L.P.
Tropicana Chilled DSD
Twin Creeks Farm LLC
Twin Express Incorporated
Unicold Corp.
United Dairymen of Arizona
United States Department of Agriculture
United Sugars Corp.
Uptown Cityplace LLC
Utah Idaho Teamsters Security Fund
Velocity
Vendor Consulting Group Inc.
Ventura Coastal LLC
Veritiv Operating Co.
Virginia Dare
Vivio Health Inc.
WageWorks
Wagner Meinert LLC
WD Logistics LLC
Wells Fargo
Wells Fargo Equipment Finance
Wells Fargo Pa Receipts
Wenning Dairy LLC
Werhane Enterprises Ltd.
West Point Dairy Prod LLC Plant 1
West Point Dairy Products LLC Utah
Western Conference Of Teamsters
WestRock
White Eagle Cooperative Association
White Oak Dairy
Winburn Milk Company Inc.
Winnesota Regional Transportation
Witte Bros Exchange Incorporated
Woodall Farms
WS Packaging Group
Xtra Lease LLC
Young Brothers Ltd.

**Notice of Appearance Parties, as of December 19, 2019**

14770 Centreport Office Owner LLC
3M Company

3MD, Inc. d/bffr/a Denali Advanced
  Integration
Ad Hoc Group of Bondholders

American Fuji Seal, Inc.
Angelina County
Ascentium Capital LLC
Athens Utilities Board
Banc of America Leasing & Capital, LLC
Bank of Montreal
Bay Corrugated Container, Inc.
BB&T Equipment Finance Corporation
Bexar County
Blanco CAD
Blommer Chocolate Company
BMO Harris Bank N.A.
BMO Harris Equipment Finance Co.
Bridge Capital Leasing, Inc.
Bridge Funding Group, Inc.
Broadway Hights Dairy, Inc.
Caldwell CAD
California Dairies Inc.
Cameron County
Central Milk Producers Cooperative
CenturyLink Communications, LLC
Chobani, LLC
Chubb Companies
Citizens Asset Finance, Inc.
Citizens Bank, N.A.
City of Harlingen
City of McAllen
City of Mercedes
Cleveland ISD
Conopco, Inc d/b/a Unilever
Consolidated Container Company, LLC
Convoy Servicing Company
Cooperatieve Rabobank U.A., New York
  Branch
Cooperative Regions of Organic Producer
  Pools
Country Pure Foods, Inc.
CP Tower Owner LLC
Dairy Farmers of America
Dallas County
Delta Fire System, a Division of Western
  States Fire Protection
DeWitt County
Dimmit County
Double H Manufacturing Corporation
DuPont de Nemours, Inc.

Ecolab, Inc.
Employer Direct Healthcare LLC
Fifth Third Bank
Fort Bend County
Freese and Nichols, Inc.
General Machinery Company, Inc.
Hamilton CAD
Harlingen CISD
Harris County
Hays CISD
Hidalgo County
IBM Credit LLC
Interbake Foods, LLC
Island Dairy, LLC
Jefferson County
Key Equipment Finance, a division of
  KeyBank National Association
Lampasas County
Land O'Lakes, Inc.
Leakey Independent School District
Liberty Mutual Insurance Company
Limestone County
Lindox Equipment Company
Liqui-Box Corp.
LLano County
Los Fresnos CISD
Lubbock Central Appraisal District, et al
Mansfield Oil Company
Marissa Jarratt
Matagorda County
Maverick County
McLennan County
Mercedes-Benz Financial Services USA
  LLC D/B/A Daimler Truck Financial
Mesa Equipment & Supply Company
Montgomery County
MPS Enterprises, LLC
Norse Dairy Systems, LLC
Nueces County
Oracle America, Inc.
PACCAR Financial Corp.
Pacific Rim Capital, Inc.
Palacios ISD
Penske Truck Leasing Co., L.P.
Premier Trailer Leasing, Inc.
Pro Star Logistics, LLC

Raymondville ISD
Realty Income Corporation
Regions Bank
Rio Hondo ISD
Robertson County
RWDSU Health and Benefit Fund
RWDSU Pension Fund
Ryder Truck Rental, Inc.
San Marcos CISD
Santa Fe Independent School District
Signature Financial, LLC
Silgan White Cap LLC
Sodexo Operations, LLC
Sokol and Company, Inc.
Sompo Holdings, Inc.
South Georgia Pecan Company
Southern Foods Group, LLC
Sugaright
Sun Trust Equipment Finance & Leasing
Sysco Corporation
Tetra Pak, Inc.
Texas Bank and Trust Company
Texas Comptroller of Public Accounts
Texas Department of Insurance, Division of
  Workers Compensation

Texas Taxing Authorities
The Bank of New York Mellon Trust
  Company, N.A.
The Kroger Co.
The Stop & Shop Supermarket Company
  LLC
Thomas Petroleum, LLC
TIAA Commercial Finance, Inc. f/k/a
  EverBank Commercial Finance, Inc.
UMR, Inc.
United States of America
UnitedHealthcare Insurance Company
Uvalde County
Victoria County
Visible Supply Chain Management
  Holdings, Inc.
Visible Supply Chain Management, LLC
Wells Fargo Equipment Finance, Inc.
Westchester Fire Insurance Company
WestRock CP, LLC
Willacy County
William J. Begg
WS Packaging Group, Inc.

