IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SOUTHERN FOODS GROUP, LLC, *et al.*, | ) | Case No. 19-36313 (DRJ) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | |

### DEBTORS' NOTICE OF CANCELED MARCH 10, 2020 HEARING
[Relates to Dkt. Nos. 896 & 990]

**PLEASE TAKE NOTICE** that on February 10, 2020, the Ad Hoc Group of Equity Shareholders ("**Movant**") filed Movant's *Motion for an Order Appointing an Equity Committee* (the "**Motion**"), at Dkt. No. 996.

**PLEASE TAKE FURTHER NOTICE** that the Motion was set for hearing on March 10, 2020, at 2:00 PM CST (the "**Hearing**") before the Honorable David R. Jones, United States Bankruptcy Judge, Courtroom 400, 515 Rusk, Houston, TX 77002.

**PLEASE TAKE FURTHER NOTICE** that on February 24, 2020, Movant withdrew the Motion, at Dkt. No. 990.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: Southern Foods Group, LLC (1364); Dean Foods Company (9681); Alta-Dena Certified Dairy, LLC (1347); Berkeley Farms, LLC (8965); Cascade Equity Realty, LLC (3940); Country Fresh, LLC (6303); Dairy Information Systems Holdings, LLC (9144); Dairy Information Systems, LLC (0009); Dean Dairy Holdings, LLC (9188); Dean East II, LLC (9192); Dean East, LLC (8751); Dean Foods North Central, LLC (7858); Dean Foods of Wisconsin, LLC (2504); Dean Holding Company (8390); Dean Intellectual Property Services II, Inc. (3512); Dean International Holding Company (9785); Dean Management, LLC (7782); Dean Puerto Rico Holdings, LLC (6832); Dean Services, LLC (2168); Dean Transportation, Inc. (8896); Dean West II, LLC (9190); Dean West, LLC (8753); DFC Aviation Services, LLC (1600); DFC Energy Partners, LLC (3889); DFC Ventures, LLC (4213); DGI Ventures, Inc. (6766); DIPS Limited Partner II (7167); Franklin Holdings, Inc. (8114); Fresh Dairy Delivery, LLC (2314); Friendly's Ice Cream Holdings Corp. (7609); Friendly's Manufacturing and Retail, LLC (9828); Garelick Farms, LLC (3221); Mayfield Dairy Farms, LLC (3008); Midwest Ice Cream Company, LLC (0130); Model Dairy, LLC (7981); Reiter Dairy, LLC (3675); Sampson Ventures, LLC (7714); Shenandoah's Pride, LLC (2858); Steve's Ice Cream, LLC (6807); Suiza Dairy Group, LLC (2039); Tuscan/Lehigh Dairies, Inc. (6774); Uncle Matt's Organic, Inc. (0079); and Verifine Dairy Products of Sheboygan, LLC (7200). The debtors' mailing address is 2711 North Haskell Avenue, Suite 3400, Dallas, TX 75204.

99523758.1

**PLEASE TAKE FURTHER NOTICE** that the Hearing has been canceled.

Dated: March 4, 2020
Houston, Texas

    Respectfully submitted,

    **NORTON ROSE FULBRIGHT US LLP**

    */s/ William R. Greendyke*
    William R. Greendyke (SBT 08390450)
    Jason L. Boland (SBT 24040542)
    Robert B. Bruner (SBT 24062637)
    Julie Goodrich Harrison (SBT 24092434)
    1301 McKinney Street, Suite 5100
    Houston, Texas 77010-3095
    Tel.: (713) 651-5151
    Fax: (713) 651-5246
    william.greendyke@nortonrosefulbright.com
    jason.boland@nortonrosefulbright.com
    bob.bruner@nortonrosefulbright.com
    julie.harrison@nortonrosefulbright.com

    -and-

    **DAVIS POLK & WARDWELL LLP**

    Brian M. Resnick (admitted *pro hac vice*)
    Steven Z. Szanzer (admitted *pro hac vice*)
    Nate Sokol (admitted *pro hac vice*)
    Daniel E. Meyer (admitted *pro hac vice*)
    450 Lexington Avenue
    New York, New York 10017
    Tel.: (212) 450-4000
    Fax: (212) 701-5800
    brian.resnick@davispolk.com
    steven.szanzer@davispolk.com
    nathaniel.sokol@davispolk.com
    daniel.meyer@davispolk.com

    *Counsel to the Debtors and Debtors in Possession*

99523758.1