**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| _____ | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SOUTHERN FOODS GROUPS, LLC, *et al.*, | ) | Case No. 19-36313 (DRJ) |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |
| _____ | ) | |

**NOTICE OF BIDS**
[Relates to Dkt Nos. 925 & 1178]

_____

**PLEASE TAKE NOTICE** that, on March 19, 2020, the United States Bankruptcy Court for the Southern District of Texas entered the *Order (I) Approving Bidding Procedures for Sale of Debtors' Assets, (II) Scheduling Hearing to Approve Sale of Debtors' Assets, (III) Approving Form and Manner of Notices of Sale and Sale Hearing, (IV) Approving Assumption and Assignment Procedures, and (V) Granting Related Relief* [D.I. 1178] (the "**Bidding Procedures Order**")[2].

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows:  Southern Foods Group, LLC (1364); Dean Foods Company (9681); Alta-Dena Certified Dairy, LLC (1347); Berkeley Farms, LLC (8965); Cascade Equity Realty, LLC (3940); Country Fresh, LLC (6303); Dairy Information Systems Holdings, LLC (9144); Dairy Information Systems, LLC (0009); Dean Dairy Holdings, LLC (9188); Dean East II, LLC (9192); Dean East, LLC (8751); Dean Foods North Central, LLC (7858); Dean Foods of Wisconsin, LLC (2504); Dean Holding Company (8390); Dean Intellectual Property Services II, Inc. (3512); Dean International Holding Company (9785); Dean Management, LLC (7782); Dean Puerto Rico Holdings, LLC (6832); Dean Services, LLC (2168); Dean Transportation, Inc. (8896); Dean West II, LLC (9190); Dean West, LLC (8753); DFC Aviation Services, LLC (1600); DFC Energy Partners, LLC (3889); DFC Ventures, LLC (4213); DGI Ventures, Inc. (6766); DIPS Limited Partner II (7167); Franklin Holdings, Inc. (8114); Fresh Dairy Delivery, LLC (2314); Friendly's Ice Cream Holdings Corp. (7609); Friendly's Manufacturing and Retail, LLC (9828); Garelick Farms, LLC (3221); Mayfield Dairy Farms, LLC (3008); Midwest Ice Cream Company, LLC (0130); Model Dairy, LLC (7981); Reiter Dairy, LLC (3675); Sampson Ventures, LLC (7714); Shenandoah's Pride, LLC (2858); Steve's Ice Cream, LLC (6807); Suiza Dairy Group, LLC (2039); Tuscan/Lehigh Dairies, Inc. (6774); Uncle Matt's Organic, Inc. (0079); and Verifine Dairy Products of Sheboygan, LLC (7200). The debtors' mailing address is 2711 North Haskell Avenue, Suite 3400, Dallas, TX 75204.

[2] Capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that, as required in the Bidding Procedures Order, the Debtors hereby file copies of the following bids that the Debtors received pursuant to the Bidding Procedures Order:

| No. | Bidder | Bid Asset(s) |
|---|---|---|
| 1. | 320 Broadway Partners | All of Sellers' interests and rights in and to all leases concerning certain parcels of real estate located at 112 15th Avenue N, 1401 Church Street, 132 15th Avenue N, 15th Avenue N, all located in Nashville, Tennessee |
| 2. | BSC Ventures, LLC | Real property located in the State of Hawaii owned in fee simple by the Debtors located at: 925 Cedar Street, Honolulu, Hawaii 1302 Elm Street, Honolulu, Hawaii 824 Sheridan Street, Honolulu, Hawaii 55 S. Wakea avenue, Kahului, Hawaii 1841 Leleiona Street, Lihue, Hawaii A statewide truck fleet consisting of 102 trucks |
| 3. | California Dairies Inc. | Substantially all of the assets, owned or leased, and used in connection with (i) the two dairy processing plants located in City of Industry, California and (ii) the distribution depots located in San Diego, California, Anaheim, California, Oxnard, California, and North Palm Springs, California |
| 4. | Commercial Development Company | Model Dairy, LLC assets in Reno, N.V. |
| 5. | Country Delight | All assets associated with the following facilities: Chemung – Dean Foods, 6303 Maxon road, Harvard, Illinois 60033 Rockford – Dean Foods, 1126 Kilburn Avenue, Rockford, Illinois 61101 De Pere – Dean Foods of WI, 3399 South Ridge Road, Ashwaubenon, Wisconsin 54115 |
| 6. | Cream-O-Land Dairies, LLC | McArthur facility and all associated assets, Fort Myers Facility and all associated assets, and the West Palm Beach Leasehold interest |
| 7. | Dairy Farmers of America, Inc. | Assets, rights, interests, and properties relating to facilities in: Athens, Tennessee Albuquerque, New Mexico |

