# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SOUTHERN FOODS GROUP, LLC, *et al.*, | ) | Case No. 19-36313 (DRJ) |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |

## NOTICE OF ENTRY OF ORDER CONFIRMING THE JOINT CHAPTER 11 PLAN OF LIQUIDATION OF SOUTHERN FOODS GROUP, LLC, DEAN FOODS COMPANY, AND THEIR DEBTOR AFFILIATES

**PLEASE TAKE NOTICE** that, on March 17, 2021, the United States Bankruptcy Court for the Southern District of Texas entered the *Findings of Fact, Conclusions of Law, and Order Confirming the First Amended Joint Plan of Liquidation of Southern Foods Group, LLC, Dean Foods Company, and Their Debtor Affiliates* [D.I. 3565] (the "**Confirmation Order**").

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: Southern Foods Group, LLC (1364); Dean Foods Company (9681); Alta-Dena Certified Dairy, LLC (1347); Berkeley Farms, LLC (8965); Cascade Equity Realty, LLC (3940); Country Fresh, LLC (6303); Dairy Information Systems Holdings, LLC (9144); Dairy Information Systems, LLC (0009); Dean Dairy Holdings, LLC (9188); Dean East II, LLC (9192); Dean East, LLC (8751); Dean Foods North Central, LLC (7858); Dean Foods of Wisconsin, LLC (2504); Dean Holding Company (8390); Dean Intellectual Property Services II, Inc. (3512); Dean International Holding Company (9785); Dean Management, LLC (7782); Dean Puerto Rico Holdings, LLC (6832); Dean Services, LLC (2168); Dean Transportation, Inc. (8896); Dean West II, LLC (9190); Dean West, LLC (8753); DFC Aviation Services, LLC (1600); DFC Energy Partners, LLC (3889); DFC Ventures, LLC (4213); DGI Ventures, Inc. (6766); DIPS Limited Partner II (7167); Franklin Holdings, Inc. (8114); Fresh Dairy Delivery, LLC (2314); Friendly's Ice Cream Holdings Corp. (7609); Friendly's Manufacturing and Retail, LLC (9828); Garelick Farms, LLC (3221); Mayfield Dairy Farms, LLC (3008); Midwest Ice Cream Company, LLC (0130); Model Dairy, LLC (7981); Reiter Dairy, LLC (3675); Sampson Ventures, LLC (7714); Shenandoah's Pride, LLC (2858); Steve's Ice Cream, LLC (6807); Suiza Dairy Group, LLC (2039); Tuscan/Lehigh Dairies, Inc. (6774); Uncle Matt's Organic, Inc. (0079); and Verifine Dairy Products of Sheboygan, LLC (7200). The debtors' mailing address is 2711 North Haskell Avenue, Suite 3400, Dallas, TX 75204.

**PLEASE TAKE FURTHER NOTICE** that you may obtain copies of the Confirmation Order and related documents from (a) Epiq Corporate Restructuring, LLC at no charge by (i) accessing the Debtors' restructuring website at *https://dm.epiq11.com//southernfoods*, (ii) writing to Southern Foods Group, LLC formerly d/b/a Dean Foods - Ballot Processing, c/o Epiq Corporate Restructuring LLC, 10300 SW Allen Boulevard, Beaverton, OR 97005, (iii) emailing deaninfo@epiqglobal.com, or (iv) telephone at (833) 935-1362 (toll-free) or (503) 597-7660 (if calling from outside the U.S. or Canada) or (b) for a fee via PACER at *http://www.txs.uscourts.gov*.

*[Remainder of page intentionally blank]*

Dated: March 18, 2021  
Houston, Texas

        Respectfully submitted,

        **NORTON ROSE FULBRIGHT US LLP**

        */s/ William R. Greendyke*
        William R. Greendyke (SBT 08390450)  
        Jason L. Boland (SBT 24040542)  
        Robert B. Bruner (SBT 24062637)  
        Julie Goodrich Harrison (SBT 24092434)  
        1301 McKinney Street, Suite 5100  
        Houston, Texas 77010-3095  
        Tel.:  (713) 651-5151  
        Fax:  (713) 651-5246  
        william.greendyke@nortonrosefulbright.com  
        jason.boland@nortonrosefulbright.com  
        bob.bruner@nortonrosefulbright.com  
        julie.harrison@nortonrosefulbright.com

        *-and-*

        **DAVIS POLK & WARDWELL LLP**

        Brian M. Resnick (admitted *pro hac vice*)  
        Steven Z. Szanzer (admitted *pro hac vice*)  
        Nate Sokol (admitted *pro hac vice*)  
        Omer Netzer (admitted *pro hac vice*)  
        450 Lexington Avenue  
        New York, New York 10017  
        Tel.: (212) 450-4000  
        Fax: (212) 701-5800  
        brian.resnick@davispolk.com  
        steven.szanzer@davispolk.com  
        nathaniel.sokol@davispolk.com  
        omer.netzer@davispolk.com

        *Counsel to the Debtors and Debtors in Possession*