**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

---------------------------------------------------------
                                                        :
*In re:*                                                : Chapter 11
                                                        : Case No. 19-36313 (DRJ)
Southern Foods Group, LLC, *et al.,*[1]                 : Jointly Administered
                                                        :
                    Debtors.                            : **Objection Deadline: April 28, 2021 at 5:00 p.m. (CT)**
                                                        : **Hearing Date: Scheduled only as necessary**
---------------------------------------------------------

**SUMMARY SHEET FOR FIFTH INTERIM FEE APPLICATION OF BERKELEY
RESEARCH GROUP, LLC FOR ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL
ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
DURING THE PERIOD FROM DECEMBER 1, 2020 THROUGH FEBRUARY 28, 2021**

| | |
|---|---|
| **Name of Applicant:** | Berkeley Research Group, LLC ("BRG") |
| **Applicant's Role in Case:** | Financial Advisor for the Official Committee of Unsecured Creditors (the "Committee") |
| **Date Order of Employment Signed:** | March 4, 2020 effective *nunc pro tunc* to December 6, 2019 [Docket No. 1040] |
| **Periods for which Compensation and Reimbursement is Sought:** | December 1, 2020 through February 28, 2021 (the "Fifth Interim Period") |
| **Time period(s) covered by prior Applications:** | 12/6/2019 through 2/29/2020<br>3/1/2020 through 5/31/2020<br>6/1/2020 through 8/31/2020<br>9/1/2020 through 11/30/2020 |

---

[1] The Debtors in these Cases, along with the last four digits of each Debtor's federal tax identification number, are: Southern Foods Group, LLC (1364); Dean Foods Company (9681); Alta- Dena Certified Dairy, LLC (1347); Berkeley Farms, LLC (8965); Cascade Equity Realty. LLC (3940); Country Fresh, LLC (6303); Dairy Information Systems Holdings, LLC (9144); Dairy Information Systems, LLC (0009); Dean Dairy Holdings, LLC (9188); Dean East II, LLC (9192); Dean East, LLC (8751); Dean Foods North Central, LLC (7858); Dean Foods of Wisconsin, LLC (2504); Dean Holding Company (8390); Dean Intellectual Property Services II, Inc. (3512); Dean International Holding Company (9785); Dean Management, LLC (7782); Dean Puerto Rico Holdings, LLC (6832); Dean Services, LLC (2168); Dean Transportation, Inc. (8896); Dean West II, LLC (9190); Dean West, LLC (8753); DFC Aviation Services, LLC (1600); DFC Energy Partners, LLC (3889); DFC Ventures, LLC (4213); DGI Ventures, Inc. (6766); DIPS Limited Partner II (7167); Franklin Holdings, Inc. (8114); Fresh Dairy Delivery, LLC (2314); Friendly's Ice Cream Holdings Corp. (7609); Friendly's Manufacturing and Retail, LLC (9828); Garelick Farms, LLC (3221); Mayfield Dairy Farms, LLC (3008); Midwest Ice Cream Company, LLC (0130); Model Dairy, LLC (7981); Reiter Dairy, LLC (3675); Sampson Ventures, LLC (7714); Shenandoah's Pride, LLC (2858); Steve's Ice Cream, LLC (6807); Suiza Dairy Group, LLC (2039); Tuscan/Lehigh Dairies, Inc. (6774); Uncle Matt's Organic, Inc. (0079); and Verifine Dairy Products of Sheboygan, LLC (7200).

| | |
|---|---|
| **Total amounts requested in all prior Applications:** | $2,797,664.35 |
| **Total amounts awarded in all prior Applications:** | $2,797,664.35 |
| **Total fees requested in the Fifth Interim Period:** | $164,366.50[2] |
| **Total professional fees requested in the Fifth Interim Period:** | $164,366.50 |
| **Total actual professional hours covered by the Fifth Interim Period:** | 265.2 |
| **Average hourly rate for professionals in the Fifth Interim Period:** | $619.78 |
| **Reimbursable expenses sought in the Fifth Interim Period:** | $0.00 |
| **Total to be Paid to Priority Unsecured Creditors:** | TBD |
| **Anticipated % Dividend to Priority Unsecured Creditors:** | <1% |
| **Total to be Paid to General Unsecured Creditors:** | TBD |
| **Anticipated % Dividend to General Unsecured Creditors:** | <1% |
| **Date of Confirmation Hearing:** | March 17, 2021 |
| **Indicate whether plan has been confirmed** | Yes |

---

[2] On December 30, 2020, BRG filed its *Notice of Customary Annual Rate Increase for Berkeley Research Group, LLC* [Docket No. 3309]. Pursuant to the Retention Order, BRG is to provide ten business days' notice before any increases in its rates are implemented. As such, BRG's 2021 rate change effective date is January 14, 2021. However, BRG's invoice reflects a rate change effective January 1, 2021. The amount of $164,366.50 reflects a reduction of $1,665.50 from the total invoiced amount of $166,032.00 to offset for the increased rates between January 1, 2021 and January 14, 2021.

**Southern Foods Group, LLC**

**Berkeley Research Group, LLC**

**Attachment C: Fees By Task Code**

For the Period 12/1/2020 through 2/28/2021



| Task Code | Hours | Fees |
|---|---|---|
| 01. Asset Acquisition/Disposition | 13.9 | $7,471.50 |
| 05. Professional Retention Fee Application Preparation | 21.9 | $4,101.50 |
| 06. Attend Hearings/Related Activities | 2.6 | $2,194.00 |
| 07. Interaction/Meetings with Debtors/Counsel | 4.2 | $3,164.50 |
| 08. Interaction/Meetings with Creditors | 4.0 | $3,963.00 |
| 09. Employee Issues/KEIP | 1.7 | $1,258.50 |
| 10. Recovery/SubCon/Lien Analysis | 113.9 | $71,026.00 |
| 11. Claim Analysis/Accounting | 12.6 | $7,698.00 |
| 19. Cash Flow/Cash Management Liquidity | 42.5 | $26,973.50 |
| 27. Plan of Reorganization/Disclosure Statement | 47.9 | $38,181.50 |
| **Total** | **265.2** | **$166,032.00** |
| **Rate Change Effective Date Adjustment** | | **($1,665.50)** |
| **Total Requested Fees** | | **$164,366.50** |
| **Blended Rate** | | **$619.78** |