**Parties Listed on Filed 2019 Statements, as of December 19, 2019**

AEP Energy, Inc.
American Electric Power
Ascribe III Investments LLC
Atlantic City Electric Company
Boston Gas Company
Broadbill Investment Partners, LLC
Commonwealth Edison Company
Connecticut Light & Power Company
Constellation NewEnergy – Gas Division,
  LLC
Constellation NewEnergy, Inc.
Delmarva Power & Light Company
Ensign Peak Advisors, Inc.
Florida Power & Light Company
Georgia Power Company
Jackson Electric Membership Corporation
KeySpan Energy Delivery Long Island
Kingsferry Capital LLC

Knighthead Capital Management, LLC
Massachusetts Electric Company
Metropolitan Edison Company
MILFAM Investments LLC
Monongahela Power Company
Niagara Mohawk Power Corporation
NStar Electric Company, Eastern
  Massachusetts
NStar Electric Company, Western
  Massachusetts
Ohio Edison Company (First Energy Corp.)
PECO Energy Company
Pennsylvania Electric Company
Pennsylvania Power Company
Potomac Edison Company
San Diego Gas and Electric Company
Southern California Gas Company
Toledo Edison Company

Virginia Electric and Power Company d/b/a
  Dominion Energy Virginia

<u>**Schedule 2**</u>

**Schedule of Searched Parties and/or Certain Related Parties that Akin Gump
Currently Represents, or Has in the Past Represented, in Matters
Unrelated to these Chapter 11 Cases\***

**The Committee of Unsecured Creditors**

*Akin Gump has represented in the past and currently represents the following companies and/or
certain related parties of such companies on matters wholly unrelated to the Debtors' Chapter 11
Cases:*

The Bank of New York Mellon Trust Company, N.A.

*Akin Gump has represented in the past the following companies and/or certain related parties of
such companies on matters wholly unrelated to the Debtors' Chapter 11 Cases:*

Pension Benefit Guaranty Corporation
Select Milk Producers, Inc.

**Professionals of the Committee of Unsecured Creditors**

*Akin Gump has represented in the past the following companies and/or certain related parties of
such companies on matters wholly unrelated to the Debtors' Chapter 11 Cases:*

Miller Buckfire & Co. LLC

**Professionals of the Members of the Committee of Unsecured Creditors**

*Akin Gump has represented in the past the following companies and/or certain related parties of
such companies on matters wholly unrelated to the Debtors' Chapter 11 Cases:*

Alston & Bird LLP
Jackson Walker LLP

**Debtors**

*Akin Gump has represented in the past the following companies and/or certain related parties of
such companies on matters wholly unrelated to the Debtors' Chapter 11 Cases:*

Dean Foods Company

Dean Foods North Central, LLC

Dean Foods of Wisconsin, LLC

Friendly's Ice Cream Holdings Corp.

Friendly's Manufacturing and Retail, LLC

**Debtors' Affiliates**

*Akin Gump has represented in the past the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' Chapter 11 Cases:*

Dairymen's (HI)

Dean Foods - LeMars (in IA, NE)

Dean Foods Central Ice Cream (in IN)

Dean Foods Company

Dean Foods Company of Indiana, LLC (in IN)

Dean Foods Foundation

Dean Foods Holding Company (PA, WA)

Dean Foods Management, LLC (OH)

Dean Foods National Warehouse (in CO)

Dean Foods North Central, LLC

Dean Foods of Decatur (in IN)

Dean Foods of Wisconsin, LLC

Dean Foods Services, LLC (MN, NE, ND, TX, IL, MI)

Friendly's Ice Cream Holdings Corp.

Friendly's Manufacturing and Retail, LLC

Heartland Farms (in CA)

Hygeia Dairy (in TX)

Nature's Best (in RI)

Schepp's Dairy (Dallas)

**5% or More Equity Holders**

*Akin Gump has represented in the past and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' Chapter 11 Cases:*

BlackRock Fund Advisors

Morgan Stanley & Co. LLC

The Vanguard Group, Inc.

*Akin Gump has represented in the past the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' Chapter 11 Cases:*

Dimensional Fund Advisors L.P.