| | | |
|---|---|---|
| | | Belvidere, Illinois<br>Billings, Montana<br>Birmingham, Alabama<br>Boise, Idaho<br>Burlington, New Jersey<br>City of Industry (North), California<br>City of Industry (South), California<br>Dallas, Texas<br>Decatur, Indiana<br>De Pere, Wisconsin<br>El Paso, Texas<br>Englewood, Colorado<br>Franklin, Massachusetts<br>Grand Rapids, Michigan<br>Great Falls, Montana<br>Greely, Colorado<br>Harvard, Illinois<br>High Point, North Carolina<br>Houston, Texas<br>Huntington, Indiana<br>Lansdale, Pennsylvania<br>Las Vegas, Nevada<br>Lebanon, Pennsylvania<br>Le Mars, Iowa<br>Lubbock, Texas<br>Marquette, Michigan<br>Nashville, Tennessee (two plants)<br>Orlando and Orange City, Florida<br>Rensselaer, New York<br>Rockford, Illinois<br>Salt Lake City, Utah<br>San Antonio, Texas<br>Schuykill, Pennsylvania<br>Sharpsville, Pennsylvania<br>St. George, Utah<br>Spartanburg, South Carolina<br>Springfield, Ohio<br>Toledo, Ohio<br>Wilbraham, Massachusetts<br>Winston-Salem, North Carolina<br>For the avoidance of doubt, the Dairy Farmers of America, Inc. bid excludes those assets related to the Good Karma, Franklin Plastics, Uncle Matt's Organic, and the Digester JV Business |
| 8. | Darigold, Inc. | One, two, or all three of the assets of the |

| | | |
|---|---|---|
| | | Debtors located in Billings, Montana, Boise, Idaho, and/or Salt Lake City, Utah |
| 9. | F&J Developers, LLC | Properties located in Orlando, Florida |
| 10. | Golden West Dairy, LLC | All plants, offices, and manufacturing, processing, distribution, storage, warehousing and other facilities of Debtors at the following facilities:<br>Lubbock – Gandy's, 201 University Avenue, Lubbock, Texas 79415<br>El Paso – Price's Creameries, 600 North Piedras Street, El Paso, Texas 79903<br>Albuquerque – Creamland Dairy, 1911 2nd Street Northwest, Albuquerque, New Mexico 87102 |
| 11. | GRM Acquisition Corp. | McArthur facility and associated assets |
| 12. | Harmoni, Inc. | All assets, rights, and properties in connection with or relating to the business of manufacturing, marketing, distribution, and selling of "Uncle Matt's Organic" – branded juice products and popsicles. |
| 13. | Hines Interests Limited Partnership and Oaktree Capital Management, L.P. | Real estate of Berkeley Farms located in Hayward, California |
| 14. | Hollandia Dairy, Inc. | Certain of the assets and real property of the Debtors' facility located at Alta Dena Dairy, 17851 Railroad Street, City of Industry, CA 91748 |
| 15. | IC Frozen Holdings, LLC (Peak Rock) | Certain of the Debtors' facilities located in Birmingham, Alabama, Belvidere, Illinois, and Decatur, Indiana |
| 16. | Industrial Realty Group, LLC | Certain of Debtors' real estate properties in California, Hawaii, Florida, Nevada, Minnesota, Mississippi, Kentucky, South Dakota, North Dakota, Ohio, West Virginia, Kansas, Oklahoma, Michigan, Louisiana, and Illinois |
| 17. | LBA, Inc. | Real estate of Berkeley Farms located at 25450 Clawiter Road, Hayward, CA |
| 18. | Leder Holdings, LLC | Real estate located in Miami, Florida, at:<br>6851 NE 2nd Avenue<br>249 NE 69th Street<br>6999 NE 2nd Avenue<br>250 NE 72nd Street<br>240 NE 71st Street<br>295 NE 70th Street |
| 19. | LiquiDairy, LLC | All assets associated with the Debtors' |