Berkeley Research Group, LLC

Invoice for the 12/1/2020 - 2/28/2021 Period

**Southern Foods Group, LLC**

**Berkeley Research Group, LLC**

**Attachment B: Fees By Professional**

For the Period 12/1/2020 through 2/28/2021



| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| A. Jiang | Consultant | $465.00 | 67.7 | $31,480.50 |
| A. Jiang | Managing Consultant | $500.00 | 53.1 | $26,550.00 |
| C. Kearns | Managing Director | $1,095.00 | 2.2 | $2,409.00 |
| C. Kearns | Managing Director | $1,150.00 | 4.0 | $4,600.00 |
| J. Denenberg | Senior Associate | $385.00 | 4.4 | $1,694.00 |
| J. Esposito | Managing Director | $995.00 | 4.4 | $4,378.00 |
| M. Haverkamp | Case Manager | $260.00 | 0.3 | $78.00 |
| M. Haverkamp | Case Manager | $275.00 | 5.7 | $1,567.50 |
| N. Vazza | Case Assistant | $155.00 | 10.7 | $1,658.50 |
| R. Wright | Managing Director | $825.00 | 46.6 | $38,445.00 |
| R. Wright | Managing Director | $860.00 | 60.9 | $52,374.00 |
| V. Triana | Case Assistant | $150.00 | 1.7 | $255.00 |
| V. Triana | Case Assistant | $155.00 | 3.5 | $542.50 |
| **Total** | | | **265.2** | **$166,032.00** |
| **Rate Change Effective Date Adjustment** | | | | **($1,665.50)** |
| **Total Requested Fees** | | | | **$164,366.50** |
| **Blended Rate** | | | | **$619.78** |

Berkeley Research Group, LLC

Invoice for the 12/1/2020 - 2/28/2021 Period

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

-------------------------------------------------------------

|  |  |  |
|---|---|---|
|  | : |  |
| *In re:* | : | Chapter 11 |
|  | : | Case No. 19-36313 (DRJ) |
| Southern Foods Group, LLC, *et al.,* [1] | : | Jointly Administered |
|  | : |  |
| Debtors. | : | <u>Objection Deadline:</u> **April 28, 2021 at 5:00 p.m. (CT)** |
|  | : | <u>Hearing Date:</u> **Scheduled only as necessary** |

-------------------------------------------------------------

**FIFTH INTERIM FEE APPLICATION OF BERKELEY RESEARCH GROUP, LLC**
**FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS DURING THE**
<u>**PERIOD FROM DECEMBER 1, 2020 THROUGH FEBRUARY 28, 2021**</u>

**THIS APPLICATION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE APPLICATION, YOU SHOULD IMMEDIATELY CONTACT THE APPLICANT TO RESOLVE THE DISPUTE. IF YOU AND THE APPLICANT CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE APPLICANT. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 14 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE APPLICATION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE APPLICATION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE APPLICATION AT THE HEARING.**

---

[1] The Debtors in these Cases, along with the last four digits of each Debtor's federal tax identification number, are: Southern Foods Group, LLC (1364); Dean Foods Company (9681); Alta- Dena Certified Dairy, LLC (1347); Berkeley Farms, LLC (8965); Cascade Equity Realty. LLC (3940); Country Fresh, LLC (6303); Dairy Information Systems Holdings, LLC (9144); Dairy Information Systems, LLC (0009); Dean Dairy Holdings, LLC (9188); Dean East II, LLC (9192); Dean East, LLC (8751); Dean Foods North Central, LLC (7858); Dean Foods of Wisconsin, LLC (2504); Dean Holding Company (8390); Dean Intellectual Property Services II, Inc. (3512); Dean International Holding Company (9785); Dean Management, LLC (7782); Dean Puerto Rico Holdings, LLC (6832); Dean Services, LLC (2168); Dean Transportation, Inc. (8896); Dean West II, LLC (9190); Dean West, LLC (8753); DFC Aviation Services, LLC (1600); DFC Energy Partners, LLC (3889); DFC Ventures, LLC (4213); DGI Ventures, Inc. (6766); DIPS Limited Partner II (7167); Franklin Holdings, Inc. (8114); Fresh Dairy Delivery, LLC (2314); Friendly's Ice Cream Holdings Corp. (7609); Friendly's Manufacturing and Retail, LLC (9828); Garelick Farms, LLC (3221); Mayfield Dairy Farms, LLC (3008); Midwest Ice Cream Company, LLC (0130); Model Dairy, LLC (7981); Reiter Dairy, LLC (3675); Sampson Ventures, LLC (7714); Shenandoah's Pride, LLC (2858); Steve's Ice Cream, LLC (6807); Suiza Dairy Group, LLC (2039); Tuscan/Lehigh Dairies, Inc. (6774); Uncle Matt's Organic, Inc. (0079); and Verifine Dairy Products of Sheboygan, LLC (7200).

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY**

Berkeley Research Group, LLC ("BRG"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits its fifth interim fee application (the "Application") for an order pursuant to sections 105(a), 330 and 331 chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Southern District of Texas Local Bankruptcy Rules (the "Local Rules"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Interim Compensation Order"), entered December 20, 2019 [Docket No. 580] and the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330, effective January 30, 1996 (the "U.S. Trustee Guidelines") seeking the allowance of reasonable compensation for professional services rendered by BRG to the Committee during the period December 1, 2020 through February 28, 2021 (the "Fifth Interim Period").  In support of this Application, BRG represents as follows:

**JURISDICTION**

1. The United States Bankruptcy Court for the Southern District of Texas (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the Southern District of Texas*, dated May 24, 2012.  Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. The statutory bases for the relief requested herein are sections 105(a), 330, 331, and 503(b) of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Rule 2016-1.

**BACKGROUND**

3.        On November 12, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the Court.  The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in these cases.  These chapter 11 cases are being jointly administered pursuant to Bankruptcy Rule 1015(b) and the Court's order related thereto entered on November 12, 2019 [Docket No. 9].

4.        On November 22, 2019 (the "Formation Date"), the Office of the United States Trustee for the Southern District of Texas (the "U.S. Trustee") appointed seven of the Debtors' unsecured creditors to serve as members of the Committee [Docket No. 288]. The Committee is presently comprised of the following members: (i) Central States, Southeast and Southwest Areas Pension Fund; (ii) The Bank of New York Mellon Trust Company, N.A.; (iii) Pension Benefit Guaranty Corporation; (iv) Land O'Lakes, Inc.; (v) California Dairies, Inc.; and (vi) Select Milk Producers, Inc.[2]

5.        Following the Formation Date, on December 6, 2019 (the "Selection Date"), the Committee selected BRG to serve as its financial advisor.  The Committee has also selected Akin Gump Strauss Hauer & Feld LLP ("Counsel" or "Akin Gump") to serve as its counsel and Miller Buckfire & Co., LLC and Stifel, Nicolaus & Co., Inc. ("Miller Buckfire") to serve as its investment banker.

6.        On January 3, 2020, the Committee filed the *Application for Entry of an Order Authorizing the Retention and Employment of Berkeley Research Group, LLC as Financial*

---

[2] On December 15, 2020, Consolidated Container Company LP n/k/a Altium Packaging resigned from the Committee.

3

*Advisor to the Official Committee of Unsecured Creditors Nunc Pro Tunc to December 6, 2019* (the "Retention Application"). This Court entered an order, authorizing the retention of BRG as financial advisor to the Committee *nunc pro tunc* to December 6, 2019, on January 13, 2020 (the "Initial Retention Order"), which was then superseded by the Court's order authorizing BRG's retention filed on March 4, 2020 (the "Amended Retention Order") [Docket No. 1040].