**Bankruptcy Judges**

*Akin Gump has not represented in the past and currently does not represent these parties.*

**Bankruptcy Professionals**

*Akin Gump has represented in the past and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' Chapter 11 Cases:*

Evercore Group L.L.C.

*Akin Gump has represented in the past the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' Chapter 11 Cases:*

Davis Polk & Wardell LLP
Norton Rose Fulbright US LLP

**Banks/Lender/UCC Lien Parties/Administrative Agents**

*Akin Gump has represented in the past and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' Chapter 11 Cases:*

| | |
|---|---|
| ACF FinCo I L.P. | CIT Northbridge Funding I LLC |
| BMO Harris Bank N.A. | PNC Bank, National Association |

*Akin Gump has represented in the past the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' Chapter 11 Cases:*

| | |
|---|---|
| CoBank, ACB | ING Capital LLC |
| Coöperatieve Rabobank U.A. (Administrative Agent) | Nieuw Amsterdam Receivables |
| Coöperatieve Rabobank U.A., New York Branch | |

**Bondholders**

*Akin Gump has represented in the past and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' Chapter 11 Cases:*

| | |
|---|---|
| AllianceBernstein, L.P. (U.S.) | Mellon Investments Corporation |
| Aurelius | Metlife Investment Advisors, LLC |
| Bank of Nova Scotia Trust Company | Morgan Stanley Investment Management Inc. |
| BlackRock Advisors, LLC | |
| BMO Asset Management, Inc. | Paloma Securities LLC |
| Carlson Capital, L.P. | Robeco Institutional Asset Management B.V. |
| Farmstead | |
| Goldman Sachs Asset Management, L.P. (U.S.) | Scotia Capital (USA), Inc. |
| | SG Americas Securities, LLC |
| HSBC Private Bank (Suisse) SA | Stone Harbor Investment Partners, L.P. |
| J.P. Morgan Investment Management, Inc. | Three Court, L.P. |
| J.P. Morgan Securities, LLC | UBS Securities, LLC |
| Knighthead Capital Management, LLC | Voya Investment Management, LLC |
| Logan Circle Partners, L.P. | Whitebox Advisors, LLC |

*Akin Gump has represented in the past the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' Chapter 11 Cases:*

| | |
|---|---|
| Advent Capital Management, LLC | Euroclear Bank - Israel |
| Clearstream Bank - Austria | Euroclear Bank - Jersey C.I. |
| Clearstream Bank - Belgium | Euroclear Bank - Liechtenstein |
| Clearstream Bank - Canada | Euroclear Bank - Luxemburg |
| Clearstream Bank - France | Euroclear Bank - Netherlands |
| Clearstream Bank - Germany | Euroclear Bank - Other |
| Clearstream Bank - Italy | Euroclear Bank - Panama |
| Clearstream Bank - Luxembourg | Euroclear Bank - Russia |
| Clearstream Bank - Monaco | Euroclear Bank - Sweden |
| Clearstream Bank - Spain | Euroclear Bank - Switzerland |
| Clearstream Bank - Switzerland | Euroclear Bank - United Kingdom |
| Clearstream Bank - United Kingdom | Euroclear Bank - United States |
| Clearstream Bank - United States | Invesco Capital Management, LLC |
| Clearstream Bank - Uruguay | Manulife Asset Management (U.S.), LLC |
| Euroclear Bank - Asia (Other) | Mudrick Capital |
| Euroclear Bank - Austria | Nomura Securities International, Inc. |
| Euroclear Bank - Belgium | Phoenix Investment Advisors |
| Euroclear Bank - Canada | State Street Global Advisors (SSgA) |
| Euroclear Bank - Cyprus | Stifel, Nicolaus & Company, Inc. |
| Euroclear Bank - France | United Heritage Insurance (Internal Team) |
| Euroclear Bank - Germany | |

**Customers – Top 50%**

*Akin Gump has represented in the past and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' Chapter 11 Cases:*

| | |
|---|---|
| Ahold/Delhaize America Inc. | Starbucks |
| CVS/Caremark Corp | Wal-Mart Stores/HQ |

*Akin Gump has represented in the past the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' Chapter 11 Cases:*

| | |
|---|---|
| Albertsons LLC/HQ | Supervalu Inc./HQ |
| Aldi Inc./HQ | Sysco |
| Baskin Robbins/Dunkin Donuts | Target Corp. |
| Dollar General | US Foodservice |
| Morningstar | |

**Directors**

*Akin Gump has not represented in the past and currently does not represent these parties.*

4

**Officers**

*Akin Gump has represented in the past and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' Chapter 11 Cases:*

Delaware Trust Company - (Primary Contact: Alan R. Halpern)

*Akin Gump has represented in the past the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' Chapter 11 Cases:*

CT Corporation - McMahon, Daniel P.