4

| | | |
|---|---|---|
| | | facilities in Marietta, Ohio, O'Fallon, Illinois, Woodbury, Minnesota, Bismarck, North Dakota, Sioux Falls, South Dakota, Tulsa, Oklahoma, Birmingham, Alabama, Hammond, Louisiana, Miami, Florida, Reno, Nevada, Hayward, California |
| 20. | Mana Saves McArthur, LLC | McArthur dairy processing plant and distribution centers |
| 21. | Maryland and Virginia Milk Producers Cooperative Association, Inc. | Milk Processing plant and all related real estate and other assets located at High Point, NC with an address of 1350 West Fairfield, High Point, NC 27263<br>Current Lease(s) for the branch facility located at Chesapeake, VA with an address of 916 Cavalier Boulevard, Chesapeake, VA 23223 |
| 22. | Morris Hill, LLC | Land located at 1301 W Bannock Boise, ID 83702 |
| 23. | OP Church Street Property, LLC | Several parcels of land located in Nashville, Tennessee, including:<br>1401 Church Street, Nashville, Tennessee<br>225 14th Avenue North, Nashville, Tennessee<br>221 14th Avenue North, Nashville, Tennessee<br>219 14th Avenue North, Nashville, Tennessee<br>132 15th Avenue North, Nashville, Tennessee<br>112 15th Avenue North, Nashville, Tennessee |
| 24. | Palatine Cheese of New York, LLC | All assets of the Debtors' facility located at 504 3rd Avenue Ext, Rensselaer, New York |
| 25. | Plains Dairy, L.L.C. | Certain assets used in the dairy processing, packaging, and distribution business associated with the "Gandy's" brand located around Lubbock, Texas, and associated with the "Creamland" brand located around Albuquerque, Mexico |
| 26. | Prairie Farms Dairy, Inc. | All assets, rights, interests, and properties relating to the following facilities:<br>Birmingham, Alabama, Tulsa, Oklahoma, Sioux Falls, South Dakota, Bismark, North Dakota, Woodbury, Minnesota, Marietta, Ohio, O'Fallon, Illinois, Hammond, Louisiana, Akron, Ohio, and Livonia, Michigan.<br>Customer list related to the facility located at Louisville, Kentucky |
| 27. | Producers Dairy Foods | Trademark for the Berkeley Farms business Facilities located in Reno and Las Vegas, |