## FEE PROCEDURES ORDER

7. On December 20, 2019, this Court signed the Interim Compensation Order. The Interim Compensation Order, among other things, authorizes monthly interim compensation and expense reimbursement to case professionals prior to the filing and approval of the interim fee applications. However, monthly interim compensation is limited to eighty percent (80%) of fees and one hundred percent (100%) of expenses upon notice to the Application Recipients (as defined in the Interim Compensation Order). The Interim Compensation Order further provides that each case professional shall file quarterly interim fee applications.

## SUMMARY OF FEE STATEMENTS

8. While the Interim Compensation Order provides for the filing of monthly fee statements, BRG chose not to submit monthly fee statements for the Fifth Interim Period.

## SUMMARY OF SERVICES RENDERED

9. BRG is a global strategic advisory and expert consulting firm that provides independent expert testimony, litigation and regulatory support, authoritative studies, strategic advice, advisory services relating to restructuring and turnaround, due diligence, valuation, and capital markets, and document and data analytics to major law firms, Fortune 500 corporations, government agencies, and regulatory bodies around the world. BRG has a wealth of experience in providing financial consulting in distressed scenarios and enjoys an excellent reputation for

services it has rendered in large and complex chapter 11 cases on behalf of debtors and creditors throughout the United States.

10.     Since being retained by the Committee, BRG has rendered professional services to the Committee as requested and as necessary and appropriate in furtherance of the interests of the unsecured creditors of the Debtors' estates.  BRG respectfully submits that the professional services that it rendered on behalf of the Committee were necessary and have directly benefited the creditor constituents represented by the Committee and have contributed to the effective administration of these cases.

11.     BRG submits that the interim fees applied for herein for professional services rendered in performing services for the Committee in this proceeding are fair and reasonable in view of the time spent, the extent of work performed, the nature of the Debtors' capitalization structure and financial condition, the Debtors' financial accounting resources and the results obtained. BRG's fees typically are based on the actual hours charged at BRG's standard hourly rates, which are in effect when the services are rendered.

12.     BRG expended an aggregate of 265.2 hours during the Fifth Interim Period.  The work involved, and thus the time expended, was carefully assigned in light of the experience and expertise required for a particular task.  The staff utilized was selected to optimize efficiencies and avoid redundant efforts.

13.     BRG believes that there has been no duplication of services between BRG and any other consultants or accountants to the bankruptcy estate.

14.     BRG's per diem rates for professionals of comparable experience, are at or below those of firms we consider our competitors.  We believe that the compensation in this Application

is based on the customary compensation charged by comparably skilled professionals in cases other than cases under Title 11.

15.     Because BRG's core staff consists of senior professionals who performed a vast amount of the work, time spent communicating internally and reviewing the work product of junior associates was kept to a minimum.

16.     No agreement or understanding exists between BRG and any other person for the sharing of compensation received or to be received for services rendered in connection with the chapter 11 cases, except for internal agreements among employees of BRG regarding the sharing of revenue or compensation.  Neither BRG nor any of its employees has entered into an agreement or understanding to share compensation with any entity as described in Bankruptcy Rule 2016.

17.     BRG, in accordance with the Bankruptcy Rules and the Local Rules, will be charging travel time at 50% of the time incurred.

18.     BRG's time records for the Fifth Interim Period are attached hereto as **Exhibit A**. These records include daily time logs describing the time spent by each BRG professional and administrative-level person in these cases.

19.     BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services.  No expenses were incurred by BRG during the Fifth Interim Period.

20.     The general summary of the services rendered by BRG during the Fifth Interim Period based on tasks and number of hours, is set forth below.

**Asset Acquisition/Disposition – Task Code 01**

21.     Time charged to this task code relates to time spent by BRG analyzing net working capital adjustments and purchase price adjustments related to the DFA sale closing.

6

22.     BRG has expended 13.9 hours on this category for a fee of $7,471.50.

**Professional Retention/ Fee Application Preparation – Task Code 05**

23.     Time charged to this task code pertains to the preparation and review of BRG's fourth and fifth interim fee applications and rate change notice.

24.     BRG has expended 21.9 hours on this category for a fee of $4,101.50.

**Attend Hearings/ Related Activities – Task Code 06**

25.     Time charged to this task code pertains BRG's preparation for and attendance at the Disclosure Statement hearing.

26.     BRG has expended 2.6 hours on this category for a fee of $2,194.00.

**Interaction/ Meetings with Debtors/ Counsel – Task Code 07**

27. Time charged to this task code relates to time spent by BRG participating in calls and meetings with the Debtors and other case professionals to discuss the wind down of the estate and liquidating trustee transition.

28.     BRG has expended 4.2 on this category for a fee of $3,164.50.

**Interaction/ Meetings with Creditors/ Counsel – Task Code 08**

29. Time charged to this task code relates to BRG's preparation for and participation in meetings/calls and correspondence with the Committee, Committee Counsel, and individual creditors on the status of case issues, and advising the Committee and developing strategies and related deliverables for a variety of case matters, including the Debtors' recoveries, claims, Chapter 11 Plan, global settlement, and the wind down.

30.     BRG has expended 4.0 hours on this category for a fee of $3,963.00.

7

**Employee Issues/ KEIP – Task Code 09**

31.     Time charged to this task code relates to time spent by BRG evaluating the compensation for the wind down team.

32.     BRG has expended 4.2 on this category for a fee of $3,164.50.

**Recovery/ Sub Con/ Lien Analysis – Task Code 10**

33.     Time charged to this task code principally relates to reviewing and analyzing potential unsecured creditor recoveries through the development and updating various waterfall analyses, incorporating a variety of settlement and distribution scenarios, analyzing and preparing reporting on specific party settlements, analyzed recoveries by claim class and by entity, and preparing other analyses of recoveries from various sources.   Additional time was spent participating in calls and meetings with the Committee and case professionals with respect to the foregoing and developing reporting thereon.

34.     Specific tasks included sensitizing the recovery waterfall based on allowed pension claims;  estimating the impact of the administrative claims discount program; analyzing recoveries under alternative substantive consolidation and entity by entity assumptions; and determining the impact of intercompany pre-petition and post-petition claims.

35.     BRG has expended 113.9 hours on this category for a fee of $71,026.00.

**Claim Analysis/ Accounting – Task Code 11**

36.     Time charged to this task code relates to BRG's analysis of claims against the Debtors. Specifically, time was spent reviewing and analyzing pension and intercompany claims and claim settlements, preparing reports thereon, and reviewing the Debtors' accounting statements in order to analyze the creditor claim base.

37.     BRG has expended 12.6 hours on this category for a fee of $7,698.00.

**Cash Flow/ Cash Management Liquidity – Task Code 19**

38.     This task code relates to time spent by BRG reviewing and analyzing matters impacting the Debtors' cash management processes and overall liquidity. Specific tasks included (i) analyzing Letters of Credit for certain time periods; (ii) analyzing and preparing reports for the Committee related to accounts receivable collections, as well as estimated cash flows; (iii) preparing and revising the liquidating trust budget; and (iv) corresponding with case professionals with respect to the foregoing.