**Insurance**

*Akin Gump has represented in the past and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' Chapter 11 Cases:*

| | |
|---|---|
| ACE American Insurance Co. | CNA Insurance |
| ACE Fire Underwriters | Federal Insurance Company ("CHUBB") |
| AGCS Marine Insurance | Indemnity Insurance Co of North America |
| Allianz | Interstate Fire & Casualty Co. |
| Beazley Insurance Company | Liberty Mutual Insurance Europe SE |
| Chubb Seguros Mexico, S.A. | Liberty Specialty Markets Bermuda Limited |

*Akin Gump has represented in the past the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' Chapter 11 Cases:*

| | |
|---|---|
| 1274 Antares Lloyd's Syndicate | Navigators Insurance Company |
| 2623/0623 AFB Lloyds Syndicate – Beazley | Old Republic Insurance Company |
| Allied World Assurance Company Ltd. | Princeton Excess & Surplus Lines Ins. Co. |
| Argo Re Ltd. | QBE Specialty |
| Aspen Bermuda Ltd. | Sedgwick Claims Management Services |
| Aspen Specialty Insurance Co. | Ltd. |
| AXIS Insurance Company | Starr Companies |
| Berkshire Hathaway Specialty Insurance Co. | The North River Insurance Company |
| Crawford & Company | Travelers Insurance Company Ltd. |
| Everest Indemnity Insurance Company | Travelers Property Casualty Company of |
| Everest National Insurance Company | America |
| Factory Mutual Insurance Company | XL Catlin Bermuda |
| Gallagher Bassett Services | XL Insurance America, Inc. |
| Great American Insurance Company | XL Insurance Company SE |
| Illinois National Insurance Co. | XL Specialty Insurance Company |
| Markel Bermuda Ltd. | Zurich American Insurance Company |

5

## Litigation

*Akin Gump has represented in the past the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' Chapter 11 Cases:*

Friendly's Manufacturing and Retail, LLC
Williams, David*

## Other Significant Creditors

*Akin Gump has represented in the past and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' Chapter 11 Cases:*

Banc of America
BciCapital (formerly City National Capital
  Finance Inc.)
BMO Harris (formerly GE CF Trust)
BMO Harris Equipment Finance Company
BMO Harris Transportation Finance
CHUBB (ACE American Insurance
  Company)
Continental Casualty Company
East West Bank
Key Equipment Finance
Liberty Mutual Insurance Company

PACCAR Financial Corp
PNC Equipment Leasing, LLC
Ryder Leasing
Siemens Financial Services, Inc.
Sovereign (Santander Bank)
Suntrust Equipment Finance & Leasing
  Corp.
Wells Fargo (formerly GE CF Trust)
Wells Fargo (formerly GE TF Trust)
Wells Fargo Equipment Finance, Inc.
Westchester Fire Insurance Company

*Akin Gump has represented in the past the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' Chapter 11 Cases:*

American Casualty Company
Bank of the West
BB&T Equip Finance
Citizens Asset Finance (fka RBS Asset
  Finance)
Daimler Trust
Duke Energy Carolinas, LLC
Duke Energy Florida, LLC
Duke Energy Indiana, LLC
Duke Energy Progress, LLC
Fifth Third Equipment Finance

Momentive Specialty Chemicals Inc.
Penske
Signature Financial LLC
TIAA Commercial Finance (formerly
  EverBank Commercial Finance, Inc.)
Travelers Casualty and Surety Company of
  America
Travelers Indemnity Co.
United States Fidelity & Guaranty Company
Zurich American Insurance Company

**Top 30 Unsecured Creditors**

*Akin Gump has represented in the past and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' Chapter 11 Cases:*

| | |
|---|---|
| ADM Archer Daniels Midland | The Bank of New York Mellon Trust |
| Ryder System, Inc. | Company, N.A. |

*Akin Gump has represented in the past the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' Chapter 11 Cases:*

| | |
|---|---|
| Nestle USA | Silgan Plastic Closure Corporation |
| Pension Benefit Guaranty Corporation | Southeast Milk, Inc. |
| (PBGC) | WestRock |
| Penske Truck Leasing Company LP | WS Packaging Group, Inc. |
| Select Milk Producers Inc. | |

**U.S. Trustee Office**

*Akin Gump has not represented in the past and currently does not represent these parties.*

**Unions**

*Akin Gump has represented in the past and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' Chapter 11 Cases:*

Intl Union of Operating Engineers

*Akin Gump has represented in the past the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' Chapter 11 Cases:*

| | |
|---|---|
| International Brotherhood of Teamsters | Teamsters Benefit Trust |
| NYS Teamsters Health & Hospital Fund | Teamsters Miscellaneous Security |
| Teamster Health & Welfare Fund PA | Teamsters Security Fund |