| | | |
|---|---|---|
| | | Nevada |
| 28. | Riverstone Capital Group | Real Estate properties located in Miami, Florida at:<br>250 NE 72 Street<br>240 NE 71 Street<br>295 NE 70 Street<br>6999 NE 2nd Avenue<br>249 NE 69 Street<br>6851 NE 2nd Avenue |
| 29. | T2 Operating Co. Inc. | Parcel of land located at 25450-25500 Clawiter Road, Hayward, California 94545 |
| 30. | Tarlton Properties, Inc. | The real estate located at 25450-25500 Clawiter Road, Hayward, CA 94545 |
| 31. | Turner Dairy Farms, Inc. | Debtors' facilities in Sharpsville, Pennsylvania, including the remnants of the Debtors' former Erie, Pennsylvania operations |
| 32. | Twenty Lake Management, LLC | All real estate assets located at:<br>1302 Elm Street, Honolulu, Hawaii<br>55 S Wakea Avenue, Kahului, Hawaii<br>1841 Leleiona Street, Lihue, Hawaii<br>25599 Clawiter Road, Hayward, California<br>6851 NE 2nd Avenue, Miami, Florida<br>619 E State Street, Ofallon, Illinois<br>126 Barber CT, Homewood, Alabama<br>2407 1st Avenue South, Irondale, Alabama<br>7960 Schillinger Park Road, Mobile, Alabama<br>65 Choctaw, Havana, Florida<br>1930 Wooddale Drive, Woodbury, Minnesota<br>1207 E Main Avenue, Bismark, North Dakota<br>506 1st Street West, Williston, North Dakota<br>2103 5th Avenue N, Moorhead, Minnesota<br>500 Gould Street, Reno, Nevada<br>47081 Conrad E. Anderson, Hammond, Louisiana<br>11100 Three Rivers Road, Gulfport, Mississippi<br>1701 Green Street, Marietta, Ohio<br>1931 Washington Street, Charleston, West Virginia<br>Route 2, Box 354, Clarksburg, West Virginia<br>1415 W Waterloo Road, Akron, Ohio<br>215 W Mathew Brady St N, Tulso, |

|  |  | Oklahoma<br>216 N Handley Drive, Wichita, Kansas<br>316 N Western Avenue, Oklahoma City, Oklahoma<br>1200 Russell St, Sioux Falls, South Dakota |
|---|---|---|
| 33. | Spieker Keech Cabot a California LLC | Parcel of land located 25450 Cabot Road, Hayward, CA |
| 34. | United Dairy, Inc. | The following owned real property and related owned facilities of the Debtors: the entire Marietta plant generally located at 1701 Greene Street, Marietta, OH 45750; the entire distribution depot and related facilities generally located at 1931 Washington Street, Charleston, WV 25312; the entire distribution depot and related facilities generally located at Route 2, Nox 354, Clarksbury, WV 26301. |
| 35. | Upstate Niagara Cooperative, Inc. | The parcel of land located at 504 3rd Avenue, Renssaelaer, New York, 12144 and the land located in Sharpsville, Pennsylvania |

**PLEASE TAKE FURTHER NOTICE** that copies of the Bidding Procedures Order, this Notice of Bids, and any other related documents filed with the Court are available free of charge on the Debtors' case information website, located at *https://dm.epiq11.com/SouthernFoods* or can be requested by email at DeanInfo@epiqglobal.com.

Dated:    March 30, 2020
          Houston, Texas

Respectfully submitted,

**NORTON ROSE FULBRIGHT US LLP**

*/s/ William R. Greendyke*
William R. Greendyke (SBT 08390450)
Jason L. Boland (SBT 24040542)
Robert B. Bruner (SBT 24062637)
Julie Goodrich Harrison (SBT 24092434)
1301 McKinney Street, Suite 5100
Houston, Texas 77010-3095
Tel.:  (713) 651-5151
Fax:  (713) 651-5246
william.greendyke@nortonrosefulbright.com
jason.boland@nortonrosefulbright.com
bob.bruner@nortonrosefulbright.com
julie.harrison@nortonrosefulbright.com

*-and-*

**DAVIS POLK & WARDWELL LLP**

Brian M. Resnick (admitted *pro hac vice*)
Elliot Moskowitz (admitted *pro hac vice*)
Steven Szanzer (admitted *pro hac vice*)
Nate Sokol (admitted *pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Tel.: (212) 450-4000
Fax: (212) 701-5800
brian.resnick@davispolk.com
elliot.moskowitz@davispolk.com
steven.szanzer@davispolk.com
nathaniel.sokol@davispolk.com

*Counsel to the Debtors and Debtors in Possession*