39.     BRG has expended 42.5 hours on this category for a fee of $26,973.50.

**Plan of Reorganization/ Disclosure Statement – Task Code 27**

40.     Time charged to this task code relates to BRG's review and analysis of the Debtors' Chapter 11 Plan drafts and Plan process. Specific tasks included (i) reviewing drafts of updated Chapter 11 Plan and Disclosure Statement documents; (ii) preparing reports for the Committee on the Debtors' proposed Plan structure; (iii) preparing analyses related to Plan recoveries and Plan settlement sensitivities; (iv) reviewing various reports related to the Plan; and (v) corresponding with Counsel and the Committee.

41.     BRG has expended 47.9 hours on this category for a fee of $38,181.50.

**ACTUAL AND NECESSARY EXPENSES**

42.     BRG incurred no actual out-of-pocket expenses in connection with the rendition of the professional services to the Committee.

43.     Disbursements and expenses are incurred in accordance with BRG's normal practice of charging clients for expenses clearly related to and required by particular matters.  Such expenses are often incurred to enable BRG to devote time beyond normal office hours to matters,

9

which imposed extraordinary time demands.  BRG endeavors to minimize these expenses to the fullest extent possible.

44.    BRG's billing rates do not include charges for photocopying, telephone and facsimile charges, computerized research, travel expenses, "working meals," secretarial overtime, postage, and certain other office services, because the needs of each client for such services differ. BRG believes that it is fairest to charge each client only for the services actually used in performing services for such client.  BRG endeavors to minimize these expenses to the fullest extent possible.

45.    In providing a reimbursable service such as copying or telephone, BRG does not make a profit on that service.  In charging for a particular service, BRG does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay.  In seeking reimbursement for service which BRG justifiably purchased or contracted for from a third party, BRG requests reimbursement only for the amount billed to BRG by such third party vendor and paid by BRG to that vendor.

## NOTICE AND NO PRIOR APPLICATION

46.    Notice of this application has been given to (i) the Debtors; (ii) counsel for the Debtors; (iii)  local counsel for the Debtors; (iv) the Office of the United States Trustee for the Southern District of Texas; (v) counsel to Cooperative Rabobank U.A., New York Branch, the administrative agent under Debtors' pre-petition receivables purchase agreement, administrative agent under the Debtors' pre-petition secured revolving credit facility, and administrative agent under the Debtors' post-petition financing facility, and (vi) all other parties that have entered appearances pursuant to Bankruptcy Rule 2002.  In light of the nature of the relief requested herein, BRG submits that no further or other notice is required.

47. With respect to these amounts, as of the date of the Application, BRG has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

[*Remainder of this Page Intentionally Left Blank*]

**WHEREFORE**, BRG respectfully requests: (a) that it be allowed, on an interim basis, fees in the amount of $164,366.50 for reasonable, actual and necessary services rendered by it on behalf of the Committee during the Fifth Interim Period and (b) that the Debtors be authorized and directed to immediately pay to BRG the amount of $164,366.50 which is equal to 100% of BRG's fees incurred during the Fifth Interim Period; and (c) and granting such other and further relief as the Court may deem just and proper.


Dated:   April 14, 2021
            New York, NY

                                        **BERKELEY RESEARCH GROUP, LLC**

                                         /s/ Christopher J. Kearns
                                        Christopher J. Kearns
                                        Managing Director
                                        810 7th Ave., Suite 4100
                                        New York, NY 10019
                                        212-782-1409


                                        Financial Advisor to the Official Committee of
                                        Unsecured Creditors

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

------------------------------------------------------------

|   |   |   |
|---|---|---|
| *In re:* | : | Chapter 11 |
|  | : | Case No. 19-36313 (DRJ) |
| Southern Foods Group, LLC, *et al.,*[1] | : | Jointly Administered |
|  | : |  |
| Debtors. | : | <u>Objection Deadline:</u> **April 28, 2021 at 5:00 p.m. (CT)** |
|  | : | <u>Hearing Date:</u> **Scheduled only as necessary** |

------------------------------------------------------------

### <u>DECLARATION OF CHRISTOPHER J. KEARNS</u>

I, Christopher J. Kearns, Managing Director of Berkeley Research Group, LLC ("<u>BRG</u>")[2], on behalf of BRG, as financial advisor to the Official Committee of Unsecured Creditors (the "<u>Committee</u>") appointed in the chapter 11 cases of the of the above-captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>"), hereby declare, pursuant to 28 U.S.C. § 1746, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, effective January 30, 1996 (the "<u>UST Guidelines</u>"), as follows:

---

[1] The Debtors in these Cases, along with the last four digits of each Debtor's federal tax identification number, are: Southern Foods Group, LLC (1364); Dean Foods Company (9681); Alta- Dena Certified Dairy, LLC (1347); Berkeley Farms, LLC (8965); Cascade Equity Realty. LLC (3940); Country Fresh, LLC (6303); Dairy Information Systems Holdings, LLC (9144); Dairy Information Systems, LLC (0009); Dean Dairy Holdings, LLC (9188); Dean East II, LLC (9192); Dean East, LLC (8751); Dean Foods North Central, LLC (7858); Dean Foods of Wisconsin, LLC (2504); Dean Holding Company (8390); Dean Intellectual Property Services II, Inc. (3512); Dean International Holding Company (9785); Dean Management, LLC (7782); Dean Puerto Rico Holdings, LLC (6832); Dean Services, LLC (2168); Dean Transportation, Inc. (8896); Dean West II, LLC (9190); Dean West, LLC (8753); DFC Aviation Services, LLC (1600); DFC Energy Partners, LLC (3889); DFC Ventures, LLC (4213); DGI Ventures, Inc. (6766); DIPS Limited Partner II (7167); Franklin Holdings, Inc. (8114); Fresh Dairy Delivery, LLC (2314); Friendly's Ice Cream Holdings Corp. (7609); Friendly's Manufacturing and Retail, LLC (9828); Garelick Farms, LLC (3221); Mayfield Dairy Farms, LLC (3008); Midwest Ice Cream Company, LLC (0130); Model Dairy, LLC (7981); Reiter Dairy, LLC (3675); Sampson Ventures, LLC (7714); Shenandoah's Pride, LLC (2858); Steve's Ice Cream, LLC (6807); Suiza Dairy Group, LLC (2039); Tuscan/Lehigh Dairies, Inc. (6774); Uncle Matt's Organic, Inc. (0079); and Verifine Dairy Products of Sheboygan, LLC (7200).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

1

1.      I am a Managing Director of BRG and the professional designated by the applicant, BRG, with responsibility in these chapter 11 cases of the Debtors, for compliance with the Local Rules and Guidelines.