**Vendors – Top 89%**

*Akin Gump has represented in the past and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' Chapter 11 Cases:*

| | |
|---|---|
| ACE American Insurance Company | Ares Risk Management |
| ADM Archer Daniels Midland | Associated Milk Producers Inc. |
| Ahold Financial Services LLC | Banc of America Leasing |

| | |
|---|---|
| BMO Harris Equipment Finance | IBM Corp. |
| Bridgestone Americas Tire | International Paper |
| Capital Farm Credit PCA | Microsoft Corporation |
| Cargill Corn Milling | PricewaterhouseCoopers LLP |
| Cargill Texturizing Sol | Ryder Integrated Logistics |
| Chevron Phillips Chemical Co. | Ryder Truck Rental Inc. |
| Chobani LLC | Safeway Inc. |
| Cognizant Technology Solutions US | Santander Bank NA |
| Deloitte & Touche LLP | SunTrust Equipment Finance |
| Deloitte Consulting LLP | Velocity* |
| East West Bank | Wells Fargo |
| Ernst & Young LLP | Wells Fargo Equipment Finance |
| Exxonmobil Chemical Co. | Wells Fargo Pa Receipts |

*Akin Gump has represented in the past the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' Chapter 11 Cases:*

| | |
|---|---|
| ADP LLC | Ineos Olefins & Polymers USA |
| Americold Logistics LLC | IPC Corp. |
| Aon Risk Services | Kellogg Sales Co. |
| BB&T Equipment Finance Corp. | Marsh USA Inc. |
| BNSF Logistics LLC | Mercedes Benz Financial Serv |
| Caterpillar Financial Servi | Mercer USA Inc. |
| Citizens Asset Finance Inc. | Nalco Company |
| Citrosuco GmbH | Nestle USA Inc. |
| Computershare Inc. | Penske Truck Leasing Co. L.P. |
| Dean Foods Chemung Harvard IL Ovf | Pepsico |
| Dean Foods Gandys Lubbock TX Ovf | Select Milk Producers |
| Dean Foods Lol Woodbury MN OVF | Signature Financial LLC |
| Dean Foods Model Dairy Reno NV OVF | Southeast Milk Incorporated |
| Family Dollar | Tate & Lyle Ingredients Americas |
| Fifth Third Equipment Finance | Teamsters Benefit Trust |
| General Mills Finance Inc. | Teamsters Health & Welfare Fund |
| Genpact International Inc. | Tetra Pak Inc. |
| Georgia Pacific Corrugated | WageWorks |
| Giant Eagle Inc. | WestRock |
| Grainger | White Eagle Cooperative Association |
| Grant Thornton | WS Packaging Group |

**Notice of Appearance Parties, as of December 19, 2019**

*Akin Gump has represented in the past and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' Chapter 11 Cases:*

| | |
|---|---|
| 3M Company | Banc of America Leasing & Capital, LLC |

Bank of Montreal
BMO Harris Bank N.A.
BMO Harris Equipment Finance Co.
CenturyLink Communications, LLC
Chobani, LLC
Chubb Companies
DuPont de Nemours, Inc.
IBM Credit LLC
Key Equipment Finance, a division of
 KeyBank National Association

Liberty Mutual Insurance Company
PACCAR Financial Corp.
Ryder Truck Rental, Inc.
Sun Trust Equipment Finance & Leasing
The Bank of New York Mellon Trust
 Company, N.A.
UnitedHealthcare Insurance Company
Wells Fargo Equipment Finance, Inc.
Westchester Fire Insurance Company

*Akin Gump has represented in the past the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' Chapter 11 Cases:*

BB&T Equipment Finance Corporation
Bexar County
Cameron County
Citizens Asset Finance, Inc.
Citizens Bank, N.A.
Conopco, Inc d/b/a Unilever
Convoy Servicing Company
Cooperatieve Rabobank U.A., New York
 Branch
Dallas County
Double H Manufacturing Corporation
Fifth Third Bank
Harris County
Mercedes-Benz Financial Services USA
 LLC D/B/A Daimler Truck Financial

Montgomery County
Oracle America, Inc.
Penske Truck Leasing Co., L.P.
Realty Income Corporation
Signature Financial, LLC
Silgan White Cap LLC
Sodexo Operations, LLC
Sysco Corporation
Tetra Pak, Inc.
Texas Bank and Trust Company
The Kroger Co.
TIAA Commercial Finance, Inc. f/k/a
 EverBank Commercial Finance, Inc.
WestRock CP, LLC
WS Packaging Group, Inc.