2.      This declaration is made in respect of the *Fifth Interim Fee Application of Berkeley Research Group, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors During the Period from December 1, 2020 through February 28, 2021* (the "Application"), filed contemporaneously herewith.

3.      I hereby declare that:

(a)      I have read and reviewed the Application;

(b)      To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Local Guidelines and the UST Guidelines;

(c)      The fees and disbursements sought are billed at rates and in accordance with practices customarily employed by BRG and generally accepted by BRG's clients;

(d)      In providing a reimbursable service, BRG does not make a profit on that service, whether the service is performed by BRG in-house or through a third party;

(e)      All services for which compensation is requested by BRG were professional services performed for and on behalf of the Committee and not on behalf of any other person; and

(f)      No agreement or understanding exists between BRG and any other person for the sharing of compensation received or to be received for services rendered in connection with the chapter 11 cases, except for internal agreements among

2

employees of BRG regarding the sharing of revenue or compensation. Neither BRG nor any of its employees has entered into an agreement or understanding to share compensation with any entity as described in Bankruptcy Rule 2016.

4.      I certify, under penalty of perjury, that the foregoing statements made by me are true and correct, to the best of my knowledge, information, and belief.


Dated:    April 14, 2021
                New York, NY

                                                    /s/Christopher J. Kearns
                                                    Christopher J. Kearns

**Southern Foods Group, LLC**

**Berkeley Research Group, LLC**

**Exhibit A: Time Detail**

For the Period 12/1/2020 through 2/28/2021

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 12/17/2020 | A. Jiang | 0.7 | Reviewed list of assumed contracts regarding asset sales. |
| 12/17/2020 | R. Wright | 0.4 | Reviewed schedule of assumed and assigned contracts re: asset sales. |
| 12/21/2020 | A. Jiang | 2.9 | Analyzed working capital adjustment regarding sale of assets to DFA. |
| 12/21/2020 | A. Jiang | 1.3 | Continued analysis of purchase price adjustment based on settlement between Debtors and DFA regarding asset sale to DFA. |
| 12/21/2020 | R. Wright | 0.7 | Participated in a call with the Debtors (N. Haughey) re: working capital true-up. |
| 12/22/2020 | A. Jiang | 2.7 | Prepared UCC report regarding purchase price adjustment for DFA sale. |
| 12/22/2020 | A. Jiang | 2.4 | Prepared analysis regarding purchase price adjustment for DFA sale. |
| 12/22/2020 | R. Wright | 1.7 | Prepared an analysis re: working capital adjustment. |
| 12/22/2020 | A. Jiang | 1.1 | Continued to prepare UCC report regarding purchase price adjustment for DFA sale. |
| *Task Code Total Hours* | | *13.9* | |
| **05. Professional Retention Fee Application Preparation** | | | |
| 12/8/2020 | V. Triana | 1.7 | Prepared November fee application time detail. |
| 12/30/2020 | M. Haverkamp | 0.3 | Edited 2021 rate change notice. |
| 1/11/2021 | N. Vazza | 2.9 | Continued to prepare September-November fee application. |
| 1/11/2021 | N. Vazza | 2.9 | Prepared September-November fee application. |
| 1/11/2021 | N. Vazza | 0.2 | Continued to prepare September-November fee application. |
| 1/12/2021 | M. Haverkamp | 1.9 | Edited Fourth Interim Fee Application. |
| 1/12/2021 | N. Vazza | 0.2 | Prepared Fourth Interim Fee Application. |
| 1/14/2021 | N. Vazza | 2.9 | Prepared Fourth Interim Fee Application. |

Berkeley Research Group, LLC

Invoice for the 12/1/2020 - 2/28/2021 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **05. Professional Retention Fee Application Preparation** | | | |
| 1/14/2021 | M. Haverkamp | 2.8 | Edited Fourth Interim Fee Application. |
| 1/14/2021 | N. Vazza | 1.6 | Continued to prepare Fourth Interim Fee Application. |
| 1/14/2021 | M. Haverkamp | 0.5 | Edited Fourth Interim Fee Application for Counsel comments. |
| 1/14/2021 | M. Haverkamp | 0.5 | Edited Fourth Interim Fee Application for expert comments. |
| 1/29/2021 | V. Triana | 1.5 | Prepared December fee application. |
| 2/25/2021 | V. Triana | 2.0 | Edited January fee application. |
| *Task Code Total Hours* | | **21.9** | |
| **06. Attend Hearings/Related Activities** | | | |
| 1/29/2021 | R. Wright | 0.8 | Reviewed Disclosure Statement in preparation for the hearing on its adequacy. |
| 1/29/2021 | A. Jiang | 0.6 | Attended court hearing regarding Disclosure Statement via conference call. |
| 1/29/2021 | C. Kearns | 0.6 | Attended Disclosure Statement hearing via conference call. |
| 1/29/2021 | R. Wright | 0.6 | Participated in Disclosure Statement hearing. |
| *Task Code Total Hours* | | **2.6** | |
| **07. Interaction/Meetings with Debtors/Counsel** | | | |
| 12/3/2020 | R. Wright | 1.0 | Participated in a call with the wind down team (G. Rahlfs) re: transition. |
| 12/16/2020 | A. Jiang | 0.5 | Participated in call with Dean Foods' transition team (G. Rahlfs, J. Dawson) and A&M (N. Haughey) regarding estate transition. |
| 12/23/2020 | R. Wright | 1.0 | Participated in a call with Dean Foods' wind down team (J. Dawson) re: estate transition. |
| 1/6/2021 | R. Wright | 0.8 | Participated in call with the former Dean controller (J. Dawson) re: transition to Liquidating Trustee. |
| 1/6/2021 | R. Wright | 0.4 | Reviewed a memo prepared by the former Dean controller (J. Dawson) re: transition to Liquidating Trustee. |
| 2/25/2021 | A. Jiang | 0.5 | Participated in call with A&M (N. Haughey) regarding estate transition. |
| *Task Code Total Hours* | | **4.2** | |
| **08. Interaction/Meetings with Creditors** | | | |