**Parties Listed on Filed 2019 Statements, as of December 19, 2019**

*Akin Gump has represented in the past and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' Chapter 11 Cases:*

Atlantic City Electric Company
Boston Gas Company
Broadbill Investment Partners, LLC
Commonwealth Edison Company
Delmarva Power & Light Company
Florida Power & Light Company

KeySpan Energy Delivery Long Island
Knighthead Capital Management, LLC
Massachusetts Electric Company
MILFAM Investments LLC
Niagara Mohawk Power Corporation
PECO Energy Company

9

*Akin Gump has represented in the past the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' Chapter 11 Cases:*

| | |
|---|---|
| AEP Energy, Inc. | Ohio Edison Company |
| American Electric Power | Pennsylvania Electric Company |
| Constellation NewEnergy – Gas Division, LLC | Pennsylvania Power Company |
| | Potomac Edison Company |
| Constellation NewEnergy, Inc. | San Diego Gas and Electric Company |
| Georgia Power Company | Southern California Gas Company |
| Metropolitan Edison Company | Toledo Edison Company |
| Monongahela Power Company | |

## Schedule 3

**Schedule of Searched Parties and/or Certain Related Parties that are Currently,
or Have in the Past Been, Adverse to Clients of Akin Gump\***

3M Company
ACE American Insurance Co.
ACE Fire Underwriters
ACF FinCo I L.P.
Acosta, Inc.
ADM Archer Daniels Midland
ADP LLC
AEP Energy, Inc.
AGCS Marine Insurance
Ahold Financial Services LLC
Ahold/Delhaize America Inc.
Alco of Wisconsin Incorporated
AllianceBernstein, L.P. (U.S.)
Allianz
Allied World Assurance Company Ltd.
Alston & Bird LLP
Alvarez & Marsal
Alvarez & Marsal Holdings LLC
American Casualty Company
American Electric Power
Aon Risk Services
Ares Risk Management
Argo Re Ltd.
Ascentium Capital LLC
Aspen Bermuda Ltd.
Aspen Specialty Insurance Co.
Atlantic City Electric Company
Automotive Industries
AXIS Insurance Company
Banc of America
Banc of America Leasing
Banc of America Leasing & Capital, LLC
Bank of Montreal
Bank of Nova Scotia Trust Company
Bank of the West

Barry Callebaut USA LLC
BB&T Equipment Finance Corporation
BciCapital (formerly City National Capital
  Finance Inc.)
Berkshire Hathaway Specialty Insurance Co.
Bexar County
Blackhawk Molding Co.
BlackRock Advisors, LLC
BlackRock Fund Advisors
BMO Asset Management, Inc.
BMO Harris (formerly GE CF Trust)
BMO Harris Bank N.A.
BMO Harris Equipment Finance Company
BMO Harris Transportation Finance
BNSF Logistics LLC
Boller Construction Company Inc.
Boston Gas Company
Capco Energy Solutions LLC
Capital Farm Credit PCA
Cargill Corn Milling
Cargill Texturizing Sol
Caterpillar Financial Servi
Central Pa Teamsters Health & Welfare
Central Pa Teamsters Pension Fund
Central Pension Fund
Central States Pension Fund
Central States, Southeast and Southwest
  Areas Pension Funds
CenturyLink Communications, LLC
Chevron Phillips Chemical Co.
Chobani LLC
CHUBB (ACE American Insurance
  Company)
Chubb Companies

Chubb Seguros Mexico, S.A.
CIT Northbridge Funding I LLC
Citizens Asset Finance (fka RBS Asset
  Finance)
Citizens Asset Finance Inc.
Citizens Bank, N.A.
CNA Insurance
CoBank, ACB
Cognizant Technology Solutions US
Commonwealth Edison Company
Computershare Inc.
Connecticut Light & Power Company
Conopco, Inc d/b/a Unilever
Continental Casualty Company
Constellation NewEnergy – Gas Division,
  LLC
Constellation NewEnergy, Inc.
Coöperatieve Rabobank U.A.
  (Administrative Agent)
Cooperatieve Rabobank U.A., New York
  Branch
CT Corporation - McMahon, Daniel P.
Cumberland Farms
CVS/Caremark Corp
Dairy Marketing Services LLC
Davis Polk & Wardell LLP
Dean Foods - LeMars (in IA, NE)
Dean Foods Central Ice Cream (in IN)
Dean Foods Chemung Harvard IL Ovf
Dean Foods Company
Dean Foods Company of Indiana, LLC (in
  IN)
Dean Foods Foundation
Dean Foods Gandys Lubbock TX Ovf
Dean Foods Holding Company (PA, WA)
Dean Foods Lol Woodbury MN OVF
Dean Foods Management, LLC (OH)
Dean Foods Model Dairy Reno NV OVF
Dean Foods National Warehouse (in CO)
Dean Foods North Central, LLC
Dean Foods of Decatur (in IN)
Dean Foods of Wisconsin, LLC
Dean Foods Services, LLC (MN, NE, ND,
  TX, IL, MI)
Delaware Trust Company - (Primary
  Contact: Alan R. Halpern)