Berkeley Research Group, LLC

Invoice for the 12/1/2020 - 2/28/2021 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **08. Interaction/Meetings with Creditors** | | | |
| 12/14/2020 | C. Kearns | 0.4 | Participated in portion of call with Akin (M. Lahaie) and Committee member to discuss latest proposal. |
| 12/23/2020 | R. Wright | 0.5 | Participated in a call with the Committee re: Plan status. |
| 12/23/2020 | J. Esposito | 0.5 | Participated in weekly call with UCC and Akin (M. Lahaie) related to Plan update, DFA arbitration, USDA settlement, and wind down team update. |
| 12/23/2020 | R. Wright | 0.3 | Participated in a call with Counsel (M. Lahaie) re: agenda for UCC call. |
| 12/23/2020 | C. Kearns | 0.3 | Participated in portion of call with the Committee re: latest wind down update. |
| 1/6/2021 | C. Kearns | 0.8 | Participated in call with the Committee to finalize terms of proposed global settlement. |
| 1/6/2021 | C. Kearns | 0.3 | Participated in status call with Akin (M. Lahaie) re: global settlement to be discussed with the Committee. |
| 1/6/2021 | R. Wright | 0.2 | Participated in a pre-call with Counsel (M. Lahaie) re: agenda for Committee call. |
| 2/24/2021 | R. Wright | 0.4 | Participated in a call with the Committee re: recovery update. |
| 2/24/2021 | R. Wright | 0.3 | Participated in a call with Counsel (M. Lahaie) re: agenda for UCC call. |
| ***Task Code Total Hours*** | | ***4.0*** | |
| **09. Employee Issues/KEIP** | | | |
| 12/2/2020 | A. Jiang | 0.4 | Reviewed wind down team compensation agreement to evaluate against proposed actual payment. |
| 12/16/2020 | R. Wright | 1.3 | Reviewed calculation of wind down team bonuses. |
| ***Task Code Total Hours*** | | ***1.7*** | |
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 12/1/2020 | A. Jiang | 2.1 | Analyzed proposed creditor distributions per Plan documents. |
| 12/3/2020 | A. Jiang | 2.4 | Prepared summary of changes to waterfall since closing of sales. |
| 12/3/2020 | A. Jiang | 2.3 | Analyzed distributions to creditors under certain recovery scenarios contemplated as part of Plan. |
| 12/3/2020 | A. Jiang | 2.1 | Analyzed impact of subordination of intercompany claims on creditor recoveries under latest contemplated scenario. |
| 12/3/2020 | A. Jiang | 1.9 | Prepared analysis of changes to recovery model per latest discussions. |

Berkeley Research Group, LLC

Invoice for the 12/1/2020 - 2/28/2021 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 12/3/2020 | R. Wright | 0.9 | Prepared an analysis for Committee member re: pension settlement. |
| 12/3/2020 | R. Wright | 0.4 | Participated in a call with Committee member re: pension settlement. |
| 12/4/2020 | A. Jiang | 2.7 | Analyzed impact of contemplated settlement with certain creditor on potential creditor recoveries. |
| 12/4/2020 | A. Jiang | 2.6 | Analyzed subconcontract distribution scenarios. |
| 12/4/2020 | A. Jiang | 0.8 | Continued comparative analysis of standalone versus subcontract distribution scenarios. |
| 12/4/2020 | C. Kearns | 0.3 | Reviewed latest analysis of potential settlement with pension parties. |
| 12/8/2020 | A. Jiang | 1.7 | Prepared summary of latest analysis prepared by the Debtors regarding potential distribution scenarios. |
| 12/9/2020 | R. Wright | 2.2 | Prepared a report for Counsel re: pension recoveries. |
| 12/9/2020 | A. Jiang | 1.2 | Prepared report for Counsel regarding revised creditor recovery analysis. |
| 12/10/2020 | A. Jiang | 2.7 | Analyzed impact of subordination of post petition intercompany claims on potential distributions. |
| 12/10/2020 | A. Jiang | 2.3 | Continued to prepare analysis of estimated distributions to creditors based on potential settlement. |
| 12/10/2020 | R. Wright | 1.8 | Prepared an analysis re: creditor recovery sensitivity. |
| 12/11/2020 | R. Wright | 2.6 | Prepared an analysis for Committee member re: creditor recoveries. |
| 12/14/2020 | A. Jiang | 2.6 | Continued analysis of creditor recovery sensitivity. |
| 12/14/2020 | A. Jiang | 2.2 | Prepared report to Committee member regarding update to analysis of estimated distributions under contemplated scenario. |
| 12/14/2020 | R. Wright | 0.5 | Participated in a call with Committee member re: pension recoveries sensitivities. |
| 12/17/2020 | A. Jiang | 1.8 | Continued analysis of intercompany transactions. |
| 12/18/2020 | R. Wright | 1.6 | Prepared an analysis of pension recoveries. |
| 12/21/2020 | A. Jiang | 2.3 | Prepared report for Committee members regarding updated estimate of expected recoveries based on latest settlement discussions. |
| 12/21/2020 | R. Wright | 1.5 | Prepared a report for the Committee member re: recoveries under proposed settlement. |