Delmarva Power & Light Company
Deloitte & Touche LLP
Deloitte Consulting LLP
Deseret Trust Company
Dimensional Fund Advisors L.P.
Dollar General
Duke Energy Carolinas, LLC
Duke Energy Florida, LLC
Duke Energy Indiana, LLC
Duke Energy Progress, LLC
DuPont de Nemours, Inc.
Eagle Bank and Trust
East West Bank
Ecolab Inc.
Endurance American Insurance Company
Ensign Peak Advisors, Inc.
Epiq Corporate Restructuring, LLC
Ernst & Young LLP
Euroclear Bank - Asia (Other)
Euroclear Bank - Austria
Euroclear Bank - Belgium
Euroclear Bank - Canada
Euroclear Bank - Cyprus
Euroclear Bank - France
Euroclear Bank - Germany
Euroclear Bank - Israel
Euroclear Bank - Jersey C.I.
Euroclear Bank - Liechtenstein
Euroclear Bank - Luxemburg
Euroclear Bank - Netherlands
Euroclear Bank - Other
Euroclear Bank - Panama
Euroclear Bank - Russia
Euroclear Bank - Sweden
Euroclear Bank - Switzerland
Euroclear Bank - United Kingdom
Euroclear Bank - United States
Everest Indemnity Insurance Company
Everest National Insurance Company
Exxonmobil Chemical Co.
Factory Mutual Insurance Company
Family Dollar
Federal Insurance Company ("CHUBB")
Fifth Third Bank
Fifth Third Equipment Finance
Florida Power & Light Company

Friendly's Ice Cream Holdings Corp.
Friendly's Manufacturing and Retail, LLC
Gallagher Bassett Services
General Mills Finance Inc.
General Security Indemnity Co. of Arizona
Georgia Pacific Corrugated
Georgia Power Company
Giant Eagle Inc.
Goldman Sachs Asset Management, L.P.
  (U.S.)
Grant Thornton
Great American Insurance Company
Hamilton CAD
Harris County
HCL America Inc.
HCL Technologies Ltd
HSBC Private Bank (Suisse) SA
IAM National Pension Fund
IBM Corp.
IBM Credit LLC
Illinois National Insurance Co.
Illinois Union Insurance Company
Indemnity Insurance Co of North America
Ineos Olefins & Polymers USA
ING Capital LLC
Ingredion Inc.
International Brotherhood of Teamsters
International Paper
Interstate Fire & Casualty Co.
Intl Union of Operating Engineers
Invesco Capital Management, LLC
J.P. Morgan Investment Management, Inc.
J.P. Morgan Securities, LLC
Jefferson County
Joint Council of Teamsters 3
Key Equipment Finance
KeySpan Energy Delivery Long Island
Knighthead Capital Management, LLC
Liberty Mutual Insurance Company
Liberty Mutual Insurance Europe SE
Liberty Specialty Markets Bermuda Limited
Logan Circle Partners, L.P.
Manulife Asset Management (U.S.), LLC
Marsh USA Inc.
Massachusetts Electric Company
MB Equipment Finance, LLC

Mellon Investments Corporation
Mercedes Benz Financial Serv
Mercedes-Benz Financial Services USA
  LLC d/b/a Daimler Truck Financial
Mercer USA Inc.
Metlife Investment Advisors, LLC
Microsoft Corporation
Miller Buckfire & Co. LLC
Momentive Specialty Chemicals Inc.
Monongahela Power Company
Montgomery County
Morgan Stanley & Co. LLC
Morgan Stanley Investment Management
  Inc.
Mudrick Capital
Navigators Insurance Company
Nestle USA Inc.
New England Teamsters & Trucking
New Jersey Department of Environmental
  Protection
NFIP
Niagara Mohawk Power Corporation
Nieuw Amsterdam Receivables
Nomura Securities International, Inc.
Norton Rose Fulbright US LLP
NStar Electric Company, Eastern
  Massachusetts
NStar Electric Company, Western
  Massachusetts
NYS Teamsters Pension & Retirement Fund
Ohio Bureau of Workers' Compensation
Ohio Edison Company
Old Republic Insurance Company
OPEIU
Oracle America, Inc.
Paloma Securities LLC
PECO Energy Company
Pennsylvania Electric Company
Pension Benefit Guaranty Corporation
Pepsico
PNC Bank, National Association
PNC Equipment Leasing, LLC
PricewaterhouseCoopers LLP
Princeton Excess & Surplus Lines Ins. Co.
QBE Specialty
Realty Income Corporation