Berkeley Research Group, LLC

Invoice for the 12/1/2020 - 2/28/2021 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 12/21/2020 | A. Jiang | 0.4 | Participated in call with A&M (N. Haughey) and Davis Polk (S. Szanzer) regarding creditor recovery under settlement scenario. |
| 12/22/2020 | R. Wright | 1.8 | Prepared a report for Committee member re: Plan recoveries. |
| 12/22/2020 | A. Jiang | 1.6 | Prepared report for a Committee member regarding expected recovery analysis prepared by the Debtors. |
| 12/22/2020 | R. Wright | 1.5 | Prepared a report for Committee member re: Plan recoveries. |
| 12/22/2020 | R. Wright | 1.3 | Prepared a report for the Committee re: USDA settlement. |
| 12/22/2020 | C. Kearns | 0.3 | Reviewed latest analysis based on status of settlement discussions. |
| 12/23/2020 | A. Jiang | 1.2 | Analyzed projected creditor recoveries based on latest assumptions at an entity-by-entity level. |
| 12/24/2020 | R. Wright | 2.3 | Updated report for Committee re: proposed settlement recoveries by entity. |
| 12/28/2020 | A. Jiang | 1.7 | Prepared updated analysis regarding projected recoveries for Debtors' individual entities in a subcontract scenario. |
| 12/28/2020 | R. Wright | 1.5 | Updated report for Committee re: proposed settlement recoveries by entity. |
| 12/28/2020 | R. Wright | 0.5 | Participated in a call with Counsel for BONY (T. Pitta) re: recoveries. |
| 1/4/2021 | R. Wright | 2.8 | Prepared a report for the Committee re: recoveries under Plan settlement. |
| 1/4/2021 | A. Jiang | 1.8 | Prepared UCC report regarding updates to waterfall distribution of realized proceeds from asset sales. |
| 1/4/2021 | A. Jiang | 1.6 | Prepared analysis of latest contemplated distribution scenarios. |
| 1/6/2021 | A. Jiang | 2.7 | Analyzed recoveries on an entity-by-entity basis regarding latest contemplated Plan construct. |
| 1/12/2021 | A. Jiang | 2.2 | Analyzed potential settlement option on letters of credit posted re: potentially recoverable funds. |
| 1/14/2021 | A. Jiang | 1.9 | Analyzed comparative summary of estimated creditor recoveries under hypothetical chapter 7 and chapter 11 scenarios. |
| 1/14/2021 | A. Jiang | 1.7 | Analyzed update to projected waterfall regarding distribution of cash. |
| 1/19/2021 | R. Wright | 0.9 | Prepared a recovery comparison to address a question from a Committee member. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 1/19/2021 | A. Jiang | 0.6 | Conducted diligence on recovery estimates filed by Debtors in relation to Plan documents. |
| 1/20/2021 | R. Wright | 0.8 | Prepared an email to Counsel (M. Lahaie) re: potential settlement with Chubb. |
| 1/20/2021 | R. Wright | 0.6 | Responded to a question from a creditor re: Plan recoveries. |
| 1/21/2021 | C. Kearns | 0.3 | Reviewed status of potential settlements with DFA and FDA re: potential impact to waterfall. |
| 1/22/2021 | A. Jiang | 1.3 | Prepared analysis regarding letters of credit posted regarding potential cash return as compared to waterfall. |
| 1/22/2021 | R. Wright | 0.6 | Participated in a call with the Debtors (G. Rahlfs) re: insurance settlement. |
| 1/25/2021 | A. Jiang | 1.6 | Continued analysis regarding impact of letters of credit on asset recoveries. |
| 1/27/2021 | R. Wright | 0.7 | Sensitized recoveries re: Chubb letter of credit settlement. |
| 1/27/2021 | R. Wright | 0.3 | Participated in a call with A&M (N. Haughey) re: Chubb letter of credit settlement. |
| 1/28/2021 | R. Wright | 0.8 | Reviewed redlined changes from the Debtors re: settlement with Chubb. |
| 2/1/2021 | R. Wright | 2.2 | Prepared a report for the Committee re: insurance settlement. |
| 2/1/2021 | A. Jiang | 1.7 | Prepared UCC report regarding waterfall update on asset recoveries. |
| 2/2/2021 | R. Wright | 2.7 | Prepared a presentation for the Committee re: recovery update. |
| 2/2/2021 | A. Jiang | 2.3 | Prepared UCC report regarding updated creditor recovery analysis. |
| 2/2/2021 | A. Jiang | 1.2 | Prepared reconciliation of latest waterfall analysis with prior version showing recovery of asset sales. |
| 2/2/2021 | C. Kearns | 0.2 | Reviewed waterfall update based on Chubb resolution. |
| 2/3/2021 | A. Jiang | 2.6 | Prepared updated analysis of waterfall regarding projected cash to be distributed. |
| 2/3/2021 | A. Jiang | 1.8 | Continued to prepare UCC report regarding updated creditor recovery analysis. |
| 2/4/2021 | R. Wright | 0.5 | Reviewed schedule of AR recoveries for last week. |
| 2/15/2021 | R. Wright | 0.3 | Reviewed updated preference recovery report from ASK. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 2/17/2021 | R. Wright | 2.5 | Prepared a presentation for the Committee re: recovery waterfall update. |
| 2/18/2021 | R. Wright | 2.2 | Prepared a presentation for the Committee re: recovery waterfall update. |
| 2/18/2021 | A. Jiang | 1.7 | Prepared waterfall analysis to update regarding anticipated flow of funds following settlement with certain creditors. |
| 2/18/2021 | A. Jiang | 1.6 | Prepared report to UCC regarding update to projected creditor recovery analysis. |
| 2/18/2021 | A. Jiang | 0.7 | Analyzed estimated creditor recoveries based on latest settlement details. |
| 2/22/2021 | R. Wright | 1.2 | Prepared a presentation for the Committee re: recovery update. |
| 2/23/2021 | R. Wright | 1.7 | Prepared a presentation for the Committee re: recovery update. |
| 2/23/2021 | R. Wright | 0.4 | Participated in a call with A&M (N. Haughey) re: preference recoveries. |
| 2/23/2021 | C. Kearns | 0.3 | Reviewed waterfall update. |
| 2/24/2021 | A. Jiang | 1.8 | Prepared subcon analysis regarding projected unsecured recoveries for certain creditors. |
| 2/24/2021 | R. Wright | 0.8 | Prepared a sensitivity re: pension recoveries by debtor entity. |
| 2/24/2021 | A. Jiang | 0.7 | Analyzed sensitivity of estimated recoveries to respond to creditor inquiries. |
| ***Task Code Total Hours*** | | ***113.9*** | |
| **11. Claim Analysis/Accounting** | | | |
| 12/8/2020 | A. Jiang | 2.9 | Analyzed creditor claim scenarios based on latest contemplated sensitivities. |
| 12/8/2020 | R. Wright | 2.7 | Reviewed claim settlement analysis prepared by the Debtors. |
| 12/8/2020 | A. Jiang | 1.6 | Continued analysis of revised creditor claim scenarios. |
| 12/22/2020 | A. Jiang | 0.8 | Prepared UCC report regarding status update on certain administrative claims. |
| 1/12/2021 | R. Wright | 0.6 | Reviewed background information re: potential replacement party for workers' compensation liability. |
| 1/26/2021 | R. Wright | 0.5 | Reviewed draft settlement with Chubb re: workers compensation letter of credit. |
| 1/29/2021 | C. Kearns | 0.2 | Reviewed status of resolution of workers' compensation letters of credit. |