3

Regions Bank
Regions Equipment Finance Corporation
Safeway Inc.
Safra Securities, LLC
San Diego Gas and Electric Company
Santander Bank NA
Scotia Capital (USA), Inc.
SG Americas Securities, LLC
Siemens Financial Services, Inc.
Sodexo Operations, LLC
Sovereign (Santander Bank)
Starbucks
Starr Companies
State Street Global Advisors (SSgA)
Stifel, Nicolaus & Company, Inc.
SunTrust Equipment Finance
Suntrust Equipment Finance & Leasing
  Corp.
Supervalu Inc./HQ
Sysco
Target Corp.
Teamster Health & Welfare Fund PA
Teamsters Benefit Trust
Teamsters Chauffeurs Warehousemen
Teamsters Health & Welfare Fund
Teamsters Joint Council #83 of VA
Teamsters Local Union 331
Teamsters Local Union 639
Teamsters Local Union 886
Teamsters Local Union 639 Employers Hlth
Teamsters Miscellaneous Security
Teamsters Security Fund
Tennessee Valley Authority
Texas Bank and Trust Company
Texas Comptroller of Public Accounts
The Bank of New York Mellon Trust
  Company, N.A.
The Kroger Co.

The Vanguard Group, Inc.
TIAA Commercial Finance (formerly
  EverBank Commercial Finance, Inc.)
Travelers Casualty and Surety Company of
  America
Travelers Indemnity Co.
Travelers Insurance Company Ltd.
Travelers Property Casualty Company of
  America
Travelers Casualty and Surety Company of
  America
Tropicana Chilled DSD
UBS Securities, LLC
UFCW Industry Pension Fund
United States Department of Agriculture
United States of America
UnitedHealthcare Insurance Company
Uptown Cityplace LLC
US Foodservice
Velocity*
Virginia Electric and Power Company d/b/a
  Dominion Energy Virginia
Voya Investment Management, LLC
Wal-Mart Stores/HQ
Wells Fargo
Wells Fargo Equipment Finance, Inc.
Wells Fargo Pa Receipts
Wells Fargo (formerly GE CF Trust)
Wells Fargo (formerly GE TF Trust)
Westchester Fire Insurance Company
Whitebox Advisors, LLC
Williams, David*
XL Catlin Bermuda
XL Insurance America, Inc.
XL Insurance Company SE
XL Specialty Insurance Company
Zurich American Insurance Company

<u>Schedule 4</u>

**Schedule of Searched Parties that are Currently Serving, or Have in the Past Served, on Other Informal and/or Official Creditors' Committees Represented by Akin Gump**

ACF FinCo I L.P.
Advent Capital Management, LLC
AllianceBernstein, L.P. (U.S.)
Ares Risk Management
Ascribe Capital, LLC
Aurelius
Banc of America
Banc of America Leasing
Banc of America Leasing & Capital, LLC
BlackRock Advisors, LLC
BlackRock Fund Advisors
Carlson Capital, L.P.
CIT Northbridge Funding I LLC
Citizens Asset Finance Inc.
Citizens Bank, N.A.
CNA Insurance
Commonwealth Edison Company
Computershare Inc.
Continental Casualty Company
CVS/Caremark Corp
Delaware Trust Company - (Primary
   Contact: Alan R. Halpern)
DuPont de Nemours, Inc.
Ernst & Young LLP
Farmstead
Goldman Sachs Asset Management, L.P.
   (U.S.)
HSBC Private Bank (Suisse) SA
Illinois National Insurance Co.
International Brotherhood of Teamsters
Invesco Capital Management, LLC
J.P. Morgan Investment Management, Inc.
J.P. Morgan Securities, LLC
Knighthead Capital Management, LLC

Liberty Mutual Insurance Company
Liberty Mutual Insurance Europe SE
Liberty Specialty Markets Bermuda Limited
Manulife Asset Management (U.S.), LLC
Mellon Investments Corporation
Metlife Investment Advisors, LLC
Morgan Stanley & Co. LLC
Morgan Stanley Investment Management
   Inc.
Mudrick Capital
Nomura Securities International, Inc.
Pension Benefit Guaranty Corporation
Phoenix Investment Advisors
Siemens Financial Services, Inc.
State Street Global Advisors (SSgA)
Stone Harbor Investment Partners, L.P.
SunTrust Equipment Finance
Suntrust Equipment Finance & Leasing
   Corp.
The Bank of New York Mellon Trust
   Company, N.A.
TIAA Commercial Finance (formerly
   EverBank Commercial Finance, Inc.)
UBS Securities, LLC
US Foodservice
Voya Investment Management, LLC
Wells Fargo
Wells Fargo (formerly GE CF Trust)
Wells Fargo (formerly GE TF Trust)
Wells Fargo Equipment Finance, Inc.
Wells Fargo Pa Receipts
Whitebox Advisors, LLC
WS Packaging Group