Berkeley Research Group, LLC

Invoice for the 12/1/2020 - 2/28/2021 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **11. Claim Analysis/Accounting** | | | |
| 2/2/2021 | A. Jiang | 1.6 | Prepared updated claims analysis under latest assumptions regarding projected funds available. |
| 2/18/2021 | A. Jiang | 1.2 | Prepared report to UCC regarding update settlement reached by Debtors on certain creditor claims. |
| 2/24/2021 | R. Wright | 0.5 | Participated in a call with a creditor re: pension claim. |
| *Task Code Total Hours* | | *12.6* | |
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 12/3/2020 | A. Jiang | 1.1 | Analyzed accounts receivable collections. |
| 12/9/2020 | A. Jiang | 2.3 | Analyzed potential costs to be incurred in chapter 7 scenario compared to chapter 11 Plan. |
| 12/9/2020 | A. Jiang | 1.9 | Prepared report to Counsel regarding analysis of costs in potential chapter 7 liquidation compared to chapter 11 Plan. |
| 12/10/2020 | A. Jiang | 1.6 | Prepared analysis of liquidation costs assuming certain Debtors' entities file for chapter 7 bankruptcy. |
| 12/10/2020 | A. Jiang | 0.7 | Continued analysis of liquidation costs. |
| 12/16/2020 | A. Jiang | 2.4 | Analyzed accounts receivable collections' data as of December 15, 2020. |
| 12/21/2020 | R. Wright | 2.3 | Prepared a report for the Committee re: working capital. |
| 1/6/2021 | J. Denenberg | 0.8 | Held call with Debtors (J. Dawson) to discuss processes related to the wind down accounting. |
| 1/8/2021 | J. Denenberg | 1.9 | Reviewed summary provided by J. Dawson for wind down process BRG will be responsible for. |
| 1/11/2021 | J. Denenberg | 1.7 | Reviewed wind down processes related to work BRG is responsible for. |
| 1/12/2021 | A. Jiang | 1.6 | Analyzed update for letters of credit posted in relation to impact on projected cash flows. |
| 1/19/2021 | A. Jiang | 1.3 | Assisted in transition of accounting functions regarding enterprise software. |
| 2/1/2021 | A. Jiang | 1.6 | Prepared UCC report regarding update to letters of credit. |
| 2/1/2021 | A. Jiang | 0.8 | Analyzed proposed settlement regarding letters of credit posted as collateral. |
| 2/17/2021 | R. Wright | 0.8 | Prepared high level liquidating trust budget. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 2/18/2021 | R. Wright | 1.6 | Prepared high level liquidating trust budget. |
| 2/19/2021 | R. Wright | 2.5 | Prepared high level liquidating trust budget. |
| 2/19/2021 | A. Jiang | 0.8 | Prepared analysis regarding projected wind down disbursements. |
| 2/20/2021 | R. Wright | 1.6 | Prepared a high level liquidating trust budget. |
| 2/22/2021 | R. Wright | 1.4 | Prepared a high level liquidating trust budget. |
| 2/23/2021 | R. Wright | 1.8 | Prepared updated liquidating trust budget. |
| 2/23/2021 | A. Jiang | 1.1 | Continued to construct analysis of wind down projected cash flows. |
| 2/24/2021 | A. Jiang | 0.8 | Prepared liquidating trustee cash flow budget. |
| 2/25/2021 | R. Wright | 2.0 | Prepared liquidating trust budget. |
| 2/25/2021 | R. Wright | 0.5 | Participated in a call with A&M (N. Haughey) re: liquidating trust budget. |
| 2/26/2021 | R. Wright | 2.6 | Prepared liquidating trust budget. |
| 2/26/2021 | A. Jiang | 1.6 | Continued cash flow analysis regarding projected asset realizations/ distributions during period of liquidating trust. |
| 2/26/2021 | R. Wright | 1.4 | Reviewed liquidating trust agreement re: indemnifications. |
| **Task Code Total Hours** | | **42.5** | |
| **27. Plan of Reorganization/Disclosure Statement** | | | |
| 12/1/2020 | R. Wright | 2.3 | Reviewed Disclosure Statement. |
| 12/1/2020 | J. Esposito | 2.1 | Reviewed Disclosure Statement. |
| 12/1/2020 | J. Esposito | 1.4 | Reviewed Chapter 11 Plan. |
| 12/1/2020 | R. Wright | 1.0 | Reviewed Disclosure Statement on 11/30/2020. |
| 12/1/2020 | R. Wright | 0.6 | Participated in a call with the Debtors (D. Simonds) re: Plan issues on 11/30/2020. |
| 12/2/2020 | R. Wright | 0.7 | Reviewed Plan documents. |
| 12/2/2020 | R. Wright | 0.4 | Participated in a call with A&M (N. Haughey) re: Plan. |
| 12/2/2020 | A. Jiang | 0.4 | Participated in call with A&M (N. Haughey) regarding Plan documents. |

Berkeley Research Group, LLC

Invoice for the 12/1/2020 - 2/28/2021 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **27. Plan of Reorganization/Disclosure Statement** | | | |
| 12/3/2020 | R. Wright | 2.7 | Prepared sensitivities based on Plan scenarios. |
| 12/3/2020 | A. Jiang | 0.7 | Participated in a portion of call with Dean Foods (G. Rahlfs) and A&M (N. Haughey) regarding Plan documents. |
| 12/3/2020 | C. Kearns | 0.4 | Held call with Committee member to discuss Plan related issues. |
| 12/4/2020 | R. Wright | 2.3 | Prepared sensitivities based on Plan scenarios. |
| 12/4/2020 | R. Wright | 0.7 | Participated in a call with Counsel (M. Lahaie) and the Debtors' advisors A&M (N. Haughey), and Davis Polk (S. Szanzer) re: Plan. |
| 12/4/2020 | A. Jiang | 0.7 | Participated in call with Debtors' advisors, A&M (N. Haughey), and Davis Polk (S. Szanzer) regarding Plan. |
| 12/4/2020 | R. Wright | 0.5 | Participated in a call with Counsel (M. Lahaie) re: Plan scenarios. |
| 12/4/2020 | J. Esposito | 0.4 | Reviewed contemplated changes related to pension recoveries. |
| 12/8/2020 | R. Wright | 2.6 | Prepared a report for the Committee re: POR settlement. |
| 12/8/2020 | R. Wright | 0.5 | Participated in a call with the Debtors (N. Haughty) re: POR settlement analysis. |
| 12/8/2020 | C. Kearns | 0.2 | Reviewed latest analysis for the Committee re: Plan scenarios. |
| 12/28/2020 | C. Kearns | 0.3 | Emailed with Counsel and certain holders re: latest on Plan related discussions. |
| 1/4/2021 | A. Jiang | 2.7 | Prepared UCC report regarding proposed Plan structure. |
| 1/5/2021 | R. Wright | 2.4 | Prepared a presentation for the Committee re: Plan settlement. |
| 1/5/2021 | A. Jiang | 1.6 | Continued to prepare UCC report regarding proposed Plan structure. |
| 1/5/2021 | C. Kearns | 0.3 | Emailed with Counsel re: global settlement status. |
| 1/6/2021 | R. Wright | 0.8 | Participated in a call with the Committee re: Plan settlement. |
| 1/6/2021 | C. Kearns | 0.2 | Followed up after Committee call re: POR steps to memorialize the settlement. |
| 1/13/2021 | R. Wright | 2.8 | Reviewed draft liquidation analysis. |
| 1/13/2021 | A. Jiang | 2.3 | Conducted diligence regarding liquidation analysis prepared by Debtors. |
| 1/13/2021 | R. Wright | 1.7 | Reviewed draft Plan supplement. |

Berkeley Research Group, LLC

Invoice for the 12/1/2020 - 2/28/2021 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **27. Plan of Reorganization/Disclosure Statement** | | | |
| 1/13/2021 | R. Wright | 0.8 | Participated in a call with A&M (N. Haughey) re: liquidation analysis. |
| 1/13/2021 | A. Jiang | 0.8 | Reviewed revised draft of Plan documents. |
| 1/14/2021 | R. Wright | 2.9 | Reviewed updated liquidation analysis exhibit. |
| 1/14/2021 | A. Jiang | 0.7 | Continued review of updated Plan documents. |
| 1/14/2021 | C. Kearns | 0.5 | Reviewed Disclosure Statement. |
| 1/15/2021 | R. Wright | 2.2 | Reviewed draft Plan documents before filing. |
| 1/15/2021 | R. Wright | 1.6 | Prepared a report for the Committee re: Plan settlement economics. |
| 1/19/2021 | R. Wright | 2.0 | Prepared a report for the Committee re: Plan settlement economics. |
| 1/26/2021 | R. Wright | 0.4 | Reviewed draft letter re: Committee's support of Plan. |
| 1/29/2021 | C. Kearns | 0.3 | Reviewed Plan redline. |
| *Task Code Total Hours* | | *47.9* | |
| **Total Hours** | | **265.2** | |

Berkeley Research Group, LLC

Invoice for the 12/1/2020 - 2/28/2021 Period